IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG FISHER, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| COMMAND ARMS ACCESSORIES, LLC | : | NO. 09-4557 |
| and ELDAD OZ, | : | |
| | : | |
|     Respondents | : | |

## ORDER

AND NOW, this _____ day of _____, 2009 it is hereby

ORDERED that the application of JEROME C. KATZ, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.

 

_____
                                                            J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 09-4557

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, JEROME C. KATZ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 7760, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| NEW YORK | 1976 | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| SEE ATTCHMENT A | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for ELDAD OZ

(Applicant's Signature)

10/7/09
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704    ph. (212) 596-9054

Sworn and subscribed before me this

7 Day of October, 2009

Notary Public

LORRAINE P. LEWKO
Notary Public, State of New York
No. 01LE4515687
Qualified in Kings County
Commission Expires December 31, 2009

10/04

# ATTACHMENT A

I, JEROME C. KATZ am admitted to practice before the following federal jurisdictions:

- United States District Court for the Southern District of New York – Admitted 1976
- United States District Court for the Eastern District of New York – Admitted 1976
- United States District Court for the Western District of New York – Admitted 1990
- United States Court of Appeals, Second Circuit – Admitted 1981
- United States Court of Appeals, Third Circuit -- Admitted 2009
- United States Supreme Court – Admitted 1979

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____JEROME C. KATZ____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| JOSEPH M. DONLEY | *[signature]* | 09/09/1976 | 23058 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Thorp Reed & Armstrong LLP

One Commerce Square, 2005 Market Street, Suite 1000

Philadelphia, PA 19103     ph (215) 640-8500

Sworn and subscribed before me this

____ Day of ___Oct___, 200_9_

___[signature]___
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
         NOTARIAL SEAL
    VIVIAN PEARL, Notary Public
    City of Philadelphia, Phila. County
My Commission Expires February 24, 2011
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG FISHER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMAND ARMS ACCESSORIES, LLC | : | |
| and ELDAD OZ | : | NO. 09-4557 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____JEROME C. KATZ_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

All counsel on the electronic service list and

Command Arms LLC, 780 Haunted Lane, Bensalem, PA 19210

_____
Signature of Attorney
Joseph M. Donley, Esq.
Name of Attorney

ELDAD OZ
Name of Moving Party

10/8/09
Date