# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Craig Fisher, 8 Eisenhard Drive : Civ. No. 09-4557
Ivyland, PA 18974 :
:
vs. :
:
COMMAND ARMS ACCESSORIES, LLC, :
780 Haunted Lane, Bensalem PA 19020 :
and ELDAD OZ, 780 Haunted Lane, :
Bensalem, PA 19020 :


FILED

## Quarterly Report of Cash Receipts and Expenditures for the Period Ending December 31, 2009

In accordance with paragraph 7 of the *Stipulation and Consent Order* entered by this Court on November 2, 2009 [D.I. 9], attached is the quarterly report setting forth Command Arms Accessories, LLC's cash receipts and expenditures for the period ending December 31, 2009.

DATED: February 3, 2010

Respectfully submitted,

/s/ *Edward A. Phillips*
Edward A. Phillips
Amper, Politziner & Mattia LLP
101 West Avenue
PO Box 458
Jenkintown, PA 19046-0458
(215) 881-6168

*Liquidating Trustee to Command Arms Accessories, LLC*

Command Arms Accessories
Summary of Cash Activity
Through December 31, 2009

| Account Ending | Description | Beginning Balance | Collection of A/R | Interest Credited | Tranfers In | Other | Expenses Paid | Refunds/ Returns | Transfers Out | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3306 | New Checking | 0.00 | 25,076.47 | | 456,545.91 | | -357,598.08 | -6,006.06 | | 118,018.24 |
| 3446 | New Money Market | 0.00 | | 741.55 | 621,332.09 | | | | | 622,073.64 |
| 2535 | Old Checking | 114,254.68 | 278,183.19 | | | 2,026.90 | -1,040.81 | | -354,240.43 | 39,183.53 |
| 2608 | Visa/Mastercard/Discover Sales | 24,318.87 | 116,884.98 | | | | -2,813.54 | -1,341.57 | -108,824.25 | 28,224.49 |
| 3124 | Military Sales (AAFES) | 13,771.15 | 19,280.90 | | | | | | -32,052.05 | 1,000.00 |
| 2982 | Old Money Market | 32,660.79 | | | | | -5.00 | | -32,655.79 | 0.00 |
| 3411 | Old Money Market | 550,105.48 | | | | | | | -550,105.48 | 0.00 |
| | | 735,110.97 | 439,425.54 | 741.55 | 1,077,878.00 | 2,026.90 | -361,457.43 | -7,347.63 | -1,077,878.00 | 808,499.90 |

Summary

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Operating Account #XXXXXX3306

Account opened on 11/5/09

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| 11/05/2009 | | | Transfer from 2535 | 250,000.00 | | 0.00 | Beg. Bal as of 11/5/09 |
| | | | | | | 250,000.00 | |
| 11/18/2009 | 1001 | UPS | Shipping Costs | | -1,804.71 | 248,195.29 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1002 | ROCKET SALES | September Commissions | | -346.03 | 247,849.26 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1003 | FALCON INDUSTRIES | September Commissions | | -104.72 | 247,744.54 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1004 | UPS | Shipping Costs | | -1,606.00 | 246,138.54 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1005 | SAVRIN ASSOC | Professional Fees | | -700.00 | 245,438.54 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1006 | HASLER, Inc. | Postage Expense | | -111.30 | 245,327.24 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1007 | Sales Opportunity Services | Service charge for military sales | | -62.54 | 245,264.70 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1008 | FEDEX | Shipping Costs | | -62.56 | 245,202.14 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1009 | SPECIALTY FREIGHT SERVICES | Shipping Costs | | -625.00 | 244,577.14 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1010 | SOLDIER OF FORTUNE MAGAZINE, INC. | Advertising expense | | -700.00 | 243,877.14 | Reissue of check written prior to 11/3/09, but not sent |

3306

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Operating Account #XXXXX3306

Account opened on 11/5/09

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| 11/18/2009 | 1011 | UPS | Shipping Costs | | -2,946.73 | 240,930.41 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1012 | SHOOTING SPORTS RETAILER | Advertising expense | | -1,257.15 | 239,673.26 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1013 | Caliber Sales Engineering, Inc. | Inventory Purchases | | -2,700.00 | 236,973.26 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1014 | Intermedia Outdoors, Inc. | Advertising expense | | -1,841.95 | 235,131.31 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1015 | PUBLISHERS' DEVELOPMENT CORP. | Advertising Expense | | -1,229.10 | 233,902.21 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1016 | Newtown Office Supply | Office Supplies | | -787.92 | 233,114.29 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1017 | Bobit Business Media | Advertising Expense | | -1,785.00 | 231,329.29 | Reissue of check written prior to 11/3/09, but not sent |
| 11/18/2009 | 1018 | ALISON TRANSPORT, INC | Customs Duty - 10/8/2009 | | -649.18 | 230,680.11 | Existing A/P 11/3/09 |
| 11/18/2009 | 1019 | FEDEX | Shipping Costs | | -126.14 | 230,553.97 | Existing A/P 11/3/09 |
| 11/18/2009 | 1020 | American Express | Oz/Portz Accounts | | -3,509.00 | 227,044.97 | $1,535.39 Reimbursed 11/13/09 |
| 11/18/2009 | 1021 | Bank of America Visa | Oz/Portz Accounts | | -1,471.41 | 225,573.56 | Existing A/P 11/3/09 |
| 11/18/2009 | 1022 | FOX ROTHSCHILD LLP | Professional Fees | | -3,401.00 | 222,172.56 | Existing A/P 11/3/09 |
| 11/18/2009 | 1023 | HASLER, Inc. | Postage expense and rental of machine | | -3,629.00 | 218,543.56 | Existing A/P 11/3/09 |
| 11/18/2009 | 1024 | ICS Inc - Laboratories | Product Testing | | -519.00 | 218,024.56 | Existing A/P 11/3/09 |
| 11/18/2009 | 1025 | Intermedia Outdoors, Inc. | Advertising expense | | -1,841.95 | 216,182.61 | Existing A/P 11/3/09 |
| 11/18/2009 | 1026 | First Samco | Net Expense Reimbursement | | -208.29 | 215,974.32 | Existing A/P 11/3/09 |
| 11/18/2009 | 1027 | HARRIS PUBLICATION, INC. | Advertising Expense | | -1,280.00 | 214,694.32 | Existing A/P 11/3/09 |

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Operating Account #XXXXX3306

Account opened on 11/5/09

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| 11/18/2009 | 1028 | Mark Barnes & Associates | Professional Fees | | -1,100.50 | 213,593.82 | Existing A/P 11/3/09 |
| 11/18/2009 | 1029 | MOOSE LAKE PUBLISHING | Advertising Expense | | -550.00 | 213,043.82 | Existing A/P 11/3/09 |
| 11/18/2009 | 1030 | Newtown Office Supply | Office Supplies | | -69.42 | 212,974.40 | Existing A/P 11/3/09 |
| 11/18/2009 | 1031 | University Sports Publications | Advertising expense | | -3,000.00 | 209,974.40 | Existing A/P 11/3/09 |
| 11/18/2009 | 1032 | PUBLISHERS' DEVELOPMENT CORP. | Advertising Expense | | -878.05 | 209,096.35 | Existing A/P 11/3/09 |
| 11/18/2009 | 1033 | SOLDIER OF FORTUNE MAGAZINE, INC. | Advertising Expense | | -700.00 | 208,396.35 | Contracted advertising |
| 11/18/2009 | 1034 | UPS | Shipping Costs | | -1,172.96 | 207,223.39 | Existing A/P 11/3/09 |
| 11/18/2009 | 1035 | UPS | Shipping Costs | | -2,441.50 | 204,781.89 | Existing A/P 11/3/09 |
| 11/18/2009 | 1036 | First Samco | Purchases | | -88,966.42 | 115,815.47 | Existing A/P 11/3/09 |
| 11/20/2009 | 1037 | Saul Ewing, LLP | Professional Fees | | -25,000.00 | 90,815.47 | Retainer |
| 11/23/2009 | DEBIT | Blue Star Hosting | Web Hosting | | -78.32 | 90,737.15 | |
| 11/27/2009 | | | Transfer from 3124 | 5,197.10 | | 95,934.25 | |
| 11/27/2009 | | | Transfer from 2608 | 38,775.71 | | 134,709.96 | |
| 11/27/2009 | 1038 | BOYD METZ and ASSOCIATES | September Commission | | -1,836.40 | 132,873.56 | Existing A/P 11/3/09 |
| 11/27/2009 | 1039 | DAYS COMMUNICATIONS, INC. | Advertising Expense | | -1,032.00 | 131,841.56 | Contracted advertising |
| 11/27/2009 | 1040 | FOX ROTHSCHILD LLP | Professional Fees | | -325.50 | 131,516.06 | Existing A/P 11/3/09 |
| 11/27/2009 | 1041 | HASLER, Inc. | Postage Expense | | -86.27 | 131,429.79 | Existing A/P 11/3/09 |
| 11/27/2009 | 1042 | VOID | | | | 131,429.79 | |
| 11/27/2009 | 1043 | HASLER, Inc. | Postage Expense | | -387.95 | 131,041.84 | Existing A/P 11/3/09 |
| 11/27/2009 | 1044 | SHOTGUN News | Advertising Expense | | -1,841.95 | 129,199.89 | Contracted advertising |
| 11/27/2009 | 1045 | JSC Purchasing & Admin, Inc. | Advertising Expense | | -380.23 | 128,819.66 | Contracted advertising |
| 11/27/2009 | 1046 | MindShift Technologies, Inc. | Computer maintenance | | -5,595.00 | 123,224.66 | Existing A/P 11/3/09 |
| 11/27/2009 | 1047 | Newtown Office Supply | Office Supplies | | -296.80 | 122,927.86 | Existing A/P 11/3/09 |
| 11/27/2009 | 1048 | RMS GRAPHICS | Advertising Expense | | -152.44 | 122,775.42 | Existing A/P 11/3/09 |
| 11/27/2009 | 1049 | Mark Barnes & Associates | Professional Fees | | -57.00 | 122,718.42 | Existing A/P 11/3/09 |
| 11/27/2009 | 1050 | Sales Opportunity Services | Service charge for military sales | | -125.08 | 122,593.34 | Existing A/P 11/3/09 |
| 11/27/2009 | 1051 | SHOOTING SPORTS RETAILER | Advertising Expense | | -1,257.15 | 121,336.19 | Contracted advertising |
| 11/27/2009 | 1052 | SOLDIER OF FORTUNE MAGAZINE, INC. | Advertising Expense | | -700.00 | 120,636.19 | Contracted advertising |
| 11/27/2009 | 1053 | SPECIALTY FREIGHT SERVICES | Shipping Costs | | -155.61 | 120,480.58 | |
| 11/27/2009 | 1054 | ULINE | Shipping supplies | | -1,619.41 | 118,851.17 | Existing A/P 11/3/09 |

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Operating Account #XXXXXX3306

Account opened on 11/5/09

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| 11/27/2009 | 1055 | Bank of America Visa - Eldad Oz | Oz/Portz Accounts | | -475.55 | 118,385.52 | Existing A/P 11/3/09; $250 deducted from Portz final pay |
| 12/08/2009 | 1056 | SPECIALTY FREIGHT SERVICES | Shipping Costs | | -224.00 | 118,161.62 | |
| 12/08/2009 | 1057 | ALISON TRANSPORT, INC | Shipping Costs | | -762.65 | 117,398.97 | |
| 12/08/2009 | 1058 | Paychex | Payroll Expense | | -93.20 | 117,305.77 | Existing A/P 11/3/09 |
| 12/08/2009 | 1059 | PA DEPT OF REVENUE | 3rd Qtr Estimated Tax Payment- Corporate | | -1,500.00 | 115,805.77 | |
| 12/08/2009 | 1060 | BOYD METZ and ASSOCIATES | October/November Commissions | | -3,966.12 | 111,839.65 | |
| 12/08/2009 | 1061 | FALCON INDUSTRIES | October/November Commissions | | -154.35 | 111,685.30 | |
| 12/08/2009 | 1062 | ROCKET SALES | October/November Commissions | | -141.94 | 111,543.36 | |
| 12/08/2009 | 1063 | VOID | | | | 111,543.36 | |
| 12/08/2009 | 1064 | MOOSE LAKE PUBLISHING | Advertising Expense | | -275.00 | 111,268.36 | Contracted advertising |
| 11/30/2009 | | | Transfer from 2535 | 50,000.00 | | 161,268.36 | |
| 12/01/2009 | | | Transfer from 2535 | 20,000.00 | | 181,268.36 | |
| 12/09/2009 | | Eldad Oz | Payroll through 10/14/09 and accrued vacation, if any | | -3,059.94 | 178,208.42 | Final payroll |
| 12/09/2009 | | Jay Portz | Payroll through 10/14/09 and accrued vacation, if any | | -2,941.36 | 175,267.06 | Final payroll |
| 12/09/2009 | | Margaret Coll | Payroll through 10/14/09 and accrued vacation, if any | | -1,425.05 | 173,842.01 | Final payroll |
| 12/09/2009 | | Mike Grandy | Payroll through 10/14/09 and accrued vacation, if any | | -1,344.88 | 172,497.13 | Final payroll |
| 12/09/2009 | | Lillian Husband | Payroll through 10/14/09 and accrued vacation, if any | | -1,163.61 | 171,333.52 | Final payroll |
| 12/09/2009 | | Mike Geehring | Payroll through 10/14/09 and accrued vacation, if any | | -884.27 | 170,449.25 | Final payroll |
| 12/09/2009 | | Ralph Eliseo | Payroll through 10/14/09 and accrued vacation, if any | | -579.06 | 169,870.19 | Final payroll |

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Operating Account #XXXXX3306

Account opened on 11/5/09

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|
| 12/09/2009 | | Mike Acedo | Payroll through 10/14/09 and accrued vacation, if any | | -565.06 | 169,305.13 Final payroll |
| 12/09/2009 | | Joe Reiner | Payroll through 10/14/09 and accrued vacation, if any | | -384.28 | 168,920.85 Final payroll |
| 12/09/2009 | | Clara Schneider | Payroll through 10/14/09 and accrued vacation, if any | | -344.74 | 168,576.11 Final payroll |
| 12/09/2009 | | Henry Belin | Payroll through 10/14/09 and accrued vacation, if any | | -339.56 | 168,236.55 Final payroll |
| 12/09/2009 | | Eric Marfin | Payroll through 10/14/09 and accrued vacation, if any | | -252.45 | 167,984.10 Final payroll |
| 12/14/2009 | DEBIT | Blue Star Hosting | Web Hosting | | -78.91 | 167,905.19 |
| 12/15/2009 | WIRE | United States Treasury | Payroll Taxes | | -11,904.76 | 156,000.43 For final payroll |
| 12/15/2009 | DEBIT | PA DEPT OF REVENUE | PA Withholding | | -1,276.93 | 154,723.50 For final payroll |
| 12/15/2009 | | Matt Khromer | Payroll through 10/14/09 and accrued vacation, if any | | -1,074.60 | 153,648.90 Final payroll |
| 12/18/2009 | WIRE | MAR-OM DOLPHIN | Purchases | | -5,000.00 | 148,648.90 Existing A/P 11/3/09 |
| 12/18/2009 | WIRE | Eastern Technology INT'L | Purchases | | -3,823.00 | 144,825.90 Goods received-in transit to CAA 11/3/09 |
| 12/18/2009 | | | Transfer from 3124 | 11,603.00 | | 156,428.90 |
| 12/18/2009 | | | Transfer from 2608 | 46,729.67 | | 203,158.57 |
| 12/21/2009 | | | Collection of Accts Receivable | 185.21 | | 203,343.78 |
| 12/21/2009 | | | Collection of Accts Receivable | 2,250.03 | | 205,593.81 |
| 12/21/2009 | | | Collection of Accts Receivable | 17,283.76 | | 222,877.57 |
| 12/21/2009 | | | Transfer from 2535 | 34,240.43 | | 257,118.00 |
| 12/28/2009 | | | Collection of Accts Receivable | 1,581.30 | | 258,699.30 |
| 12/28/2009 | | | Collection of Accts Receivable | 3,776.17 | | 262,475.47 |
| 12/08/2009 | 1065 | First Samco | Purchases | | -8,445.82 | 254,029.65 Existing A/P 11/3/09 |

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Operating Account #XXXXXX3306

Account opened on 11/5/09

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| 12/08/2009 | 1066 | First Samco | Return of FSI A/R deposited into CAA's account | | -3,746.90 | 250,282.75 | Refund |
| 12/08/2009 | 1067 | Swat Store | Refund for PO 51756 due to discontinued inventory | | -437.50 | 249,845.25 | Customer refund |
| 12/08/2009 | 1068 | First Samco | Allocated expenses-Payroll Reimbursement for 11/20 payroll | | -4,012.38 | 245,832.87 | |
| 12/08/2009 | 1069 | First Samco | Payroll Reimbursement for 10/9 paydate | | -1,518.63 | 244,314.24 | Existing A/P 11/3/09 |
| 12/09/2009 | 1070 | Duostock Designs, Inc. | Purchases | | -15,500.00 | 228,814.24 | Existing A/P 11/3/09 |
| 12/11/2009 | 1071 | Paychex | Preparation of Final tax filings | | -188.25 | 228,625.99 | |
| 12/16/2009 | 1072 | First Samco | Net Expense Reimbursement | | -3,398.65 | 225,227.34 | Existing |
| 12/16/2009 | 1073 | JSC Purchasing & Admin., Inc. | Advertising Expense | | -2,800.00 | 222,427.34 | Contracted advertising |
| 12/16/2009 | 1074 | SHOTGUN News | Advertising Expense | | -635.80 | 221,791.54 | Contracted advertising |
| 12/21/2009 | 1075 | Kroll International | Credit refund for PO 58747 | | -69.90 | 221,721.64 | Customer refund |
| 12/21/2009 | 1076 | First Samco | Return of FSI A/R deposited into CAA's account | | -1,751.76 | 219,969.88 | Refund |
| 12/21/2009 | 1077 | UPS | Shipping Costs | | -5,740.10 | 214,229.78 | |
| 12/21/2009 | 1078 | Saul Ewing, LLP | Professional Fees-November | | -53,991.50 | 160,238.28 | |
| 12/21/2009 | 1080 | Bank of America Visa | Final invoice | | -6.10 | 160,232.18 | |
| 12/22/2009 | 1082 | Amper, Politzer & Mattia | Professional Fees-November | | -41,990.38 | 118,241.80 | |
| 12/23/2009 | 1083 | SPECIALTY FREIGHT SERVICES | Shipping Costs | | -223.56 | 118,018.24 | |
| | | | | 481,622.38 | -363,604.14 | | |

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Money Market Account #XXXXX3446

Account opened on 11/6/09

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | Beg. Bal as of 11/6/09 |
| 11/06/2009 | | | Transfer from 2608 | 8,066.92 | | 8,066.92 | |
| 11/06/2009 | | | Transfer from 3124 | 15,251.95 | | 23,318.87 | |
| 11/06/2009 | | | Transfer from 2608 | 15,251.95 | | 38,570.82 | |
| 11/06/2009 | | | Transfer from 2982 | 32,655.79 | | 71,226.61 | |
| 11/06/2009 | | | Transfer from 3411 | 550,105.48 | | 621,332.09 | |
| 11/20/2009 | | | Interest | 289.39 | | 621,621.48 | |
| 12/18/2009 | | | Interest | 452.16 | | 622,073.64 | |

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Operating Account #XXXXXX2608

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| 11/05/2009 | | | | | | 114,254.68 | Beg. Bal as of 11/3/09 |
| 11/05/2009 | | | Collection of Accts Receivable | 226.80 | | 114,481.48 | |
| 11/05/2009 | | | Collection of Accts Receivable | 688.45 | | 115,169.93 | |
| 11/05/2009 | | | Collection of Accts Receivable | 137,141.41 | | 252,311.34 | |
| 11/06/2009 | | | Collection of Accts Receivable | 14,276.20 | | 266,587.54 | |
| 11/09/2009 | | | Paychex Refund of Payroll Tax WH's | 491.51 | | 267,079.05 | |
| 11/12/2009 | | | Collection of Accts Receivable | 122.87 | | 267,201.92 | |
| 11/13/2009 | | | Collection of Accts Receivable | 217.06 | | 267,418.98 | |
| 11/13/2009 | | | Reimbursement of Expenses | 1,535.39 | | 268,954.37 | For credit cards |
| 11/13/2009 | | | Collection of Accts Receivable | 1,871.82 | | 270,826.19 | |
| 11/13/2009 | | | Collection of Accts Receivable | 13,245.76 | | 284,071.95 | |
| 11/16/2009 | | | Bank Charges | | -521.10 | 283,550.85 | |
| 11/17/2009 | | | Transfer to 3306 | | -250,000.00 | 33,550.85 | |
| 11/18/2009 | | | Collection of Accts Receivable | 379.96 | | 33,930.81 | |
| 11/19/2009 | | | Collection of Accts Receivable | 227.39 | | 34,158.20 | |
| 11/19/2009 | | | Collection of Accts Receivable | 2,460.17 | | 36,618.37 | |
| 11/20/2009 | | | Collection of Accts Receivable | 2,307.56 | | 38,925.93 | |
| 11/20/2009 | | | Collection of Accts Receivable | 20,179.46 | | 59,105.39 | |
| 11/23/2009 | | | Collection of Accts Receivable | 153.48 | | 59,258.87 | |
| 11/23/2009 | | | Collection of Accts Receivable | 9,306.85 | | 68,565.72 | |
| 11/24/2009 | | | Collection of Accts Receivable | 3,011.93 | | 71,577.65 | |
| 11/24/2009 | | | Collection of Accts Receivable | 8,551.04 | | 80,128.69 | |
| 11/25/2009 | | | Collection of Accts Receivable | 326.46 | | 80,455.15 | |
| 11/30/2009 | | | Transfer to 3306 | | -50,000.00 | 30,455.15 | |
| 11/30/2009 | | | Collection of Accts Receivable | 266.40 | | 30,721.55 | |
| 11/30/2009 | | | Collection of Accts Receivable | 857.96 | | 31,579.51 | |
| 12/01/2009 | | | Transfer to 3306 | | -20,000.00 | 11,579.51 | |
| 12/02/2009 | | | Collection of Accts Receivable | 9,749.00 | | 21,328.51 | |
| 12/09/2009 | | | Collection of Accts Receivable | 83.62 | | 21,412.13 | |
| 12/10/2009 | | | Collection of Accts Receivable | 458.13 | | 21,870.26 | |
| 12/11/2009 | | | Collection of Accts Receivable | 2,938.23 | | 24,808.49 | |
| 12/11/2009 | | | Bank Charges | | -519.71 | 24,288.78 | |
| 12/14/2009 | | | Collection of Accts Receivable | 3,701.65 | | 27,990.43 | |
| 12/16/2009 | | | Collection of Accts Receivable | 11,250.00 | | 39,240.43 | |
| 12/17/2009 | | | Collection of Accts Receivable | 132.40 | | 39,372.83 | |
| 12/21/2009 | | | Transfer to 3306 | | -34,240.43 | 5,132.40 | |
| 12/21/2009 | | | Collection of Accts Receivable | 4,402.31 | | 9,534.71 | |
| | | | | 2535 | | | |

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Operating Account #XXXXX2608

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|
| 12/22/2009 | | | Collection of Accts Receivable | 144.55 | | 9,679.26 |
| 12/23/2009 | | | Collection of Accts Receivable | 5,710.76 | | 15,390.02 |
| 12/28/2009 | | | Collection of Accts Receivable | 6,790.24 | | 22,180.26 |
| 12/29/2009 | | | Collection of Accts Receivable | 17,003.27 | | 39,183.53 |
| | 2535 | | | 280,210.09 | -355,281.24 | |

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 24,318.87 | Beg. Bal as of 11/3/09 |
| 11/06/2009 | | | Transfer to 3446 | | -15,251.95 | 9,066.92 | Transfer |
| 11/06/2009 | | | Transfer to 3446 | | -8,066.92 | 1,000.00 | Transfer |
| 11/11/2009 | | | CASH MASTER CARD | 36.59 | | 1,036.59 | Credit Card/Web Sales |
| 11/11/2009 | | | CASH VISA | 727.18 | | 1,763.77 | Credit Card/Web Sales |
| 11/12/2009 | | | Heartland Fees | | -103.98 | 1,659.79 | Credit Card Fees |
| 11/12/2009 | | | CASH DISCOVER | 119.96 | | 1,779.75 | Credit Card/Web Sales |
| 11/12/2009 | | | CASH MASTER CARD | 4,359.28 | | 6,139.03 | Credit Card/Web Sales |
| 11/12/2009 | | | CASH VISA | 9,786.93 | | 15,925.96 | Credit Card/Web Sales |
| 11/13/2009 | | | CASH DISCOVER | 1,023.42 | | 16,949.38 | Credit Card/Web Sales |
| 11/13/2009 | | | CASH MASTER CARD | 6,739.23 | | 23,688.61 | Credit Card/Web Sales |
| 11/13/2009 | | | CASH VISA | 8,695.45 | | 32,384.06 | Credit Card/Web Sales |
| 11/16/2009 | | | CASH DISCOVER | 27.60 | | 32,411.66 | Credit Card/Web Sales |
| 11/16/2009 | | | CASH VISA | 722.39 | | 33,134.05 | Credit Card/Web Sales |
| 11/17/2009 | | | CASH VISA | 1,008.98 | | 34,143.03 | Credit Card/Web Sales |
| 11/17/2009 | | | CASH MASTER CARD | 1,274.81 | | 35,417.84 | Credit Card/Web Sales |
| 11/18/2009 | | | CASH DISCOVER | 525.99 | | 35,943.83 | Credit Card/Web Sales |
| 11/18/2009 | | | CASH MASTER CARD | 820.12 | | 36,763.95 | Credit Card/Web Sales |
| 11/18/2009 | | | CASH VISA | 2,208.22 | | 38,972.17 | Credit Card/Web Sales |
| 11/19/2009 | | | CASH VISA | 378.81 | | 39,350.98 | Credit Card/Web Sales |
| 11/20/2009 | | | CASH MASTER CARD | 39.68 | | 39,390.66 | Credit Card/Web Sales |
| 11/20/2009 | | | CASH DISCOVER | 125.86 | | 39,516.52 | Credit Card/Web Sales |
| 11/23/2009 | | | CASH VISA | 682.18 | | 40,198.70 | Credit Card/Web Sales |
| 11/23/2009 | | | CASH VISA | 335.19 | | 40,533.89 | Credit Card/Web Sales |
| 11/24/2009 | | | CASH MASTER CARD | 574.38 | | 41,108.27 | Credit Card/Web Sales |
| 11/24/2009 | | | CASH DISCOVER | 41.38 | | 41,149.65 | Credit Card/Web Sales |
| 11/24/2009 | | | CASH MASTER CARD | 1,444.77 | | 42,594.42 | Credit Card/Web Sales |
| 11/24/2009 | | | CASH VISA | 2,182.79 | | 44,777.21 | Credit Card/Web Sales |
| 11/24/2009 | | | Heartland Chargeback | | -422.99 | 44,354.22 | Credit Card/Web Sales |
| 11/25/2009 | | | CASH MASTER CARD | 255.38 | | 44,609.60 | Credit Card/Web Sales |
| 11/25/2009 | | | CASH VISA | 4,092.03 | | 48,701.63 | Credit Card/Web Sales |
| 11/27/2009 | | | Transfer to 3306 | | -38,775.71 | 9,925.92 | Transfer |
| 12/01/2009 | | | Visa, MC, Disc Oct Fees | | -1,337.98 | 8,587.94 | Credit Card Fees |
| 12/01/2009 | | | Visa, MC, Disc Nov Fees | | -1,279.64 | 7,308.30 | Credit Card Fees |

2608

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---:|---:|---:|---|
| 12/01/2009 | | | Heartland Fees | | -91.94 | 7,216.36 | Credit Card Fees |
| 12/02/2009 | | | CASH DISCOVER | 441.96 | | 7,658.32 | Credit Card/Web Sales |
| 12/02/2009 | | | CASH MASTER CARD | 611.08 | | 8,269.40 | Credit Card/Web Sales |
| 12/02/2009 | | | CASH VISA | 4,178.96 | | 12,448.36 | Credit Card/Web Sales |
| 12/03/2009 | | | CASH DISCOVER | 40.79 | | 12,489.15 | Credit Card/Web Sales |
| 12/03/2009 | | | CASH MASTER CARD | 100.44 | | 12,589.59 | Credit Card/Web Sales |
| 12/07/2009 | | | Refund of chargeback | 422.99 | | 13,012.58 | Credit Card/Web Sales |
| 12/08/2009 | | | CASH DISCOVER | 40.07 | | 13,052.65 | Credit Card/Web Sales |
| 12/08/2009 | | | CASH MASTER CARD | 630.68 | | 13,683.33 | Credit Card/Web Sales |
| 12/09/2009 | | | CASH VISA | 2,399.75 | | 16,083.08 | Credit Card/Web Sales |
| 12/09/2009 | | | | | -565.53 | 15,517.55 | Return Credit |
| 12/10/2009 | | | CASH MASTER CARD | 415.76 | | 15,933.31 | Credit Card/Web Sales |
| 12/10/2009 | | | CASH DISCOVER | 174.27 | | 16,107.58 | Credit Card/Web Sales |
| 12/10/2009 | | | CASH MASTER CARD | 1,490.58 | | 17,598.16 | Credit Card/Web Sales |
| 12/11/2009 | | | CASH VISA | 15,525.66 | | 33,123.82 | Credit Card/Web Sales |
| 12/11/2009 | | | CASH MASTER CARD | 551.46 | | 33,675.28 | Credit Card/Web Sales |
| 12/14/2009 | | | CASH VISA | 5,045.79 | | 38,721.07 | Credit Card/Web Sales |
| 12/14/2009 | | | CASH MASTER CARD | 366.97 | | 39,088.04 | Credit Card/Web Sales |
| 12/15/2009 | | | CASH VISA | 998.45 | | 40,086.49 | Credit Card/Web Sales |
| 12/15/2009 | | | CASH MASTER CARD | 1,813.26 | | 41,899.75 | Credit Card/Web Sales |
| 12/16/2009 | | | CASH VISA | 4,380.84 | | 46,280.59 | Credit Card/Web Sales |
| 12/16/2009 | | | | | -353.05 | 45,927.54 | Return Credit |
| 12/17/2009 | | | CASH MASTER CARD | 1,802.13 | | 47,729.67 | Credit Card/Web Sales |
| 12/17/2009 | | | CASH MASTER CARD | 318.52 | | 48,048.19 | Credit Card/Web Sales |
| 12/18/2009 | | | CASH VISA | 1,226.35 | | 49,274.54 | Credit Card/Web Sales |
| 12/18/2009 | | | Transfer to 3306 | | -46,729.67 | 2,544.87 | Transfer |
| 12/18/2009 | | | CASH DISCOVER | 36.49 | | 2,581.36 | Credit Card/Web Sales |
| 12/21/2009 | | | CASH MASTER CARD | 703.75 | | 3,285.11 | Credit Card/Web Sales |
| 12/21/2009 | | | CASH VISA | 1,426.60 | | 4,711.71 | Credit Card/Web Sales |
| 12/22/2009 | | | CASH VISA | 316.13 | | 5,027.84 | Credit Card/Web Sales |
| 12/22/2009 | | | CASH MASTER CARD | 736.09 | | 5,763.93 | Credit Card/Web Sales |
| 12/22/2009 | | | CASH MASTER CARD | 114.98 | | 5,878.91 | Credit Card/Web Sales |
| 12/23/2009 | | | CASH VISA | 1,399.83 | | 7,278.74 | Credit Card/Web Sales |
| 12/23/2009 | | | CASH DISCOVER | 167.26 | | 7,446.00 | Credit Card/Web Sales |

2608

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| 12/23/2009 | | | CASH MASTER CARD | 1,493.60 | | 8,939.60 | Credit Card/Web Sales |
| 12/23/2009 | | | CASH VISA | 2,173.23 | | 11,112.83 | Credit Card/Web Sales |
| 12/28/2009 | | | CASH MASTER CARD | 489.61 | | 11,602.44 | Credit Card/Web Sales |
| 12/28/2009 | | | CASH VISA | 11,718.97 | | 23,321.41 | Credit Card/Web Sales |
| 12/29/2009 | | | CASH DISCOVER | 114.95 | | 23,436.36 | Credit Card/Web Sales |
| 12/29/2009 | | | CASH MASTER CARD | 1,432.40 | | 24,868.76 | Credit Card/Web Sales |
| 12/29/2009 | | | CASH VISA | 3,355.73 | | 28,224.49 | Credit Card/Web Sales |
| | | | | 116,884.98 | -112,979.36 | | |

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Transfer Account #XXXXX3124

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 13,771.15 | Beg. Bal as of 11/3/09 |
| 11/02/2009 | | | Collection of Midway Accts Rec | 2,480.80 | | 16,251.95 | |
| 11/06/2009 | | | Transfer to 3446 | | -15,251.95 | 1,000.00 | |
| 11/09/2009 | | | Collection of Midway Accts Rec | 979.20 | | 1,979.20 | |
| 11/16/2009 | | | Collection of Midway Accts Rec | 1,959.65 | | 3,938.85 | |
| 11/23/2009 | | | Collection of Midway Accts Rec | 2,258.25 | | 6,197.10 | |
| 11/27/2009 | | | Transfer to 3306 | | -5,197.10 | 1,000.00 | |
| 11/30/2009 | | | Collection of Midway Accts Rec | 1,518.45 | | 2,518.45 | |
| 12/07/2009 | | | Collection of Midway Accts Rec | 1,909.55 | | 4,428.00 | |
| 12/11/2009 | | | Collection of Midway Accts Rec | 8,175.00 | | 12,603.00 | |
| 12/18/2009 | | | Transfer to 3306 | | -11,603.00 | 1,000.00 | |
| | | | | 19,280.90 | -32,052.05 | | |

3124

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Money Market Account #XXXXXX2982

Account closed on 11/5/09

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 32,660.79 | Beg. Bal as of 11/3/09 |
| 11/06/2009 | | Sovereign Bank | Transfer to 3446 | | -32,655.79 | 5.00 | |
| 11/14/2009 | | | Service Charge | | -5.00 | 0.00 | ACCOUNT CLOSED 11/6/09 |

2982

Cash Receipts and Disbursements
November 3, 2009 through December 31, 2009
Sovereign Bank Money Market Account #XXXXX3411

Account closed on 11/6/09

| Date | Num | Payee | Memo | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 550,105.48 Beg. Bal as of 11/3/09 |
| 11/06/2009 | | | Transfer to 3446 | | -550,105.48 | 0.00 |

3411

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

## CERTIFICATE OF SERVICE

I, Melissa W. Rand, Esquire, hereby certify that on February 3, 2010, I caused a true and correct copy of the Quarterly Report of Cash Receipts and Expenditures for the Period Ending December 31, 2009 to be served on the persons listed on the attached Service List via United States mail, postage prepaid.

_____
Melissa W. Rand, Esquire

FILED

## Service List

Thorp Reed & Armstrong, LLP
Joseph M. Donley, Esquire
One Commerce Square, Suite 1000
2005 Market Street
Philadelphia, PA 19103

Ropes & Gray LLP
Jerome C. Katz, Esquire
1211 Avenue of the Americas
New York, NY 10036

Drinker, Biddle & Reath LLP
John Chesney, Esquire
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

Eastburn & Gray, P.C.
Grace M. Deon, Esquire
60 East Court Street
P.O. Box 1389
Doylestown, PA 18901