| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974 | :     Civ. No. 09-4557 |
| | : |
| | : |
| | : |
| vs. | : |
| | : |
| COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | :<br>:<br>:<br>: |

### CERTIFICATE OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EDWARD A. PHILLIPS AS LIQUIDATING TRUSTEE FOR COMMAND ARMS ACCESSORIES, LLC FOR THE PERIOD OCTOBER 23, 2009 THROUGH DECEMBER 31, 2009 AND SECOND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF EDWARD A. PHILLIPS AS LIQUIDATING TRUSTEE FOR COMMAND ARMS ACCESSORIES, LLC FOR THE PERIOD JANUARY 1, 2010 THROUGH FEBRUARY 28, 2010

Edward A. Phillips of the firm Amper, Politziner & Mattia LLP, appointed as liquidating trustee (the "Trustee) for Command Arms Accessories, LLC, hereby certifies that:

1.    On February 5, 2010, the Application for Compensation and Reimbursement of Expenses of Edward A. Phillips as Liquidating Trustee for Command Arms Accessories, LLC ("CAA") for the Period October 23, 2009 through December 31, 2009 (the "First Application") [D.I. 11] was filed with this Court and served on counsel to Craig Fisher and Eldad Oz in accordance with the Stipulation and Consent Order entered by this Court on November 2, 2009 (the "Consent Order") [D.I. 9].

2.    On March 16, 2010, the Second Application for Compensation and Reimbursement of Expenses of Edward A. Phillips as Liquidating Trustee for Command Arms Accessories, LLC for the Period January 1, 2010 through February 28, 2010 (the "Second Application," and together with the First Application, the "Applications") [D.I. 12] was filed

with this Court and served on counsel to Craig Fisher and Eldad Oz in accordance with the Consent Order.

      3.    The Trustee further certifies that no objections or responses to the Applications were filed and served within the time period established by this Court in the Consent Order.

DATED: March 29, 2010

Respectfully submitted,

*/s/ Edward A. Phillips*
Edward A. Phillips
Amper, Politziner & Mattia LLP
101 West Avenue
PO Box 458
Jenkintown, PA 19046-0458
(215) 881-6168

*Liquidating Trustee to Command Arms Accessories, LLC*