UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

### Quarterly Report of Cash Receipts and Expenditures for the Period Ending March 31, 2010

In accordance with paragraph 7 of the *Stipulation and Consent Order* entered by this Court on November 2, 2009 [D.I. 9], attached is the quarterly report setting forth Command Arms Accessories, LLC's cash receipts and expenditures for the period ending March 31, 2010.

DATED: May 3, 2010

Respectfully submitted,

/s/ *Edward A. Phillips*
Edward A. Phillips
Amper, Politziner & Mattia LLP
101 West Avenue
PO Box 458
Jenkintown, PA 19046-0458
(215) 881-6168

*Liquidating Trustee to Command Arms Accessories, LLC*

Command Arms Accessories
Summary of Cash Activity
January 1, 2010 through March 31, 2010

| Account Ending | Description | Beginning Balance | Collection of A/R | Interest Credited | Tranfers In | Other | Expenses Paid | Refunds/ Returns | Transfers Out | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3306 | New Checking | 118,018.24 | 2,750.82 | | 570,466.40 | | -548,860.79 | -3,912.06 | | 138,462.61 |
| 3446 | New Money Market | 622,073.64 | | 1,085.42 | | | | | | 623,159.06 |
| 2535 | Old Checking | 39,183.53 | 455,818.73 | | | 150.00 | -1,669.69 | | -388,373.01 | 105,109.56 |
| 2608 | Visa/Mastercard/Discover Sales | 28,224.49 | 217,353.35 | | | | -5,503.22 | | -162,093.39 | 77,981.23 |
| 3124 | Military Sales (AAFES) | 1,000.00 | 31,332.25 | | | | | | -20,000.00 | 12,332.25 |
| | | 808,499.90 | 707,255.15 | 1,085.42 | 570,466.40 | 150.00 | -556,033.70 | -3,912.06 | -570,466.40 | 957,044.71 |

Cash Receipts and Expenditures
January 1, 2010 through March 31, 2010
Sovereign Bank Operating Account #XXXXXX3306

| Date | Num | Payee | Memo | Receipt | Expenditure | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 118,018.24 Beg. Bal as of 1/1/10 |
| 12/09/2009 | | Craig Fisher | Payroll through 10/14/09 and accrued vacation | | -1,750.22 | 116,268.02 |
| 12/29/2009 | 1092 | | Collection of Accounts Receivable | 72.56 | | 116,340.58 |
| 12/31/2009 | 1079 | Soldier of Fortune Magazine | Contracted Advertisement in February 2010 Magazine | | -700.00 | 115,640.58 |
| 01/06/2010 | | | Collection of Accounts Receivable | 2,678.26 | | 118,318.84 |
| 01/13/2010 | 1084 | UPS | Shipping Costs | | -2,441.30 | 115,877.54 |
| 01/13/2010 | Wire | MAR-OM DOLPHIN | Purchases | | -5,300.00 | 110,577.54 |
| 01/13/2010 | 1088 | Boyd Metz & Associates | December 2009 Commissions | | -1,902.13 | 108,675.41 |
| 01/13/2010 | 1087 | FALCON INDUSTRIES | December 2009 Royalties | | -49.07 | 108,626.34 |
| 01/13/2010 | 1085 | First Samco | Reimbursement for CAA's portion of the 12/4/09, 12/18/09, and 1/1/09 payroll periods | | -18,638.50 | 89,987.84 |
| 01/13/2010 | 1085 | First Samco | Reimbursemnt of FSI AR paid to CAA | | -306.87 | 89,680.97 |
| 01/13/2010 | 1086 | Gander Mountain | Refund for returned product | | -13.37 | 89,667.60 |
| 01/13/2010 | 1089 | Garrett Ames | Refund for returned product | | -29.99 | 89,637.61 |
| 01/13/2010 | | | Transfer from 2608 | 40,593.39 | | 130,231.00 |
| 01/13/2010 | | | Transfer from 2535 | 158,373.01 | | 288,604.01 |
| 01/14/2010 | Wire | Blue Star Hosting | Web Hosting | | -78.31 | 288,525.70 |
| 01/15/2010 | | Sovereign Bank | Service Charge | | -105.00 | 288,420.70 |
| 01/18/2010 | 1090 | SCHUBERT PLASTICS, INC | Purchases | | -18,670.15 | 269,750.55 |
| 01/28/2010 | 1092 | PA UC FUND | PA Unemployment Tax 4th Qtr | | -383.28 | 269,367.27 |
| 01/28/2010 | 1091 | IRS | Employer Futa Expense - Form 940 | | -297.82 | 269,069.45 |
| 01/28/2010 | 1094 | MUNISERVICES,LLC | 4th Qtr Bensalem Local Tax | | -56.40 | 269,013.05 |
| 01/28/2010 | 1093 | Phila Dept of Revenue | 2009 Philadelphia Employer Wage Tax | | -153.00 | 268,860.05 |
| 01/28/2010 | Wire | PA Dept of Revenue | PA Sales Tax | | -103.39 | 268,756.66 |
| 01/29/2010 | 1096 | Sales Opportunity Services | AAFES EDI Monthly Service Fee | | -62.54 | 268,694.12 |
| 02/01/2010 | 1095 | First Samco | Payroll Reimbursement for CAA's portion of the 1/15/10 Payroll Period | | -6,310.05 | 262,384.07 |
| 02/01/2010 | 1097 | Shooters of Jacksonville | Refund for returned product | | -3,868.70 | 258,515.37 |
| 02/05/2010 | 1099 | First Samco | Payroll Reimbursement for CAA's portion of 1/29/10 Payroll Period | | -7,074.27 | 251,441.10 |
| 02/05/2010 | 1103 | First Samco | Reimbursemnt of FSI AR paid to CAA and Postage paid on CAA's behalf | | -2,573.60 | 248,867.50 |
| 02/05/2010 | 1104 | First Samco | Reimbursement of CAA's portion of January's Expenses | | -9,267.46 | 239,600.04 |
| 02/05/2010 | 1101 | Boyd Metz & Associates | January 2010 Commissions | | -3,255.00 | 236,345.04 |
| 02/05/2010 | 1102 | FALCON INDUSTRIES | January 2010 Commissions | | -60.27 | 236,284.77 |
| 02/05/2010 | 1100 | MUNISERVICES,LLC | 3rd Qtr Bensalem LST Tax | | -186.24 | 236,098.53 |
| 02/15/2010 | 1107 | Dave Stockman | 2010 Shot Show Payroll | | -894.00 | 235,204.53 |
| 02/15/2010 | | Sovereign Bank | Service Charge | | -40.00 | 235,164.53 |
| 02/16/2010 | 1109 | Jerry Plum | 2010 Shot Show Payroll | | -894.00 | 234,270.53 |
| 02/16/2010 | 1110 | Jerry Plum | Reimbursement of Expenses for the 2010 Shot Show | | -1,808.59 | 232,461.94 |
| 02/16/2010 | Wire | Blue Star Hosting | Web Hosting | | -78.31 | 232,383.63 |
| 02/18/2010 | 1114 | First Samco | Payroll Reimbursement for CAA's portion of 2/12/10 Payroll Period | | -6,436.63 | 225,947.00 |
| 02/18/2010 | 1112 | Sales Opportunity Services | AAFES EDI Monthly Service Fee | | -62.54 | 225,884.46 |
| 02/18/2010 | 1111 | UPS | Shipping Costs | | -4,996.33 | 220,888.13 |
| 02/18/2010 | 1113 | LA Police Gear | Refund for returned product | | -382.60 | 220,505.53 |
| 03/04/2010 | | | Transfer from 3124 | 20,000.00 | | 240,505.53 |
| 03/04/2010 | | | Transfer from 2535 | 230,000.00 | | 470,505.53 |
| 03/04/2010 | | | Transfer from 2608 | 121,500.00 | | 592,005.53 |
| 03/04/2010 | 1121 | Amper | Trustee Fees for November & December | | -87,739.20 | 504,266.33 |
| 03/04/2010 | 1122 | Amper | Accounting Fees for December & January | | -38,127.26 | 466,139.07 |
| 03/04/2010 | 1123 | Saul Ewing, LLP | Legal Fees for December & January | | -137,892.81 | 328,246.26 |
| 03/05/2010 | 1119 | First Samco | Reimbursement for CAA's portion of January's Expenses | | -9,290.66 | 318,955.60 |
| 03/05/2010 | 1117 | First Samco | Payroll Reimbursement for CAA's portion of 2/26/10 Payroll Period | | -5,799.30 | 313,156.30 |
| 03/05/2010 | 1118 | First Samco | Purchases | | -40,120.56 | 273,035.74 |

| Date | Check # | Payee | Description | Amount | Balance |
|---|---|---|---|---|---|
| 03/05/2010 | 1120 | PA Dept of Revenue | 2009 Sales and Use Tax | -973.86 | 272,061.88 |
| 03/05/2010 | 1115 | UPS | Shipping Costs | -1,986.23 | 270,075.65 |
| 03/05/2010 | 1116 | Marca Coating Tech | Purchases | -712.50 | 269,363.15 |
| 03/15/2010 | | Blue Star Hosting | Web Hosting | -78.21 | 269,284.94 |
| 03/17/2010 | 1126 | Sales Opportunity Services | AAFES EDI Monthly Service Fee | -59.00 | 269,225.94 |
| 03/17/2010 | 1127 | Boyd Metz & Associates | February 2010 Commissions | -2,251.85 | 266,974.09 |
| 03/17/2010 | 1128 | FALCON INDUSTRIES | February 2010 Commissions | -46.48 | 266,927.61 |
| 03/17/2010 | 1129 | Germane Tool Company | Purchases | -1,280.00 | 265,647.61 |
| 03/17/2010 | 1125 | UPS | Shipping Costs | -1,962.94 | 263,684.67 |
| 03/17/2010 | 1124 | PA DEPT OF REVENUE | 1st Qtr Estimate of PA Corporate Tax | -1,500.00 | 262,184.67 |
| 03/26/2010 | 1132 | First Samco | Reimbursement for CAA's portion of February's Expenses | -5,507.64 | 256,677.03 |
| 03/26/2010 | 1133 | First Samco | Reimbursement for CAA's portion of the 3/12/10 and 3/26/10 payroll | -16,964.96 | 239,712.07 |
| 03/26/2010 | 1134 | First Samco | Purchases | -6,567.12 | 233,144.95 |
| 03/26/2010 | 1131 | First Samco | Reimbursement for CAA's portion of the 2010 Shot Show Expenses | -19,434.18 | 213,710.77 |
| 03/30/2010 | 1136 | Amper | February Accounting Fees | -16,194.50 | 197,516.27 |
| 03/30/2010 | 1137 | Amper | Trustee Fees for January & February | -59,053.66 | 138,462.61 |
| | | | | 573,217.22 | (552,772.85) |

Cash Receipts and Expenditures
January 1, 2010 through March 31, 2010
Sovereign Bank Money Market Account #XXXXXX3446

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 622,073.64 | Beg Bal as of 1/1/10 |
| 1/20/2010 | | | Interest | 406.48 | | 622,480.12 | |
| 2/20/2010 | | | Interest | 382.01 | | 622,862.13 | |
| 3/20/2010 | | | Interest | 296.93 | | 623,159.06 | |
| | | | | 1,085.42 | - | | |

Cash Receipts and Expenditures
January 1, 2010 through March 31, 2010
Sovereign Bank Operating Account #XXXXXX2535

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---:|---:|---:|---|
| | | | | | | 39,183.53 | Beg Bal as of 1/1/10 |
| 12/14/2009 | | | Collection of Accts Receivable | 227.23 | | 39,410.76 | |
| 12/15/2009 | | | Collection of Accts Receivable | 3,168.25 | | 42,579.01 | |
| 12/16/2009 | | | Collection of Accts Receivable | 72.19 | | 42,651.20 | |
| 12/17/2009 | | | Collection of Accts Receivable | 84.51 | | 42,735.71 | |
| 12/21/2009 | | | Collection of Accts Receivable | 14.73 | | 42,750.44 | |
| 12/23/2009 | | | Collection of Accts Receivable | 45.15 | | 42,795.59 | |
| 12/30/2009 | | | Collection of Accts Receivable | 1,050.50 | | 43,846.09 | |
| 12/31/2009 | | | Collection of Accts Receivable | 437.36 | | 44,283.45 | |
| 12/31/2009 | | | Collection of Accts Receivable | 1,913.52 | | 46,196.97 | |
| 01/05/2010 | | | Collection of Accts Receivable | 115,434.46 | | 161,631.43 | |
| 01/05/2010 | | | Collection of Accts Receivable | 45.15 | | 161,676.58 | |
| 01/05/2010 | | | FFL Applicant Refund | 150.00 | | 161,826.58 | |
| 01/07/2010 | | | Collection of Accts Receivable | 114.30 | | 161,940.88 | |
| 01/08/2010 | | | Collection of Accts Receivable | 1,591.58 | | 163,532.46 | |
| 01/11/2010 | | | Collection of Accts Receivable | 1,212.04 | | 164,744.50 | |
| 01/11/2010 | | | Bank Charges | | -542.42 | 164,202.08 | |
| 01/12/2010 | | | Collection of Accts Receivable | 941.80 | | 165,143.88 | |
| 01/13/2010 | | | Collection of Accts Receivable | 608.00 | | 165,751.88 | |
| 01/13/2010 | | | Transfer to 3306 | | -158,373.01 | 7,378.87 | |
| 01/15/2010 | | | Collection of Accts Receivable | 320.75 | | 7,699.62 | |
| 01/18/2010 | | | Collection of Accts Receivable | 10.67 | | 7,710.29 | |
| 01/19/2010 | | | Collection of Accts Receivable | 27.29 | | 7,737.58 | |
| 01/20/2010 | | | Collection of Accts Receivable | 34,837.09 | | 42,574.67 | |
| 01/21/2010 | | | Collection of Accts Receivable | 4,286.90 | | 46,861.57 | |
| 01/22/2010 | | | Collection of Accts Receivable | 738.40 | | 47,599.97 | |
| 01/25/2010 | | | Collection of Accts Receivable | 22,991.16 | | 70,591.13 | |
| 01/25/2010 | | | Collection of Accts Receivable | 40.23 | | 70,631.36 | |
| 01/26/2010 | | | Collection of Accts Receivable | 572.76 | | 71,204.12 | |
| 01/28/2010 | | | Collection of Accts Receivable | 53,839.72 | | 125,043.84 | |
| 01/28/2010 | | | Collection of Accts Receivable | 8,244.63 | | 133,288.47 | |
| 01/29/2010 | | | Collection of Accts Receivable | 103.04 | | 133,391.51 | |
| 02/01/2010 | | | Collection of Accts Receivable | 1,479.26 | | 134,870.77 | |
| 02/01/2010 | | | Collection of Accts Receivable | 3,215.97 | | 138,086.74 | |
| 02/02/2010 | | | Collection of Accts Receivable | 41.43 | | 138,128.17 | |
| 02/03/2010 | | | Collection of Accts Receivable | 14,950.74 | | 153,078.91 | |
| 02/03/2010 | | | Collection of Accts Receivable | 427.18 | | 153,506.09 | |
| 02/04/2010 | | | Collection of Accts Receivable | 44.96 | | 153,551.05 | |
| 02/05/2010 | | | Collection of Accts Receivable | 4,742.85 | | 158,293.90 | |
| 02/05/2010 | | | Collection of Accts Receivable | 34.73 | | 158,328.63 | |
| 02/08/2010 | | | Collection of Accts Receivable | 718.40 | | 159,047.03 | |
| 02/09/2010 | | | Collection of Accts Receivable | 2,933.82 | | 161,980.85 | |
| 02/11/2010 | | | Bank Charges | | -560.77 | 161,420.08 | |
| 02/12/2010 | | | Collection of Accts Receivable | 255.88 | | 161,675.96 | |
| 02/15/2010 | | | Collection of Accts Receivable | 185.90 | | 161,861.86 | |
| 02/15/2010 | | | Collection of Accts Receivable | 821.16 | | 162,683.02 | |
| 02/17/2010 | | | Collection of Accts Receivable | 12,864.58 | | 175,547.60 | |
| 02/18/2010 | | | Collection of Accts Receivable | 17,886.16 | | 193,433.76 | |
| 02/18/2010 | | | Collection of Accts Receivable | 388.56 | | 193,822.32 | |
| 02/19/2010 | | | Collection of Accts Receivable | 7,529.67 | | 201,351.99 | |
| 02/22/2010 | | | Collection of Accts Receivable | 589.54 | | 201,941.53 | |
| 02/23/2010 | | | Collection of Accts Receivable | 818.84 | | 202,760.37 | |
| 02/24/2010 | | | Collection of Accts Receivable | 17,992.34 | | 220,752.71 | |
| 02/24/2010 | | | Collection of Accts Receivable | 84.95 | | 220,837.66 | |
| 02/25/2010 | | | Collection of Accts Receivable | 4,129.07 | | 224,966.73 | |

| Date | Description | Amount | Amount 2 | Balance |
|---|---|---:|---:|---:|
| 02/25/2010 | Collection of Accts Receivable | 474.97 | | 225,441.70 |
| 03/01/2010 | Collection of Accts Receivable | 848.73 | | 226,290.43 |
| 03/02/2010 | Collection of Accts Receivable | 8,588.92 | | 234,879.35 |
| 03/02/2010 | Collection of Accts Receivable | 960.73 | | 235,840.08 |
| 03/03/2010 | Collection of Accts Receivable | 490.20 | | 236,330.28 |
| 03/04/2010 | Transfer to 3306 | | -230,000.00 | 6,330.28 |
| 03/04/2010 | Collection of Accts Receivable | 3,913.98 | | 10,244.26 |
| 03/05/2010 | Collection of Accts Receivable | 15,292.30 | | 25,536.56 |
| 03/05/2010 | Collection of Accts Receivable | 1,460.63 | | 26,997.19 |
| 03/09/2010 | Collection of Accts Receivable | 532.76 | | 27,529.95 |
| 03/10/2010 | Collection of Accts Receivable | 15,948.20 | | 43,478.15 |
| 03/11/2010 | Collection of Accts Receivable | 317.62 | | 43,795.77 |
| 03/11/2010 | Bank Charges | | -566.50 | 43,229.27 |
| 03/12/2010 | Collection of Accts Receivable | 1,262.67 | | 44,491.94 |
| 03/12/2010 | Collection of Accts Receivable | 2,453.96 | | 46,945.90 |
| 03/15/2010 | Collection of Accts Receivable | 20.29 | | 46,966.19 |
| 03/16/2010 | Collection of Accts Receivable | 7,473.45 | | 54,439.64 |
| 03/17/2010 | Collection of Accts Receivable | 374.25 | | 54,813.89 |
| 03/17/2010 | Collection of Accts Receivable | 2,619.36 | | 57,433.25 |
| 03/18/2010 | Collection of Accts Receivable | 140.45 | | 57,573.70 |
| 03/19/2010 | Collection of Accts Receivable | 134.49 | | 57,708.19 |
| 03/19/2010 | Collection of Accts Receivable | 7,409.70 | | 65,117.89 |
| 03/23/2010 | Collection of Accts Receivable | 22,172.90 | | 87,290.79 |
| 03/24/2010 | Collection of Accts Receivable | 566.63 | | 87,857.42 |
| 03/26/2010 | Collection of Accts Receivable | 7,985.56 | | 95,842.98 |
| 03/30/2010 | Collection of Accts Receivable | 8,148.23 | | 103,991.21 |
| 03/31/2010 | Collection of Accts Receivable | 1,118.35 | | 105,109.56 |
| | | 455,968.73 | -390,042.70 | |

Cash Receipts and Expenditures
January 1, 2010 through March 31, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 28,224.49 | Beg Bal as of 1/1/10 |
| 12/30/2009 | | | CASH VISA | 1,670.87 | | 29,895.36 | Credit Card/Web Sales |
| 12/30/2009 | | | CASH MASTER CARD | 1,323.73 | | 31,219.09 | Credit Card/Web Sales |
| 12/31/2009 | | | CASH VISA | 2,439.53 | | 33,658.62 | Credit Card/Web Sales |
| 12/31/2009 | | | CASH MASTER CARD | 1,158.13 | | 34,816.75 | Credit Card/Web Sales |
| 1/4/2010 | | | CASH VISA | 97.05 | | 34,913.80 | Credit Card/Web Sales |
| 1/4/2010 | | | Visa, MC, Discover December Fees | | -2,032.40 | 32,881.40 | Credit Card Fees |
| 1/5/2010 | | | CASH VISA | 1,489.81 | | 34,371.21 | Credit Card/Web Sales |
| 1/5/2010 | | | CASH MASTER CARD | 1,123.99 | | 35,495.20 | Credit Card/Web Sales |
| 1/5/2010 | | | CASH DISCOVER | 36.59 | | 35,531.79 | Credit Card/Web Sales |
| 1/5/2010 | | | Hearltand Fees | | -108.68 | 35,423.11 | Credit Card Fees |
| 1/6/2010 | | | CASH VISA | 2,190.92 | | 37,614.03 | Credit Card/Web Sales |
| 1/6/2010 | | | CASH MASTER CARD | 75.99 | | 37,690.02 | Credit Card/Web Sales |
| 1/7/2010 | | | CASH VISA | 1,537.88 | | 39,227.90 | Credit Card/Web Sales |
| 1/7/2010 | | | CASH MASTER CARD | 1,027.89 | | 40,255.79 | Credit Card/Web Sales |
| 1/7/2010 | | | CASH DISCOVER | 56.09 | | 40,311.88 | Credit Card/Web Sales |
| 1/11/2010 | | | CASH VISA | 56.35 | | 40,368.23 | Credit Card/Web Sales |
| 1/11/2010 | | | CASH MASTER CARD | 1,181.27 | | 41,549.50 | Credit Card/Web Sales |
| 1/11/2010 | | | CASH DISCOVER | 43.89 | | 41,593.39 | Credit Card/Web Sales |
| 1/12/2010 | | | CASH VISA | 1,887.97 | | 43,481.36 | Credit Card/Web Sales |
| 1/12/2010 | | | CASH MASTER CARD | 1,584.95 | | 45,066.31 | Credit Card/Web Sales |
| 1/12/2010 | | | CASH AM | 58.16 | | 45,124.47 | Credit Card/Web Sales |
| 1/13/2010 | | | CASH VISA | 160.85 | | 45,285.32 | Credit Card/Web Sales |
| 1/13/2010 | | | CASH DISCOVER | 126.99 | | 45,412.31 | Credit Card/Web Sales |
| 1/13/2010 | | | CASH MASTER CARD | 272.12 | | 45,684.43 | Credit Card/Web Sales |
| 1/13/2010 | | | Transfer to 3306 | | -40,593.39 | 5,091.04 | Transfer |
| 1/14/2010 | | | CASH VISA | 1,619.58 | | 6,710.62 | Credit Card/Web Sales |
| 1/14/2010 | | | CASH MASTER CARD | 606.88 | | 7,317.50 | Credit Card/Web Sales |
| 1/15/2010 | | | CASH VISA | 544.61 | | 7,862.11 | Credit Card/Web Sales |
| 1/15/2010 | | | CASH MASTER CARD | 267.02 | | 8,129.13 | Credit Card/Web Sales |
| 1/18/2010 | | | CASH MASTER CARD | 679.66 | | 8,808.79 | Credit Card/Web Sales |
| 1/18/2010 | | | CASH VISA | 1,426.17 | | 10,234.96 | Credit Card/Web Sales |
| 1/18/2010 | | | CASH DISCOVER | 40.59 | | 10,275.55 | Credit Card/Web Sales |
| 1/19/2010 | | | CASH MASTER CARD | 3,236.76 | | 13,512.31 | Credit Card/Web Sales |
| 1/19/2010 | | | CASH DISCOVER | 20.29 | | 13,532.60 | Credit Card/Web Sales |
| 1/19/2010 | | | CASH VISA | 712.10 | | 14,244.70 | Credit Card/Web Sales |
| 1/20/2010 | | | CASH MASTER CARD | 141.17 | | 14,385.87 | Credit Card/Web Sales |
| 1/20/2010 | | | CASH VISA | 638.62 | | 15,024.49 | Credit Card/Web Sales |
| 1/21/2010 | | | CASH VISA | 198.18 | | 15,222.67 | Credit Card/Web Sales |
| 1/21/2010 | | | CASH MASTER CARD | 174.07 | | 15,396.74 | Credit Card/Web Sales |
| 1/25/2010 | | | CASH VISA | 2,190.99 | | 17,587.73 | Credit Card/Web Sales |
| 1/25/2010 | | | CASH MASTER CARD | 347.96 | | 17,935.69 | Credit Card/Web Sales |
| 1/26/2010 | | | CASH VISA | 4,236.78 | | 22,172.47 | Credit Card/Web Sales |
| 1/26/2010 | | | CASH MASTER CARD | 422.41 | | 22,594.88 | Credit Card/Web Sales |
| 1/27/2010 | | | CASH VISA | 3,029.62 | | 25,624.50 | Credit Card/Web Sales |
| 1/27/2010 | | | CASH MASTER CARD | 505.36 | | 26,129.86 | Credit Card/Web Sales |
| 1/28/2010 | | | CASH VISA | 4,656.67 | | 30,786.53 | Credit Card/Web Sales |
| 1/28/2010 | | | CASH MASTER CARD | 68.09 | | 30,854.62 | Credit Card/Web Sales |
| 1/29/2010 | | | CASH MASTER CARD | 2,566.15 | | 33,420.77 | Credit Card/Web Sales |
| 1/29/2010 | | | CASH VISA | 4,407.52 | | 37,828.29 | Credit Card/Web Sales |
| 2/1/2010 | | | CASH MASTER CARD | 35.13 | | 37,863.42 | Credit Card/Web Sales |
| 2/1/2010 | | | CASH VISA | 3,255.29 | | 41,118.71 | Credit Card/Web Sales |
| 2/2/2010 | | | CASH VISA | 3,125.59 | | 44,244.30 | Credit Card/Web Sales |
| 2/2/2010 | | | CASH MASTER CARD | 720.84 | | 44,965.14 | Credit Card/Web Sales |
| 2/2/2010 | | | Hearltand Fees | | -95.79 | 44,869.35 | Credit Card Fees |

| Date | Description | Amount | Adjustment | Balance | Category |
|---|---|---:|---:|---:|---|
| 2/2/2010 | Visa, MC, Discover Fees | | -1,354.91 | 43,514.44 | Credit Card Fees |
| 2/3/2010 | CASH VISA | 634.57 | | 44,149.01 | Credit Card/Web Sales |
| 2/3/2010 | CASH MASTER CARD | 632.51 | | 44,781.52 | Credit Card/Web Sales |
| 2/4/2010 | CASH VISA | 664.36 | | 45,445.88 | Credit Card/Web Sales |
| 2/4/2010 | CASH MASTER CARD | 173.16 | | 45,619.04 | Credit Card/Web Sales |
| 2/5/2010 | CASH VISA | 1,850.44 | | 47,469.48 | Credit Card/Web Sales |
| 2/5/2010 | CASH DISCOVER | 52.78 | | 47,522.26 | Credit Card/Web Sales |
| 2/5/2010 | CASH MASTER CARD | 476.94 | | 47,999.20 | Credit Card/Web Sales |
| 2/8/2010 | CASH VISA | 62.68 | | 48,061.88 | Credit Card/Web Sales |
| 2/9/2010 | CASH VISA | 2,448.49 | | 50,510.37 | Credit Card/Web Sales |
| 2/9/2010 | CASH MASTER CARD | 509.95 | | 51,020.32 | Credit Card/Web Sales |
| 2/12/2010 | CASH VISA | 16,268.05 | | 67,288.37 | Credit Card/Web Sales |
| 2/12/2010 | CASH MASTER CARD | 1,111.76 | | 68,400.13 | Credit Card/Web Sales |
| 2/15/2010 | CASH VISA | 3,626.98 | | 72,027.11 | Credit Card/Web Sales |
| 2/15/2010 | CASH MASTER CARD | 1,468.68 | | 73,495.79 | Credit Card/Web Sales |
| 2/15/2010 | CASH DISCOVER | 52.98 | | 73,548.77 | Credit Card/Web Sales |
| 2/15/2010 | CASH AMERICAN EXPRESS | 142.76 | | 73,691.53 | Credit Card/Web Sales |
| 2/17/2010 | CASH VISA | 66.85 | | 73,758.38 | Credit Card/Web Sales |
| 2/18/2010 | CASH VISA | 3,094.57 | | 76,852.95 | Credit Card/Web Sales |
| 2/18/2010 | CASH MASTER CARD | 3,736.40 | | 80,589.35 | Credit Card/Web Sales |
| 2/18/2010 | CASH DISCOVER | 71.17 | | 80,660.52 | Credit Card/Web Sales |
| 2/19/2010 | CASH MASTER CARD | 91.78 | | 80,752.30 | Credit Card/Web Sales |
| 2/19/2010 | CASH VISA | 2,239.73 | | 82,992.03 | Credit Card/Web Sales |
| 2/22/2010 | CASH MASTER CARD | 2,322.51 | | 85,314.54 | Credit Card/Web Sales |
| 2/22/2010 | CASH VISA | 2,938.09 | | 88,252.63 | Credit Card/Web Sales |
| 2/22/2010 | CASH DISCOVER | 708.29 | | 88,960.92 | Credit Card/Web Sales |
| 2/23/2010 | CASH VISA | 213.88 | | 89,174.80 | Credit Card/Web Sales |
| 2/23/2010 | CASH DISCOVER | 71.41 | | 89,246.21 | Credit Card/Web Sales |
| 2/24/2010 | CASH VISA | 2,943.84 | | 92,190.05 | Credit Card/Web Sales |
| 2/24/2010 | CASH MASTER CARD | 2,687.67 | | 94,877.72 | Credit Card/Web Sales |
| 2/24/2010 | CASH DISCOVER | 29.84 | | 94,907.56 | Credit Card/Web Sales |
| 2/25/2010 | CASH MASTER CARD | 775.70 | | 95,683.26 | Credit Card/Web Sales |
| 2/25/2010 | CASH VISA | 2,620.34 | | 98,303.60 | Credit Card/Web Sales |
| 3/1/2010 | Visa, MC, Discover Fees | | -1,807.80 | 96,495.80 | Credit Card Fees |
| 3/1/2010 | Hearltand Fees | | -103.64 | 96,392.16 | Credit Card Fees |
| 3/1/2010 | CASH VISA | 2,213.52 | | 98,605.68 | Credit Card/Web Sales |
| 3/1/2010 | CASH MASTER CARD | 323.94 | | 98,929.62 | Credit Card/Web Sales |
| 3/1/2010 | CASH DISCOVER | 526.57 | | 99,456.19 | Credit Card/Web Sales |
| 3/2/2010 | CASH VISA | 22,085.87 | | 121,542.06 | Credit Card/Web Sales |
| 3/2/2010 | CASH MASTER CARD | 1,157.48 | | 122,699.54 | Credit Card/Web Sales |
| 3/3/2010 | CASH MASTER CARD | 2,990.61 | | 125,690.15 | Credit Card/Web Sales |
| 3/3/2010 | CASH VISA | 471.23 | | 126,161.38 | Credit Card/Web Sales |
| 3/4/2010 | Transfer to 3306 | | -121,500.00 | 4,661.38 | |
| 3/4/2010 | CASH VISA | 2,597.20 | | 7,258.58 | Credit Card/Web Sales |
| 3/4/2010 | CASH DISCOVER | 396.89 | | 7,655.47 | Credit Card/Web Sales |
| 3/4/2010 | CASH MASTER CARD | 43.18 | | 7,698.65 | Credit Card/Web Sales |
| 3/5/2010 | CASH VISA | 3,315.88 | | 11,014.53 | Credit Card/Web Sales |
| 3/5/2010 | CASH MASTER CARD | 6,124.33 | | 17,138.86 | Credit Card/Web Sales |
| 3/5/2010 | CASH DISCOVER | 180.56 | | 17,319.42 | Credit Card/Web Sales |
| 3/8/2010 | CASH VISA | 2,604.81 | | 19,924.23 | Credit Card/Web Sales |
| 3/8/2010 | CASH MASTER CARD | 7,237.33 | | 27,161.56 | Credit Card/Web Sales |
| 3/9/2010 | CASH VISA | 4,364.61 | | 31,526.17 | Credit Card/Web Sales |
| 3/9/2010 | CASH MASTER CARD | 2,038.57 | | 33,564.74 | Credit Card/Web Sales |
| 3/9/2010 | CASH DISCOVER | 282.76 | | 33,847.50 | Credit Card/Web Sales |
| 3/10/2010 | CASH VISA | 40.35 | | 33,887.85 | Credit Card/Web Sales |
| 3/11/2010 | CASH VISA | 1,579.83 | | 35,467.68 | Credit Card/Web Sales |
| 3/11/2010 | CASH MASTER CARD | 331.85 | | 35,799.53 | Credit Card/Web Sales |
| 3/12/2010 | CASH MASTER CARD | 3,095.29 | | 38,894.82 | Credit Card/Web Sales |
| 3/12/2010 | CASH VISA | 3,935.70 | | 42,830.52 | Credit Card/Web Sales |
| 3/15/2010 | CASH MASTER CARD | 772.21 | | 43,602.73 | Credit Card/Web Sales |
| 3/15/2010 | CASH DISCOVER | 45.48 | | 43,648.21 | Credit Card/Web Sales |

| Date | Type | Amount | Balance | Category |
|---|---|---:|---:|---|
| 3/15/2010 | CASH VISA | 2,142.19 | 45,790.40 | Credit Card/Web Sales |
| 3/16/2010 | CASH VISA | 3,877.51 | 49,667.91 | Credit Card/Web Sales |
| 3/16/2010 | CASH MASTER CARD | 1,267.67 | 50,935.58 | Credit Card/Web Sales |
| 3/17/2010 | CASH VISA | 282.46 | 51,218.04 | Credit Card/Web Sales |
| 3/17/2010 | CASH MASTER CARD | 274.95 | 51,492.99 | Credit Card/Web Sales |
| 3/18/2010 | CASH VISA | 604.65 | 52,097.64 | Credit Card/Web Sales |
| 3/18/2010 | CASH MASTER CARD | 1,009.19 | 53,106.83 | Credit Card/Web Sales |
| 3/19/2010 | CASH VISA | 769.05 | 53,875.88 | Credit Card/Web Sales |
| 3/19/2010 | CASH MASTER CARD | 1,074.14 | 54,950.02 | Credit Card/Web Sales |
| 3/22/2010 | CASH MASTER CARD | 998.25 | 55,948.27 | Credit Card/Web Sales |
| 3/22/2010 | CASH VISA | 1,629.79 | 57,578.06 | Credit Card/Web Sales |
| 3/23/2010 | CASH MASTER CARD | 932.34 | 58,510.40 | Credit Card/Web Sales |
| 3/23/2010 | CASH VISA | 4,255.94 | 62,766.34 | Credit Card/Web Sales |
| 3/23/2010 | CASH DISCOVER | 71.39 | 62,837.73 | Credit Card/Web Sales |
| 3/25/2010 | CASH MASTER CARD | 20.40 | 62,858.13 | Credit Card/Web Sales |
| 3/25/2010 | CASH VISA | 1,697.38 | 64,555.51 | Credit Card/Web Sales |
| 3/26/2010 | CASH VISA | 4,861.56 | 69,417.07 | Credit Card/Web Sales |
| 3/26/2010 | CASH MASTER CARD | 120.10 | 69,537.17 | Credit Card/Web Sales |
| 3/29/2010 | CASH VISA | 6,499.49 | 76,036.66 | Credit Card/Web Sales |
| 3/29/2010 | CASH MASTER CARD | 1,944.57 | 77,981.23 | Credit Card/Web Sales |
| | | 217,353.35 | -167,596.61 | |