# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Craig Fisher, 8 Eisenhard Drive : Civ. No. 09-4557
Ivyland, PA 18974 :
 :
vs. :
 :
COMMAND ARMS ACCESSORIES, LLC, :
780 Haunted Lane, Bensalem PA 19020 :
and ELDAD OZ, 780 Haunted Lane, :
Bensalem, PA 19020 :

## Quarterly Report of Cash Receipts and Expenditures for the Period Ending June 30, 2010

In accordance with paragraph 7 of the *Stipulation and Consent Order* entered by this Court on November 2, 2009 [D.I. 9], attached is the quarterly report setting forth Command Arms Accessories, LLC's cash receipts and expenditures for the period ending June 30, 2010.

DATED: July 23, 2010

Respectfully submitted,

/s/ *Edward A. Phillips*
Edward A. Phillips
Amper, Politziner & Mattia LLP
101 West Avenue
PO Box 458
Jenkintown, PA 19046-0458
(215) 881-6168

*Liquidating Trustee to Command Arms Accessories, LLC*

Command Arms Accessories
Summary of Cash Activity
April 1, 2010 through June 30, 2010

| Account Ending | Description | Beginning Balance | Collection of A/R | Interest Credited | Tranfers In | Other | Expenses Paid | Refunds/ Returns | Transfers Out | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3306 | New Checking | 138,462.61 | 247,050.00 | | 747,170.40 | | -702,712.25 | -48,974.67 | | 380,996.09 |
| 3446 | New Money Market | 623,159.06 | | 893.33 | | | | | | 624,052.39 |
| 2535 | Old Checking | 105,109.56 | 428,281.18 | | | | -1,695.92 | | -498,500.00 | 33,194.82 |
| 2608 | Visa/Mastercard/Discover Sales | 77,981.23 | 146,376.01 | | | | -6,709.47 | | -213,760.20 | 3,887.57 |
| 3124 | Military Sales (AAFES) | 12,332.25 | 24,503.55 | | | | | | -34,910.20 | 1,925.60 |
| | | 957,044.71 | 846,210.74 | 893.33 | 747,170.40 | 0.00 | -711,117.64 | -48,974.67 | -747,170.40 | 1,044,056.47 |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Operating Account #XXXXX3306

| Date | Num | Payee | Memo | Receipt | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 138,462.61 | Beg Bal as of 4/1/10 |
| 02/15/2010 | 1108 | Dave Stockman | 2010 Shot Show Expenses | | -2,009.94 | 136,452.67 | |
| 03/26/2010 | 1130 | UPS | Shipping Costs | | -2,198.17 | 134,254.50 | |
| 03/30/2010 | 1135 | Saul Ewing, LLP | February Legal Fees | | -56,848.59 | 77,405.91 | |
| 04/07/2010 | | | Transfer from 3124 | 14,410.20 | | 91,816.11 | |
| 04/07/2010 | | | Marom Dolphin AP | | -552.50 | 91,263.61 | |
| 04/07/2010 | Wire | Eastern Technology Int'L | 3/15/10 Invoice | | -23,148.45 | 68,115.16 | |
| 04/07/2010 | | | Transfer from 2608 | 88,760.20 | | 156,875.36 | |
| 04/08/2010 | | | Transfer from 2535 | 120,000.00 | | 276,875.36 | |
| 04/12/2010 | 1138 | Hasler, Inc. | Postage machine rental May-July 2010 | | -111.30 | 276,764.06 | |
| 04/12/2010 | 1139 | UPS | Shipping Costs | | -2,238.85 | 274,525.21 | |
| 04/12/2010 | 1141 | Sales Opportunity Services | Service charge for military sales | | -66.08 | 274,459.13 | |
| 04/14/2010 | Wire | Blue Star Hosting | Monthly Netsuite Expense | | -78.31 | 274,380.82 | |
| 04/15/2010 | 1142 | Muniservices, LLC | 2009 BPT Tax and 2010 Estimate | | -1,258.00 | 273,122.82 | |
| 04/15/2010 | 1144 | First Samco, Inc. | Reimbursement of CAA's portion of March's Expenses | | -18,414.48 | 254,708.34 | |
| 04/21/2010 | Wire | PA Dept of Revenue | 2010 1st Qtr Sales Tax | | -20.96 | 254,687.38 | |
| 04/22/2010 | 1145 | Surefire, LLC | Purchases | | -715.70 | 253,971.68 | |
| 04/22/2010 | 1146 | First Samco, Inc. | 4/9/10 Payroll Reimbursement | | -6,809.58 | 247,162.10 | |
| 04/22/2010 | 1147 | UPS | Shipping Costs | | -1,922.72 | 245,239.38 | |
| 04/22/2010 | 1148 | Hasler, Inc. | Lease Payment for the months May-July | | -387.95 | 244,851.43 | |
| 04/22/2010 | 1149 | First Samco, Inc. | Purchases | | -13,696.90 | 231,154.53 | |
| 04/22/2010 | 1150 | Germane Tool Company | Purchases | | -10,880.00 | 220,274.53 | |
| 04/28/2010 | 1151 | RMS Graphic | Packaging | | -476.20 | 219,798.33 | |
| 04/28/2010 | 1152 | First Samco, Inc. | 4/23/10 Payroll Reimbursement | | -6,715.85 | 213,082.48 | |
| 04/28/2010 | 1153 | First Samco, Inc. | Purchases | | -46,420.83 | 166,661.65 | |
| 04/28/2010 | 1154 | UPS | Shipping Costs | | -1,274.23 | 165,387.42 | |
| 04/28/2010 | Wire | TDI Lakota Holdings LLC | Purchases | | -5,101.50 | 160,285.92 | |
| 04/28/2010 | | | Transfer from 3124 | 5,000.00 | | 165,285.92 | |
| 04/30/2010 | | | Transfer from 2608 | 38,000.00 | | 203,285.92 | |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Operating Account #XXXXX3306

| Date | Num | Payee | Memo | Receipt | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 138,462.61 | Beg Bal as of 4/1/10 |
| 04/30/2010 | | | Transfer from 2535 | 144,000.00 | | 347,285.92 | |
| 05/05/2010 | 1155 | First Samco, Inc. | Product Liability Insurance | | -28,455.95 | 318,829.97 | |
| 05/05/2010 | 1156 | First Samco, Inc. | Reimbursement for FSI Inventory not paid for by CAA | | -44,862.37 | 273,967.60 | |
| 05/07/2010 | 1157 | Boyd Metz & Associates | March & April Commissions | | -1,870.66 | 272,096.94 | |
| 05/07/2010 | 1158 | Falcon Industries | March & April Commissions | | -150.08 | 271,946.86 | |
| 05/07/2010 | 1159 | First Samco, Inc. | 5/7/10 Payroll Reimbursement | | -6,873.56 | 265,073.30 | |
| 05/07/2010 | 1160 | Sales Opportunity Services | Service charge for military sales | | -62.54 | 265,010.76 | |
| 05/07/2010 | 1161 | A.E. Germane Speciality Products, LLC | Purchases | | -9,600.00 | 255,410.76 | |
| 05/07/2010 | 1162 | DHL Express | Duty and Processing Fees on shipment from China | | -132.06 | 255,278.70 | |
| 05/07/2010 | 1163 | First Samco, Inc. | Reimbursement of CAA's portion of April's Expenses and return of FSI A/R deposited into CAA's account | | -16,917.39 | 238,361.31 | |
| 05/10/2010 | 1143 | Interstate Arms | Refund for returned product | | -28.50 | 238,332.81 | |
| 05/14/2010 | 1164 | UPS | Shipping Costs | | -1,696.96 | 236,635.85 | |
| 05/14/2010 | Wire | Blue Star Hosting | Monthly Netsuite Expense | | -78.31 | 236,557.54 | |
| 05/15/2010 | | | Bank Charge | | -105.00 | 236,452.54 | |
| 05/17/2010 | 1165 | TDI Lakota Holdings LLC | 2nd half of payment for SVGs | | -4,786.50 | 231,666.04 | |
| 05/17/2010 | Wire | | Collection of Accounts Receivable | 178,200.00 | | 409,866.04 | |
| 05/18/2010 | Wire | Tactical Arms Inc. | Purchases | | -136,950.00 | 272,916.04 | |
| 05/24/2010 | 1166 | First Samco, Inc. | 5/21/10 Payroll Reimbursement | | -6,663.85 | 266,252.19 | |
| 05/24/2010 | 1167 | Surefire, LLC | Purchases | | -834.17 | 265,418.02 | |
| 05/27/2010 | 1168 | UPS | Shipping Costs | | -966.94 | 264,451.08 | |
| 05/27/2010 | 1169 | MSC | Purchases | | -191.09 | 264,259.99 | |
| 06/01/2010 | | | Transfer from 3124 | 6,000.00 | | 270,259.99 | |
| 06/01/2010 | | | Transfer from 2608 | 58,000.00 | | 328,259.99 | |
| 06/01/2010 | | | Transfer from 2535 | 145,000.00 | | 473,259.99 | |
| 06/01/2010 | Wire | Tactical Arms Inc. | Purchases | | -8,465.70 | 464,794.29 | |
| 06/02/2010 | 1170 | Jerry Plum | 2010 NRA Show Expense | | -2,717.50 | 462,076.79 | |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Operating Account #XXXXX3306

| Date | Num | Payee | Memo | Receipt | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 138,462.61 | Beg Bal as of 4/1/10 |
| 06/04/2010 | 1171 | Dave Stockman | 2010 NRA Show Expense | | -1,477.56 | 460,599.23 | |
| 06/08/2010 | 1172 | DPMS Firearms, LLC | Purchases | | -526.32 | 460,072.91 | |
| 06/08/2010 | 1173 | Sales Opportunity Services | Service charge for military sales | | -62.54 | 460,010.37 | |
| 06/08/2010 | 1174 | First Samco, Inc. | 6/4/10 Payroll Reimbursement | | -6,774.75 | 453,235.62 | |
| 06/08/2010 | 1175 | First Samco, Inc. | Reimbursement of CAA's portion of May's Expenses | | -8,423.18 | 444,812.44 | |
| 06/08/2010 | 1176 | First Samco, Inc. | Purchases | | -15,780.45 | 429,031.99 | |
| 06/11/2010 | | | Bank Charge | | -53.00 | 428,978.99 | |
| 06/14/2010 | Wire | Blue Star Hosting | Monthly Netsuite Expense | | -78.31 | 428,900.68 | |
| 06/15/2010 | 1177 | PA Dept of Revenue | 2010 2nd Qtr Estimated PA Corporate Tax | | -1,500.00 | 427,400.68 | |
| 06/22/2010 | 1178 | Amper, Politziner & Mattia | Accounting Fees for March & April | | -54,527.50 | 372,873.18 | |
| 06/23/2010 | | | Transfer from 3124 | 9,500.00 | | 382,373.18 | |
| 06/23/2010 | | | Transfer from 2535 | 89,500.00 | | 471,873.18 | |
| 06/23/2010 | | | Transfer from 2608 | 29,000.00 | | 500,873.18 | |
| 06/23/2010 | Wire | Tactical Arms Inc. | Reimbursement of Jerry's Sports Center refund for returned Ammunition | | -48,645.50 | 452,227.68 | |
| 06/24/2010 | 1179 | Saul Ewing, LLP | March-April | | -62,763.70 | 389,463.98 | |
| 06/24/2010 | 1180 | First Samco, Inc. | 6/18/10 Payroll Reimbursement | | -5,704.96 | 383,759.02 | |
| 06/24/2010 | 1211 | UPS | Shipping Costs | | -1,641.23 | 382,117.79 | |
| 06/24/2010 | 1212 | A.E. Germane Speciality Products, LLC | Purchases | | -2,611.20 | 379,506.59 | |
| 06/24/2010 | 1213 | Falcon Industries | May Commissions | | -41.37 | 379,465.22 | |
| 06/24/2010 | 1214 | Boyd Metz | May | | -7,804.31 | 371,660.91 | |
| 06/25/2010 | Wire | Ultra Plast Industries | Mold Examination Fees | | -4,400.00 | 367,260.91 | |
| 06/28/2010 | Wire | | Collection of Accounts Receivable | 68,850.00 | | 436,110.91 | |
| 06/29/2010 | 1215 | Saul Ewing, LLP | May | | -40,932.32 | 395,178.59 | |
| 06/29/2010 | 1216 | Amper, Politziner & Mattia | May Accounting Fees | | -14,182.50 | 380,996.09 | |
| | | | | 994,220.40 | (751,686.92) | | |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Money Market Account #XXXXXX3446

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 623,159.06 | Beg Bal as of 4/1/10 |
| 4/20/2010 | | | Interest | 307.31 | | 623,466.37 | |
| 5/20/2010 | | | Interest | 307.46 | | 623,773.83 | |
| 6/20/2010 | | | Interest | 278.56 | | 624,052.39 | |
| | | | | 893.33 | - | | |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Operating Account #XXXXXX2535

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 105,109.56 | Beg Bal as of 4/1/10 |
| 03/23/2010 | | | Collection of Accts Receivable | 268.06 | | 105,377.62 | |
| 03/25/2010 | | | Collection of Accts Receivable | 623.72 | | 106,001.34 | |
| 03/26/2010 | | | Collection of Accts Receivable | 418.86 | | 106,420.20 | |
| 03/29/2010 | | | Collection of Accts Receivable | 205.58 | | 106,625.78 | |
| 03/30/2010 | | | Collection of Accts Receivable | 1,311.92 | | 107,937.70 | |
| 04/02/2010 | | | Collection of Accts Receivable | 19,028.09 | | 126,965.79 | |
| 04/02/2010 | | | Collection of Accts Receivable | 159.93 | | 127,125.72 | |
| 04/05/2010 | | | Collection of Accts Receivable | 20,635.93 | | 147,761.65 | |
| 04/05/2010 | | | Collection of Accts Receivable | 143.56 | | 147,905.21 | |
| 04/06/2010 | | | Collection of Accts Receivable | 189.97 | | 148,095.18 | |
| 04/07/2010 | | | Collection of Accts Receivable | 21,414.64 | | 169,509.82 | |
| 04/08/2010 | | | Transfer to 3306 | | -120,000.00 | 49,509.82 | |
| 04/09/2010 | | | Collection of Accts Receivable | 3,396.97 | | 52,906.79 | |
| 04/09/2010 | | | Collection of Accts Receivable | 129.74 | | 53,036.53 | |
| 04/11/2010 | | | Bank Charges | | -563.77 | 52,472.76 | |
| 04/12/2010 | | | Collection of Accts Receivable | 337.37 | | 52,810.13 | |
| 04/13/2010 | | | Collection of Accts Receivable | 3,281.27 | | 56,091.40 | |
| 04/13/2010 | | | Collection of Accts Receivable | 334.52 | | 56,425.92 | |
| 04/14/2010 | | | Collection of Accts Receivable | 11,195.62 | | 67,621.54 | |
| 04/14/2010 | | | Collection of Accts Receivable | 6,256.57 | | 73,878.11 | |
| 04/14/2010 | | | Tactical Arms Inc. | 48,645.50 | | 122,523.61 | |
| 04/15/2010 | | | Collection of Accts Receivable | 124.19 | | 122,647.80 | |
| 04/16/2010 | | | Collection of Accts Receivable | 2,597.45 | | 125,245.25 | |
| 04/16/2010 | | | Collection of Accts Receivable | 35.30 | | 125,280.55 | |
| 04/19/2010 | | | Collection of Accts Receivable | 15,103.01 | | 140,383.56 | |
| 04/19/2010 | | | Collection of Accts Receivable | 673.11 | | 141,056.67 | |
| 04/20/2010 | | | Collection of Accts Receivable | 621.46 | | 141,678.13 | |
| 04/21/2010 | | | Collection of Accts Receivable | 60.10 | | 141,738.23 | |
| 04/21/2010 | | | Collection of Accts Receivable | 107.79 | | 141,846.02 | |
| 04/22/2010 | | | Collection of Accts Receivable | 2,464.65 | | 144,310.67 | |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Operating Account #XXXXX2535

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 105,109.56 | Beg Bal as of 4/1/10 |
| 04/22/2010 | | | Collection of Accts Receivable | 700.27 | | 145,010.94 | |
| 04/23/2010 | | | Collection of Accts Receivable | 1,156.06 | | 146,167.00 | |
| 04/23/2010 | | | Collection of Accts Receivable | 5,025.06 | | 151,192.06 | |
| 04/26/2010 | | | Collection of Accts Receivable | 1,198.46 | | 152,390.52 | |
| 04/26/2010 | | | Collection of Accts Receivable | 34.73 | | 152,425.25 | |
| 04/27/2010 | | | Collection of Accts Receivable | 8,286.39 | | 160,711.64 | |
| 04/27/2010 | | | Collection of Accts Receivable | 311.54 | | 161,023.18 | |
| 04/28/2010 | | | Collection of Accts Receivable | 4,960.96 | | 165,984.14 | |
| 04/28/2010 | | | Collection of Accts Receivable | 53.03 | | 166,037.17 | |
| 04/29/2010 | | | Collection of Accts Receivable | 8,761.42 | | 174,798.59 | |
| 04/29/2010 | | | Collection of Accts Receivable | 36.60 | | 174,835.19 | |
| 04/30/2010 | | | Transfer to 3306 | | -144,000.00 | 30,835.19 | |
| 05/03/2010 | | | Collection of Accts Receivable | 293.51 | | 31,128.70 | |
| 05/03/2010 | | | Collection of Accts Receivable | 4,111.83 | | 35,240.53 | |
| 05/04/2010 | | | Collection of Accts Receivable | 166.43 | | 35,406.96 | |
| 05/05/2010 | | | Collection of Accts Receivable | 21,548.22 | | 56,955.18 | |
| 05/05/2010 | | | Collection of Accts Receivable | 29.52 | | 56,984.70 | |
| 05/06/2010 | | | Collection of Accts Receivable | 625.78 | | 57,610.48 | |
| 05/07/2010 | | | Collection of Accts Receivable | 100.22 | | 57,710.70 | |
| 05/10/2010 | | | Collection of Accts Receivable | 556.42 | | 58,267.12 | |
| 05/10/2010 | | | Collection of Accts Receivable | 5,535.24 | | 63,802.36 | |
| 05/11/2010 | | | Collection of Accts Receivable | 339.68 | | 64,142.04 | |
| 05/11/2010 | | | Bank Charges | | -570.14 | 63,571.90 | |
| 05/12/2010 | | | Collection of Accts Receivable | 5,317.66 | | 68,889.56 | |
| 05/12/2010 | | | Collection of Accts Receivable | 72.99 | | 68,962.55 | |
| 05/14/2010 | | | Collection of Accts Receivable | 3,253.73 | | 72,216.28 | |
| 05/17/2010 | | | Collection of Accts Receivable | 4,767.53 | | 76,983.81 | |
| 05/17/2010 | | | Collection of Accts Receivable | 184.29 | | 77,168.10 | |
| 05/18/2010 | | | Collection of Accts Receivable | 26,035.80 | | 103,203.90 | |
| 05/18/2010 | | | Collection of Accts Receivable | 389.44 | | 103,593.34 | |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Operating Account #XXXXX2535

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 105,109.56 | Beg Bal as of 4/1/10 |
| 05/20/2010 | | | Collection of Accts Receivable | 3,526.75 | | 107,120.09 | |
| 05/21/2010 | | | Collection of Accts Receivable | 2,982.09 | | 110,102.18 | |
| 05/21/2010 | | | Collection of Accts Receivable | 157.85 | | 110,260.03 | |
| 05/24/2010 | | | Collection of Accts Receivable | 4,266.30 | | 114,526.33 | |
| 05/24/2010 | | | Collection of Accts Receivable | 8,739.38 | | 123,265.71 | |
| 05/25/2010 | | | Collection of Accts Receivable | 30,523.82 | | 153,789.53 | |
| 05/25/2010 | | | Collection of Accts Receivable | 82.13 | | 153,871.66 | |
| 05/27/2010 | | | Collection of Accts Receivable | 102.92 | | 153,974.58 | |
| 05/28/2010 | | | Collection of Accts Receivable | 5,481.46 | | 159,456.04 | |
| 05/28/2010 | | | Collection of Accts Receivable | 106.99 | | 159,563.03 | |
| 05/28/2010 | | | Collection of Accts Receivable | 257.15 | | 159,820.18 | |
| 06/01/2010 | | | Transfer to 3306 | | -145,000.00 | 14,820.18 | |
| 06/02/2010 | | | Collection of Accts Receivable | 11,182.60 | | 26,002.78 | |
| 06/02/2010 | | | Collection of Accts Receivable | 477.27 | | 26,480.05 | |
| 06/03/2010 | | | Collection of Accts Receivable | 504.18 | | 26,984.23 | |
| 06/03/2010 | | | Collection of Accts Receivable | 250.78 | | 27,235.01 | |
| 06/04/2010 | | | Collection of Accts Receivable | 177.66 | | 27,412.67 | |
| 06/04/2010 | | | Collection of Accts Receivable | 41.20 | | 27,453.87 | |
| 06/08/2010 | | | Collection of Accts Receivable | 9,332.22 | | 36,786.09 | |
| 06/08/2010 | | | Collection of Accts Receivable | 325.19 | | 37,111.28 | |
| 06/10/2010 | | | Collection of Accts Receivable | 4,345.00 | | 41,456.28 | |
| 06/11/2010 | | | Collection of Accts Receivable | 33,024.28 | | 74,480.56 | |
| 06/11/2010 | | | Bank Charges | | -562.01 | 73,918.55 | |
| 06/14/2010 | | | Collection of Accts Receivable | 178.74 | | 74,097.29 | |
| 06/15/2010 | | | Collection of Accts Receivable | 2,613.63 | | 76,710.92 | |
| 06/17/2010 | | | Collection of Accts Receivable | 4,141.13 | | 80,852.05 | |
| 06/17/2010 | | | Collection of Accts Receivable | 52.11 | | 80,904.16 | |
| 06/18/2010 | | | Collection of Accts Receivable | 37.10 | | 80,941.26 | |
| 06/18/2010 | | | Collection of Accts Receivable | 602.17 | | 81,543.43 | |
| 06/21/2010 | | | Collection of Accts Receivable | 8,695.03 | | 90,238.46 | |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Operating Account #XXXXXX2535

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 105,109.56 Beg Bal as of 4/1/10 |
| 06/22/2010 | | | Collection of Accts Receivable | 2,268.71 | | 92,507.17 |
| 06/23/2010 | | | Collection of Accts Receivable | 75.06 | | 92,582.23 |
| 06/23/2010 | | | Transfer to 3306 | | -89,500.00 | 3,082.23 |
| 06/25/2010 | | | Collection of Accts Receivable | 9,235.34 | | 12,317.57 |
| 06/28/2010 | | | Collection of Accts Receivable | 724.86 | | 13,042.43 |
| 06/29/2010 | | | Collection of Accts Receivable | 20,007.84 | | 33,050.27 |
| 06/30/2010 | | | Collection of Accts Receivable | 144.55 | | 33,194.82 |
| | | | | 428,281.18 | -500,195.92 | |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 77,981.23 | Beg Bal as of 4/1/10 |
| 4/1/2010 | | | CASH VISA | 1,299.02 | | 79,280.25 | Credit Card/Web Sales |
| 4/1/2010 | | | CASH MASTER CARD | 126.04 | | 79,406.29 | Credit Card/Web Sales |
| 4/1/2010 | | | CASH DISCOVER | 65.91 | | 79,472.20 | Credit Card/Web Sales |
| 4/1/2010 | | | CASH VISA | 759.43 | | 80,231.63 | Credit Card/Web Sales |
| 4/1/2010 | | | CASH MASTER CARD | 267.36 | | 80,498.99 | Credit Card/Web Sales |
| 4/1/2010 | | | CASH VISA | 6,745.91 | | 87,244.90 | Credit Card/Web Sales |
| 4/1/2010 | | | CASH MASTER CARD | 713.22 | | 87,958.12 | Credit Card/Web Sales |
| 4/1/2010 | | | Visa, MC, Discover Fees | | -2,975.44 | 84,982.68 | Credit Card Fees |
| 4/2/2010 | | | CASH VISA | 1,450.13 | | 86,432.81 | Credit Card/Web Sales |
| 4/2/2010 | | | CASH DISCOVER | 67.92 | | 86,500.73 | Credit Card/Web Sales |
| 4/2/2010 | | | CASH MASTER CARD | 580.19 | | 87,080.92 | Credit Card/Web Sales |
| 4/2/2010 | | | Hearltand Fees | | -117.78 | 86,963.14 | Credit Card Fees |
| 4/5/2010 | | | CASH VISA | 1,674.06 | | 88,637.20 | Credit Card/Web Sales |
| 4/5/2010 | | | CASH AM | 76.49 | | 88,713.69 | Credit Card/Web Sales |
| 4/5/2010 | | | CASH MASTER CARD | 1,005.79 | | 89,719.48 | Credit Card/Web Sales |
| 4/6/2010 | | | CASH VISA | 1,195.67 | | 90,915.15 | Credit Card/Web Sales |
| 4/7/2010 | | | CASH VISA | 1,395.36 | | 92,310.51 | Credit Card/Web Sales |
| 4/7/2010 | | | Transfer to 3306 | | -88,760.20 | 3,550.31 | Transfer |
| 4/8/2010 | | | CASH VISA | 1,143.65 | | 4,693.96 | Credit Card/Web Sales |
| 4/9/2010 | | | CASH MASTER CARD | 530.00 | | 5,223.96 | Credit Card/Web Sales |
| 4/9/2010 | | | CASH MASTER CARD | 74.84 | | 5,298.80 | Credit Card/Web Sales |
| 4/9/2010 | | | CASH DISCOVER | 724.85 | | 6,023.65 | Credit Card/Web Sales |
| 4/9/2010 | | | CASH VISA | 496.21 | | 6,519.86 | Credit Card/Web Sales |
| 4/12/2010 | | | CASH MASTER CARD | 1,213.29 | | 7,733.15 | Credit Card/Web Sales |
| 4/12/2010 | | | CASH VISA | 1,969.60 | | 9,702.75 | Credit Card/Web Sales |
| 4/12/2010 | | | CASH DISCOVER | 514.15 | | 10,216.90 | Credit Card/Web Sales |
| 4/13/2010 | | | CASH VISA | 947.02 | | 11,163.92 | Credit Card/Web Sales |
| 4/13/2010 | | | CASH MASTER CARD | 303.78 | | 11,467.70 | Credit Card/Web Sales |
| 4/13/2010 | | | CASH DISCOVER | 421.47 | | 11,889.17 | Credit Card/Web Sales |
| 4/14/2010 | | | CASH VISA | 5,097.83 | | 16,987.00 | Credit Card/Web Sales |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Credit Card Collection Account #XXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 77,981.23 | Beg Bal as of 4/1/10 |
| 4/15/2010 | | | CASH VISA | 994.34 | | 17,981.34 | Credit Card/Web Sales |
| 4/15/2010 | | | CASH MASTER CARD | 555.28 | | 18,536.62 | Credit Card/Web Sales |
| 4/16/2010 | | | CASH MASTER CARD | 552.49 | | 19,089.11 | Credit Card/Web Sales |
| 4/16/2010 | | | CASH VISA | 5,578.68 | | 24,667.79 | Credit Card/Web Sales |
| 4/19/2010 | | | CASH VISA | 1,257.18 | | 25,924.97 | Credit Card/Web Sales |
| 4/19/2010 | | | CASH MASTER CARD | 686.76 | | 26,611.73 | Credit Card/Web Sales |
| 4/19/2010 | | | CASH DISCOVER | 13.01 | | 26,624.74 | Credit Card/Web Sales |
| 4/20/2010 | | | CASH MASTER CARD | 1,122.28 | | 27,747.02 | Credit Card/Web Sales |
| 4/20/2010 | | | CASH VISA | 1,138.53 | | 28,885.55 | Credit Card/Web Sales |
| 4/20/2010 | | | CASH DISCOVER | 12.20 | | 28,897.75 | Credit Card/Web Sales |
| 4/21/2010 | | | CASH MASTER CARD | 81.69 | | 28,979.44 | Credit Card/Web Sales |
| 4/21/2010 | | | CASH VISA | 713.06 | | 29,692.50 | Credit Card/Web Sales |
| 4/21/2010 | | | CASH DISCOVER | 24.28 | | 29,716.78 | Credit Card/Web Sales |
| 4/21/2010 | | | CASH MASTER CARD | 127.50 | | 29,844.28 | Credit Card/Web Sales |
| 4/21/2010 | | | CASH VISA | 1,315.20 | | 31,159.48 | Credit Card/Web Sales |
| 4/22/2010 | | | CASH MASTER CARD | 2,931.26 | | 34,090.74 | Credit Card/Web Sales |
| 4/22/2010 | | | CASH VISA | 1,575.93 | | 35,666.67 | Credit Card/Web Sales |
| 4/22/2010 | | | CASH DISCOVER | 40.79 | | 35,707.46 | Credit Card/Web Sales |
| 4/23/2010 | | | CASH MASTER CARD | 130.08 | | 35,837.54 | Credit Card/Web Sales |
| 4/23/2010 | | | CASH VISA | 692.11 | | 36,529.65 | Credit Card/Web Sales |
| 4/23/2010 | | | CASH DISCOVER | 573.72 | | 37,103.37 | Credit Card/Web Sales |
| 4/26/2010 | | | CASH MASTER CARD | 556.23 | | 37,659.60 | Credit Card/Web Sales |
| 4/26/2010 | | | CASH VISA | 695.72 | | 38,355.32 | Credit Card/Web Sales |
| 4/26/2010 | | | CASH DISCOVER | 36.59 | | 38,391.91 | Credit Card/Web Sales |
| 4/27/2010 | | | CASH MASTER CARD | 343.22 | | 38,735.13 | Credit Card/Web Sales |
| 4/27/2010 | | | CASH DISCOVER | 25.11 | | 38,760.24 | Credit Card/Web Sales |
| 4/27/2010 | | | CASH VISA | 1,009.28 | | 39,769.52 | Credit Card/Web Sales |
| 4/28/2010 | | | CASH MASTER CARD | 1,292.22 | | 41,061.74 | Credit Card/Web Sales |
| 4/28/2010 | | | CASH VISA | 3,059.67 | | 44,121.41 | Credit Card/Web Sales |
| 4/29/2010 | | | CASH VISA | 7,977.48 | | 52,098.89 | Credit Card/Web Sales |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 77,981.23 | Beg Bal as of 4/1/10 |
| 4/30/2010 | | | CASH VISA | 574.01 | | 52,672.90 | Credit Card/Web Sales |
| 4/30/2010 | | | CASH MASTER CARD | 114.40 | | 52,787.30 | Credit Card/Web Sales |
| 4/30/2010 | | | Transfer to 3306 | | -38,000.00 | 14,787.30 | Transfer |
| 5/1/2010 | | | Visa, MC, Discover Fees | | -1,790.82 | 12,996.48 | Credit Card Fees |
| 5/3/2010 | | | CASH VISA | 5,041.34 | | 18,037.82 | Credit Card/Web Sales |
| 5/3/2010 | | | CASH DISCOVER | 280.54 | | 18,318.36 | Credit Card/Web Sales |
| 5/3/2010 | | | CASH MASTER CARD | 256.20 | | 18,574.56 | Credit Card/Web Sales |
| 5/4/2010 | | | CASH VISA | 1,339.35 | | 19,913.91 | Credit Card/Web Sales |
| 5/4/2010 | | | CASH MASTER CARD | 494.54 | | 20,408.45 | Credit Card/Web Sales |
| 5/4/2010 | | | Heartland Service Fee | | -100.98 | 20,307.47 | Credit Card Fees |
| 5/5/2010 | | | CASH VISA | 875.58 | | 21,183.05 | Credit Card/Web Sales |
| 5/5/2010 | | | CASH DISCOVER | 143.50 | | 21,326.55 | Credit Card/Web Sales |
| 5/5/2010 | | | CASH MASTER CARD | 20.99 | | 21,347.54 | Credit Card/Web Sales |
| 5/6/2010 | | | CASH VISA | 75.83 | | 21,423.37 | Credit Card/Web Sales |
| 5/7/2010 | | | CASH VISA | 4,750.79 | | 26,174.16 | Credit Card/Web Sales |
| 5/7/2010 | | | CASH MASTER CARD | 809.94 | | 26,984.10 | Credit Card/Web Sales |
| 5/7/2010 | | | CASH DISCOVER | 10.80 | | 26,994.90 | Credit Card/Web Sales |
| 5/10/2010 | | | CASH VISA | 2,757.64 | | 29,752.54 | Credit Card/Web Sales |
| 5/10/2010 | | | CASH MASTER CARD | 158.67 | | 29,911.21 | Credit Card/Web Sales |
| 5/10/2010 | | | CASH DISCOVER | 12.56 | | 29,923.77 | Credit Card/Web Sales |
| 5/10/2010 | | | CASH MASTER CARD | 1,454.36 | | 31,378.13 | Credit Card/Web Sales |
| 5/10/2010 | | | CASH VISA | 683.50 | | 32,061.63 | Credit Card/Web Sales |
| 5/11/2010 | | | CASH VISA | 237.14 | | 32,298.77 | Credit Card/Web Sales |
| 5/12/2010 | | | CASH VISA | 4,501.39 | | 36,800.16 | Credit Card/Web Sales |
| 5/12/2010 | | | CASH MASTER CARD | 31.79 | | 36,831.95 | Credit Card/Web Sales |
| 5/12/2010 | | | CASH DISCOVER | 154.77 | | 36,986.72 | Credit Card/Web Sales |
| 5/13/2010 | | | CASH VISA | 2,306.38 | | 39,293.10 | Credit Card/Web Sales |
| 5/13/2010 | | | CASH MASTER CARD | 309.31 | | 39,602.41 | Credit Card/Web Sales |
| 5/14/2010 | | | CASH MASTER CARD | 265.01 | | 39,867.42 | Credit Card/Web Sales |
| 5/14/2010 | | | CASH VISA | 108.78 | | 39,976.20 | Credit Card/Web Sales |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 77,981.23 | Beg Bal as of 4/1/10 |
| 5/17/2010 | | | CASH VISA | 760.97 | | 40,737.17 | Credit Card/Web Sales |
| 5/17/2010 | | | CASH MASTER CARD | 314.33 | | 41,051.50 | Credit Card/Web Sales |
| 5/18/2010 | | | CASH VISA | 287.55 | | 41,339.05 | Credit Card/Web Sales |
| 5/18/2010 | | | CASH MASTER CARD | 677.14 | | 42,016.19 | Credit Card/Web Sales |
| 5/19/2010 | | | CASH VISA | 46.34 | | 42,062.53 | Credit Card/Web Sales |
| 5/19/2010 | | | CASH MASTER CARD | 124.28 | | 42,186.81 | Credit Card/Web Sales |
| 5/20/2010 | | | CASH VISA | 30.59 | | 42,217.40 | Credit Card/Web Sales |
| 5/20/2010 | | | CASH MASTER CARD | 950.00 | | 43,167.40 | Credit Card/Web Sales |
| 5/21/2010 | | | CASH MASTER CARD | 745.92 | | 43,913.32 | Credit Card/Web Sales |
| 5/21/2010 | | | CASH VISA | 4,120.00 | | 48,033.32 | Credit Card/Web Sales |
| 5/24/2010 | | | CASH DISCOVER | 74.85 | | 48,108.17 | Credit Card/Web Sales |
| 5/24/2010 | | | CASH MASTER CARD | 1,990.90 | | 50,099.07 | Credit Card/Web Sales |
| 5/24/2010 | | | CASH VISA | 2,573.82 | | 52,672.89 | Credit Card/Web Sales |
| 5/25/2010 | | | CASH VISA | 2,717.17 | | 55,390.06 | Credit Card/Web Sales |
| 5/25/2010 | | | CASH MASTER CARD | 778.36 | | 56,168.42 | Credit Card/Web Sales |
| 5/26/2010 | | | CASH MASTER CARD | 462.53 | | 56,630.95 | Credit Card/Web Sales |
| 5/26/2010 | | | CASH VISA | 1,404.28 | | 58,035.23 | Credit Card/Web Sales |
| 5/27/2010 | | | CASH VISA | 112.82 | | 58,148.05 | Credit Card/Web Sales |
| 5/27/2010 | | | CASH MASTER CARD | 1,600.20 | | 59,748.25 | Credit Card/Web Sales |
| 5/28/2010 | | | CASH VISA | 275.36 | | 60,023.61 | Credit Card/Web Sales |
| 5/28/2010 | | | CASH MASTER CARD | 44.79 | | 60,068.40 | Credit Card/Web Sales |
| 5/28/2010 | | | CASH VISA | 8,588.60 | | 68,657.00 | Credit Card/Web Sales |
| 6/1/2010 | | | CASH VISA | 270.00 | | 68,927.00 | Credit Card/Web Sales |
| 6/1/2010 | | | CASH DISCOVER | 502.43 | | 69,429.43 | Credit Card/Web Sales |
| 6/1/2010 | | | CASH MASTER CARD | 203.26 | | 69,632.69 | Credit Card/Web Sales |
| 6/1/2010 | | | Visa, MC, Discover Fees | | -1,634.85 | 67,997.84 | Credit Card Fees |
| 6/1/2010 | | | Transfer to 3306 | | -58,000.00 | 9,997.84 | Transfer |
| 6/2/2010 | | | CASH VISA | 151.16 | | 10,149.00 | Credit Card/Web Sales |
| 6/2/2010 | | | Heartland Service Fee | | -89.60 | 10,059.40 | Credit Card Fees |
| 6/3/2010 | | | CASH MASTER CARD | 438.57 | | 10,497.97 | Credit Card/Web Sales |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Credit Card Collection Account #XXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 77,981.23 | Beg Bal as of 4/1/10 |
| 6/3/2010 | | | CASH VISA | 1,055.26 | | 11,553.23 | Credit Card/Web Sales |
| 6/4/2010 | | | CASH VISA | 16.19 | | 11,569.42 | Credit Card/Web Sales |
| 6/4/2010 | | | CASH MASTER CARD | 97.05 | | 11,666.47 | Credit Card/Web Sales |
| 6/4/2010 | | | CASH VISA | 117.26 | | 11,783.73 | Credit Card/Web Sales |
| 6/4/2010 | | | CASH MASTER CARD | 1,010.25 | | 12,793.98 | Credit Card/Web Sales |
| 6/7/2010 | | | CASH MASTER CARD | 36.40 | | 12,830.38 | Credit Card/Web Sales |
| 6/7/2010 | | | CASH VISA | 150.59 | | 12,980.97 | Credit Card/Web Sales |
| 6/8/2010 | | | CASH VISA | 1,835.38 | | 14,816.35 | Credit Card/Web Sales |
| 6/8/2010 | | | CASH MASTER CARD | 208.96 | | 15,025.31 | Credit Card/Web Sales |
| 6/9/2010 | | | CASH VISA | 33.53 | | 15,058.84 | Credit Card/Web Sales |
| 6/9/2010 | | | CASH MASTER CARD | 117.59 | | 15,176.43 | Credit Card/Web Sales |
| 6/11/2010 | | | CASH VISA | 42.55 | | 15,218.98 | Credit Card/Web Sales |
| 6/11/2010 | | | CASH MASTER CARD | 155.99 | | 15,374.97 | Credit Card/Web Sales |
| 6/14/2010 | | | CASH VISA | 2,747.28 | | 18,122.25 | Credit Card/Web Sales |
| 6/14/2010 | | | CASH DISCOVER | 142.77 | | 18,265.02 | Credit Card/Web Sales |
| 6/14/2010 | | | CASH MASTER CARD | 217.47 | | 18,482.49 | Credit Card/Web Sales |
| 6/15/2010 | | | CASH VISA | 7,899.68 | | 26,382.17 | Credit Card/Web Sales |
| 6/15/2010 | | | CASH MASTER CARD | 71.39 | | 26,453.56 | Credit Card/Web Sales |
| 6/16/2010 | | | CASH VISA | 1,499.31 | | 27,952.87 | Credit Card/Web Sales |
| 6/16/2010 | | | CASH MASTER CARD | 42.69 | | 27,995.56 | Credit Card/Web Sales |
| 6/17/2010 | | | CASH VISA | 68.60 | | 28,064.16 | Credit Card/Web Sales |
| 6/17/2010 | | | CASH MASTER CARD | 903.39 | | 28,967.55 | Credit Card/Web Sales |
| 6/18/2010 | | | CASH VISA | 172.48 | | 29,140.03 | Credit Card/Web Sales |
| 6/18/2010 | | | CASH MASTER CARD | 169.37 | | 29,309.40 | Credit Card/Web Sales |
| 6/22/2010 | | | CASH VISA | 147.23 | | 29,456.63 | Credit Card/Web Sales |
| 6/23/2010 | | | CASH VISA | 740.46 | | 30,197.09 | Credit Card/Web Sales |
| 6/23/2010 | | | CASH MASTER CARD | 353.57 | | 30,550.66 | Credit Card/Web Sales |
| 6/23/2010 | | | CASH DISCOVER | 42.69 | | 30,593.35 | Credit Card/Web Sales |
| 6/23/2010 | | | Transfer to 3306 | | -29,000.00 | 1,593.35 | Transfer |
| 6/24/2010 | | | CASH DISCOVER | 89.99 | | 1,683.34 | Credit Card/Web Sales |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 77,981.23 | Beg Bal as of 4/1/10 |
| 6/24/2010 | | | CASH VISA | 290.20 | | 1,973.54 | Credit Card/Web Sales |
| 6/24/2010 | | | CASH MASTER CARD | 51.99 | | 2,025.53 | Credit Card/Web Sales |
| 6/25/2010 | | | CASH MASTER CARD | 272.44 | | 2,297.97 | Credit Card/Web Sales |
| 6/28/2010 | | | CASH MASTER CARD | 726.30 | | 3,024.27 | Credit Card/Web Sales |
| 6/28/2010 | | | CASH VISA | 863.30 | | 3,887.57 | Credit Card/Web Sales |
| | | | | 146,376.01 | -220,469.67 | | |

Cash Receipts and Expenditures
April 1, 2010 through June 30, 2010
Sovereign Bank Transfer Account #XXXXXX3124

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 12,332.25 | Beg. Bal as of 4/1/10 |
| 04/07/2010 | | | Collection of Midway Accts Rec | 3,077.95 | | 15,410.20 | |
| 04/07/2010 | | | Transfer to 3306 | | -14,410.20 | 1,000.00 | |
| 04/14/2010 | | | Collection of Midway Accts Rec | 1,311.85 | | 2,311.85 | |
| 04/27/2010 | | | Collection of Midway Accts Rec | 3,663.45 | | 5,975.30 | |
| 04/28/2010 | | | Transfer to 3306 | | -5,000.00 | 975.30 | |
| 05/06/2010 | | | Collection of Midway Accts Rec | 204.00 | | 1,179.30 | |
| 05/11/2010 | | | Collection of Midway Accts Rec | 4,776.20 | | 5,955.50 | |
| 05/21/2010 | | | Collection of Midway Accts Rec | 1,863.80 | | 7,819.30 | |
| 06/01/2010 | | | Transfer to 3306 | | -6,000.00 | 1,819.30 | |
| 06/04/2010 | | | Collection of Midway Accts Rec | 1,614.15 | | 3,433.45 | |
| 06/07/2010 | | | Collection of Midway Accts Rec | 2,500.80 | | 5,934.25 | |
| 06/15/2010 | | | Collection of Midway Accts Rec | 1,547.85 | | 7,482.10 | |
| 06/22/2010 | | | Collection of Midway Accts Rec | 2,284.90 | | 9,767.00 | |
| 06/23/2010 | | | Transfer to 3306 | | -9,500.00 | 267.00 | |
| 06/29/2010 | | | Collection of Midway Accts Rec | 1,658.60 | | 1,925.60 | |
| | | | | 24,503.55 | -34,910.20 | | |