UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Craig Fisher, 8 Eisenhard Drive : Civ. No. 09-4557
Ivyland, PA 18974 :
 :
vs. :
 :
COMMAND ARMS ACCESSORIES, LLC, :
780 Haunted Lane, Bensalem PA 19020 :
and ELDAD OZ, 780 Haunted Lane, :
Bensalem, PA 19020 :

## Quarterly Report of Cash Receipts and Expenditures for the Period Ending September 30, 2010

In accordance with paragraph 7 of the *Stipulation and Consent Order* entered by this Court on November 2, 2009 [D.I. 9], attached is the quarterly report setting forth Command Arms Accessories, LLC's cash receipts and expenditures for the period ending September 30, 2010.

DATED: December 6, 2010

Respectfully submitted,

/s/ *Edward A. Phillips*
Edward A. Phillips
Amper, Politziner & Mattia LLP
101 West Avenue
PO Box 458
Jenkintown, PA 19046-0458
(215) 881-6168

*Liquidating Trustee to Command Arms Accessories, LLC*

Command Arms Accessories
Summary of Cash Activity
July 1, 2010 through September 30, 2010

| Account Ending | Description | Beginning Balance | Collection of A/R | Interest Credited | Tranfers In | Other | Expenses Paid | Refunds/ Returns | Transfers Out | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3306 | New Checking | 380,996.09 | | | 300,000.00 | -243.00 | -421,978.25 | -959.33 | | 257,815.51 |
| 3446 | New Money Market | 624,052.39 | | 786.80 | | | | | | 624,839.19 |
| 2535 | Old Checking | 33,194.82 | 267,065.90 | | | -1,669.41 | | | -248,000.00 | 50,591.31 |
| 2608 | Visa/Mastercard/Discover Sales | 3,887.57 | 61,666.94 | | | -2,086.21 | | | -44,000.00 | 19,468.30 |
| 3124 | Military Sales (AAFES) | 1,925.60 | 9,276.70 | | | | | | -8,000.00 | 3,202.30 |
| | | 1,044,056.47 | 338,009.54 | 786.80 | 300,000.00 | -3,998.62 | -421,978.25 | -959.33 | -300,000.00 | 955,916.61 |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Operating Account #XXXXX3306

| Date | Num | Payee | Memo | Receipt | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 380,996.09 | Beg. Bal as of 7/1/10 |
| 07/01/2010 | Wire | | Transfer from 2535 | 32,000.00 | | 412,996.09 | |
| 07/07/2010 | | Tactical Arms Inc. | Purchases | | -52,912.50 | 360,083.59 | |
| 07/09/2010 | 1217 | Sales Opportunity Services | Service charge for military sales | | -62.54 | 360,021.05 | |
| 07/09/2010 | 1218 | ELLETT BROTHERS,LLC | Vender Co-Op - Flyer Billing Charges | | -150.00 | 359,871.05 | |
| 07/09/2010 | 1219 | UPS | Shipping Costs | | -792.90 | 359,078.15 | |
| 07/09/2010 | 1221 | Boyd Metz & Associates | June Commissions | | -1,336.46 | 357,741.69 | |
| 07/09/2010 | 1222 | First Samco, Inc. | Purchases | | -3,941.00 | 353,800.69 | |
| 07/09/2010 | | | 7/2/10 Payroll Reimbursement | | -6,023.42 | 347,777.27 | |
| 07/11/2010 | | | Bank Charge | | -163.00 | 347,614.27 | |
| 07/14/2010 | | Blue Star Hosting | Monthly Netsuite Expense Reimbursement of CAA's portion of | | -67.28 | 347,546.99 | |
| 07/16/2010 | 1223 | First Samco, Inc. | June's Expenses | | -4,656.35 | 342,890.64 | |
| 07/16/2010 | 1224 | UPS | Shipping Costs | | -885.79 | 342,004.85 | |
| 07/19/2010 | | PA Department of Revenue | 2nd Qtr Sales Tax | | -301.09 | 341,703.76 | |
| 07/21/2010 | 1225 | HASLER, Inc. | Cost to cancel Hasler Postage Lease | | -5,496.75 | 336,207.01 | |
| 07/21/2010 | 1226 | First Samco, Inc. | 7/16 Payroll Reimbursement | | -5,868.06 | 330,338.95 | |
| 07/21/2010 | 1227 | A.E. Germane Speciality Products, LLC | Purchases | | -3,840.00 | 326,498.95 | |
| 08/06/2010 | 1228 | UPS | Shipping Costs | | -864.29 | 325,634.66 | |
| 08/06/2010 | 1229 | First Samco, Inc. | Purchases | | -4,323.00 | 321,311.66 | |
| 08/11/2010 | 1231 | Boyd Metz & Associates | July Commissions | | -1,131.57 | 320,180.09 | |
| 08/11/2010 | 1232 | Sales Opportunity Services | Service charge for military sales Reimbursement of CAA's portion of | | -62.54 | 320,117.55 | |
| 08/11/2010 | 1233 | First Samco, Inc. | July's Expenses | | -7,306.43 | 312,811.12 | |
| 08/11/2010 | | | Bank Charge | | -40.00 | 312,771.12 | |
| 08/16/2010 | | Blue Star Hosting | Monthly Netsuite Expense | | -67.28 | 312,703.84 | |
| 08/17/2010 | | | Transfer from 3124 | 8,000.00 | | 320,703.84 | |
| 08/17/2010 | | | Transfer from 2535 | 111,000.00 | | 431,703.84 | |
| 08/17/2010 | | | Transfer from 2608 | 34,000.00 | | 465,703.84 | |
| 08/23/2010 | 1234 | ELLETT BROTHERS,LLC | 2010 Shooting Text Vender Co-Op | | -250.00 | 465,453.84 | |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Operating Account #XXXXX3306

| Date | Num | Payee | Memo | Receipt | Expenditure | Balance |
|---|---|---|---|---|---|---|
| 08/23/2010 | 1235 | First Samco, Inc. | 7/30 Payroll Reimbursement | | -5,601.61 | 459,852.23 |
| 08/23/2010 | 1236 | PA Depart of Revenue | 2009 RCT 101 | | -2,569.00 | 457,283.23 |
| 08/23/2010 | 1237 | UPS | Shipping Costs | | -1,076.12 | 456,207.11 |
| 08/23/2010 | 1238 | Sportman, Inc. | Refund of Overpayment | | -878.35 | 455,328.76 |
| 08/23/2010 | 1239 | First Samco, Inc. | Purchases | | -16,755.59 | 438,573.17 |
| 08/23/2010 | | | 8/13 Payroll Reimbursement | | -5,251.06 | 433,322.11 |
| 08/23/2010 | Wire | Tactical Arms Inc. | Purchases | | -64,325.00 | 368,997.11 |
| 08/31/2010 | 1240 | Saul Ewing, LLP | Legal Fees | | -82,024.61 | 286,972.50 |
| 09/01/2010 | | | Transfer from 2535 | 105,000.00 | | 391,972.50 |
| 09/01/2010 | | | Transfer from 2608 | 10,000.00 | | 401,972.50 |
| 09/02/2010 | 1182 | UPS | Shipping Costs | | -565.19 | 401,407.31 |
| 09/03/2010 | 1181 | EisnerAmper | Accounting Fees | | -29,965.00 | 371,442.31 |
| 09/08/2010 | 1183 | Sales Opportunity Services | Service charge for military sales | | -62.54 | 371,379.77 |
| 09/08/2010 | 1184 | Valor Corporation | Refund of Overpayment | | -80.98 | 371,298.79 |
| 09/08/2010 | 1185 | First Samco, Inc. | 8/27 Payroll Reimbursement | | -5,327.38 | 365,971.41 |
| 09/08/2010 | | | Reimbursement of CAA's portion of August's Expenses | | -20,638.00 | 345,333.41 |
| 09/11/2010 | | | Bank Charge | | -40.00 | 345,293.41 |
| 09/14/2010 | | Blue Star Hosting | Monthly Netsuite Expense | | -67.28 | 345,226.13 |
| 09/20/2010 | 1186 | UPS | Shipping Costs | | -557.98 | 344,668.15 |
| 09/20/2010 | 1187 | Boyd Metz & Associates | August Commissions | | -1,185.86 | 343,482.29 |
| 09/29/2010 | 1188 | First Samco, Inc. | Purchases | | -12,376.50 | 331,105.79 |
| 09/20/2010 | | | 9/10 & 9/24 Payroll Reimbursement | | -10,881.28 | 320,224.51 |
| 09/20/2010 | 1189 | EisnerAmper | Trustee Fees | | -62,409.00 | 257,815.51 |
| | | | | 300,000.00 | -423,180.58 | |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Money Market Account #XXXXXX3446

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 624,052.39 | Beg Bal as of 7/1/10 |
| 7/20/2010 | | | Interest | 256.46 | | 624,308.85 | |
| 8/20/2010 | | | Interest | 282.22 | | 624,591.07 | |
| 9/20/2010 | | | Interest | 248.12 | | 624,839.19 | |
| | | | | 786.80 | | | |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Operating Account #XXXXXX2535

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 33,194.82 | Beg Bal as of 7/1/10 |
| 06/23/2010 | | | Collection of Accts Receivable | 139.43 | | 33,334.25 | |
| 06/24/2010 | | | Collection of Accts Receivable | 70.58 | | 33,404.83 | |
| 06/28/2010 | | | Collection of Accts Receivable | 4,879.30 | | 38,284.13 | |
| 06/30/2010 | | | Collection of Accts Receivable | 82.62 | | 38,366.75 | |
| 07/01/2010 | | | Collection of Accts Receivable | 2,447.15 | | 40,813.90 | |
| 07/01/2010 | | | Transfer to 3306 | | -32,000.00 | 8,813.90 | |
| 07/07/2010 | | | Collection of Accts Receivable | 9,015.17 | | 17,829.07 | |
| 07/07/2010 | | | Collection of Accts Receivable | 4,074.00 | | 21,903.07 | |
| 07/09/2010 | | | Collection of Accts Receivable | 53.16 | | 21,956.23 | |
| 07/11/2010 | | | Bank Charge | | -559.79 | 21,396.44 | |
| 07/12/2010 | | | Collection of Accts Receivable | 363.85 | | 21,760.29 | |
| 07/13/2010 | | | Collection of Accts Receivable | 12,926.71 | | 34,687.00 | |
| 07/13/2010 | | | Collection of Accts Receivable | 61.74 | | 34,748.74 | |
| 07/13/2010 | | | Collection of Accts Receivable | 2,646.90 | | 37,395.64 | |
| 07/16/2010 | | | Collection of Accts Receivable | 16,264.62 | | 53,660.26 | |
| 07/16/2010 | | | Collection of Accts Receivable | 25.41 | | 53,685.67 | |
| 07/19/2010 | | | Collection of Accts Receivable | 165.51 | | 53,851.18 | |
| 07/19/2010 | | | Collection of Accts Receivable | 28.43 | | 53,879.61 | |
| 07/20/2010 | | | Collection of Accts Receivable | 2,826.11 | | 56,705.72 | |
| 07/20/2010 | | | Refund of Overpayment | 6,461.61 | | 63,167.33 | |
| 07/21/2010 | | | Collection of Accts Receivable | 71.83 | | 63,239.16 | |
| 07/23/2010 | | | Collection of Accts Receivable | 5,226.98 | | 68,466.14 | |
| 07/26/2010 | | | Collection of Accts Receivable | 4,879.39 | | 73,345.53 | |
| 07/27/2010 | | | Collection of Accts Receivable | 990.26 | | 74,335.79 | |
| 07/28/2010 | | | Collection of Accts Receivable | 140.44 | | 74,476.23 | |
| 07/29/2010 | | | Collection of Accts Receivable | 6,791.83 | | 81,268.06 | |
| 07/29/2010 | | | Collection of Accts Receivable | 1,169.29 | | 82,437.35 | |
| 08/03/2010 | | | Collection of Accts Receivable | 5,044.91 | | 87,482.26 | |
| 08/04/2010 | | | Collection of Accts Receivable | 205.77 | | 87,688.03 | |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Operating Account #XXXXX2535

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance |
|---|---|---|---|---|---|---|
| 08/05/2010 | | | Collection of Accts Receivable | 9.18 | | 87,697.21 |
| 08/06/2010 | | | Collection of Accts Receivable | 1,767.33 | | 89,464.54 |
| 08/06/2010 | | | Collection of Accts Receivable | 621.84 | | 90,086.38 |
| 08/06/2010 | | | Collection of Accts Receivable | 407.20 | | 90,493.58 |
| 08/09/2010 | | | Collection of Accts Receivable | 12,408.32 | | 102,901.90 |
| 08/11/2010 | | | Collection of Accts Receivable | 9,548.40 | | 112,450.30 |
| 08/11/2010 | | | Collection of Accts Receivable | 82.74 | | 112,533.04 |
| 08/11/2010 | | | Bank Charge | | -553.11 | 111,979.93 |
| 08/12/2010 | | | Collection of Accts Receivable | 1,282.01 | | 113,261.94 |
| 08/13/2010 | | | Collection of Accts Receivable | 23.54 | | 113,285.48 |
| 08/16/2010 | | | Collection of Accts Receivable | 116.15 | | 113,401.63 |
| 08/17/2010 | | | Collection of Accts Receivable | 3,144.00 | | 116,545.63 |
| 08/17/2010 | | | Transfer to 3306 | | -111,000.00 | 5,545.63 |
| 08/18/2010 | | | Collection of Accts Receivable | 78.45 | | 5,624.08 |
| 08/20/2010 | | | Collection of Accts Receivable | 87,312.25 | | 92,936.33 |
| 08/20/2010 | | | Collection of Accts Receivable | 194.02 | | 93,130.35 |
| 08/23/2010 | | | Collection of Accts Receivable | 7,892.83 | | 101,023.18 |
| 08/23/2010 | | | Collection of Accts Receivable | 87.67 | | 101,110.85 |
| 08/23/2010 | | | Collection of Accts Receivable | 77.18 | | 101,188.03 |
| 08/24/2010 | | | Collection of Accts Receivable | 659.78 | | 101,847.81 |
| 08/25/2010 | | | Collection of Accts Receivable | 412.02 | | 102,259.83 |
| 08/27/2010 | | | Collection of Accts Receivable | 760.67 | | 103,020.50 |
| 08/30/2010 | | | Collection of Accts Receivable | 1,344.41 | | 104,364.91 |
| 08/30/2010 | | | Collection of Accts Receivable | 2,865.56 | | 107,230.47 |
| 08/31/2010 | | | Collection of Accts Receivable | 821.25 | | 108,051.72 |
| 09/01/2010 | | | Transfer to 3306 | | -105,000.00 | 3,051.72 |
| 09/02/2010 | | | Collection of Accts Receivable | 116.00 | | 3,167.72 |
| 09/03/2010 | | | Collection of Accts Receivable | 2,473.69 | | 5,641.41 |
| 09/08/2010 | | | Collection of Accts Receivable | 1,200.75 | | 6,842.16 |
| 09/08/2010 | | | Collection of Accts Receivable | 510.43 | | 7,352.59 |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Operating Account #XXXXXX2535

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance |
|---|---|---|---|---|---|---|
| 09/09/2010 | | | Collection of Accts Receivable | 241.62 | | 7,594.21 |
| 09/10/2010 | | | Collection of Accts Receivable | 4,029.65 | | 11,623.86 |
| 09/13/2010 | | | Collection of Accts Receivable | 914.60 | | 12,538.46 |
| 09/13/2010 | | | Collection of Accts Receivable | 15.62 | | 12,554.08 |
| 09/14/2010 | | | Collection of Accts Receivable | 1,273.78 | | 13,827.86 |
| 09/14/2010 | | | Bank Charge | | -556.51 | 13,271.35 |
| 09/15/2010 | | | Collection of Accts Receivable | 17,157.21 | | 30,428.56 |
| 09/16/2010 | | | Collection of Accts Receivable | 204.85 | | 30,633.41 |
| 09/17/2010 | | | Collection of Accts Receivable | 374.71 | | 31,008.12 |
| 09/20/2010 | | | Collection of Accts Receivable | 8,477.26 | | 39,485.38 |
| 09/20/2010 | | | Collection of Accts Receivable | 91.98 | | 39,577.36 |
| 09/22/2010 | | | Collection of Accts Receivable | 284.71 | | 39,862.07 |
| 09/24/2010 | | | Collection of Accts Receivable | 8,061.83 | | 47,923.90 |
| 09/29/2010 | | | Collection of Accts Receivable | 2,667.41 | | 50,591.31 |
| | | | | 267,065.90 | -249,669.41 | |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| 6/30/2010 | | | | | | 3,887.57 | Beg Bal as of 7/1/10 |
| 6/30/2010 | | | CASH MASTERCARD | 109.57 | | 3,997.14 | Credit Card/Web Sales |
| 6/30/2010 | | | CASH VISA | 740.38 | | 4,737.52 | Credit Card/Web Sales |
| 7/1/2010 | | | CASH VISA | 95.45 | | 4,832.97 | Credit Card/Web Sales |
| 7/1/2010 | | | CASH MASTERCARD | 258.86 | | 5,091.83 | Credit Card/Web Sales |
| 7/1/2010 | | | CASH VISA | 150.16 | | 5,241.99 | Credit Card/Web Sales |
| 7/1/2010 | | | Visa, MC, Disc Fees | | -668.00 | 4,573.99 | Credit Card Fees |
| 7/2/2010 | | | CASH MASTERCARD | 66.98 | | 4,640.97 | Credit Card/Web Sales |
| 7/2/2010 | | | CASH VISA | 3,339.48 | | 7,980.45 | Credit Card/Web Sales |
| 7/2/2010 | | | Heartland Service Fee | | -80.40 | 7,900.05 | Credit Card Fees |
| 7/6/2010 | | | CASH MASTERCARD | 434.26 | | 8,334.31 | Credit Card/Web Sales |
| 7/6/2010 | | | CASH VISA | 981.37 | | 9,315.68 | Credit Card/Web Sales |
| 7/6/2010 | | | CASH DISCOVER | 55.13 | | 9,370.81 | Credit Card/Web Sales |
| 7/7/2010 | | | CASH VISA | 426.92 | | 9,797.73 | Credit Card/Web Sales |
| 7/7/2010 | | | CASH MASTERCARD | 736.85 | | 10,534.58 | Credit Card/Web Sales |
| 7/8/2010 | | | CASH MASTERCARD | 219.06 | | 10,753.64 | Credit Card/Web Sales |
| 7/8/2010 | | | CASH VISA | 381.48 | | 11,135.12 | Credit Card/Web Sales |
| 7/8/2010 | | | CASH DISCOVER | 30.59 | | 11,165.71 | Credit Card/Web Sales |
| 7/9/2010 | | | CASH VISA | 284.38 | | 11,450.09 | Credit Card/Web Sales |
| 7/9/2010 | | | CASH DISCOVER | 101.75 | | 11,551.84 | Credit Card/Web Sales |
| 7/9/2010 | | | CASH MASTERCARD | 95.15 | | 11,646.99 | Credit Card/Web Sales |
| 7/12/2010 | | | CASH MASTERCARD | 136.11 | | 11,783.10 | Credit Card/Web Sales |
| 7/12/2010 | | | CASH DISCOVER | 118.66 | | 11,901.76 | Credit Card/Web Sales |
| 7/12/2010 | | | CASH VISA | 308.39 | | 12,210.15 | Credit Card/Web Sales |
| 7/13/2010 | | | CASH VISA | 439.18 | | 12,649.33 | Credit Card/Web Sales |
| 7/13/2010 | | | CASH DISCOVER | 162.99 | | 12,812.32 | Credit Card/Web Sales |
| 7/13/2010 | | | CASH MASTERCARD | 243.43 | | 13,055.75 | Credit Card/Web Sales |
| 7/14/2010 | | | CASH VISA | 6.00 | | 13,061.75 | Credit Card/Web Sales |
| 7/14/2010 | | | CASH MASTERCARD | 334.26 | | 13,396.01 | Credit Card/Web Sales |
| 7/15/2010 | | | CASH MASTERCARD | 521.33 | | 13,917.34 | Credit Card/Web Sales |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| 7/15/2010 | | | CASH VISA | 814.35 | | 14,731.69 | Credit Card/Web Sales |
| 7/16/2010 | | | CASH MASTERCARD | 288.26 | | 15,019.95 | Credit Card/Web Sales |
| 7/16/2010 | | | CASH VISA | 288.26 | | 15,308.21 | Credit Card/Web Sales |
| 7/16/2010 | | | CASH MASTERCARD | 68.09 | | 15,376.30 | Credit Card/Web Sales |
| 7/16/2010 | | | CASH VISA | 115.08 | | 15,491.38 | Credit Card/Web Sales |
| 7/19/2010 | | | CASH VISA | 808.56 | | 16,299.94 | Credit Card/Web Sales |
| 7/19/2010 | | | CASH MASTERCARD | 384.27 | | 16,684.21 | Credit Card/Web Sales |
| 7/19/2010 | | | CASH DISCOVER | 39.99 | | 16,724.20 | Credit Card/Web Sales |
| 7/20/2010 | | | CASH VISA | 124.20 | | 16,848.40 | Credit Card/Web Sales |
| 7/21/2010 | | | CASH VISA | 1,030.00 | | 17,878.40 | Credit Card/Web Sales |
| 7/21/2010 | | | CASH MASTERCARD | 56.79 | | 17,935.19 | Credit Card/Web Sales |
| 7/22/2010 | | | CASH VISA | 255.54 | | 18,190.73 | Credit Card/Web Sales |
| 7/22/2010 | | | CASH DISCOVER | 127.35 | | 18,318.08 | Credit Card/Web Sales |
| 7/22/2010 | | | CASH MASTERCARD | 154.37 | | 18,472.45 | Credit Card/Web Sales |
| 7/23/2010 | | | CASH VISA | 203.06 | | 18,675.51 | Credit Card/Web Sales |
| 7/23/2010 | | | CASH DISCOVER | 119.98 | | 18,795.49 | Credit Card/Web Sales |
| 7/23/2010 | | | CASH MASTERCARD | 114.88 | | 18,910.37 | Credit Card/Web Sales |
| 7/26/2010 | | | CASH VISA | 2,065.37 | | 20,975.74 | Credit Card/Web Sales |
| 7/26/2010 | | | CASH MASTERCARD | 209.09 | | 21,184.83 | Credit Card/Web Sales |
| 7/26/2010 | | | CASH DISCOVER | 25.46 | | 21,210.29 | Credit Card/Web Sales |
| 7/27/2010 | | | CASH VISA | 22.24 | | 21,232.53 | Credit Card/Web Sales |
| 7/28/2010 | | | CASH VISA | 1,089.59 | | 22,322.12 | Credit Card/Web Sales |
| 7/28/2010 | | | CASH MASTERCARD | 569.83 | | 22,891.95 | Credit Card/Web Sales |
| 7/28/2010 | | | CASH DISCOVER | 112.19 | | 23,004.14 | Credit Card/Web Sales |
| 7/29/2010 | | | CASH VISA | 1,343.56 | | 24,347.70 | Credit Card/Web Sales |
| 7/30/2010 | | | CASH VISA | 3,259.19 | | 27,606.89 | Credit Card/Web Sales |
| 7/30/2010 | | | CASH MASTERCARD | 113.99 | | 27,720.88 | Credit Card/Web Sales |
| 7/30/2010 | | | CASH MASTERCARD | 59.99 | | 27,780.87 | Credit Card/Web Sales |
| 8/2/2010 | | | CASH VISA | 337.41 | | 28,118.28 | Credit Card/Web Sales |
| 8/3/2010 | | | CASH VISA | 671.25 | | 28,789.53 | Credit Card/Web Sales |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| 8/3/2010 | | | CASH MASTERCARD | 26.39 | | 28,815.92 | Credit Card/Web Sales |
| 8/3/2010 | | | Visa, MC, Discover Fees | | -688.63 | 28,127.29 | Credit Card Fees |
| 8/4/2010 | | | CASH VISA | 1,103.01 | | 29,230.30 | Credit Card/Web Sales |
| 8/4/2010 | | | Heartland Service Fees | | -74.28 | 29,156.02 | Credit Card Fees |
| 8/5/2010 | | | CASH VISA | 691.95 | | 29,847.97 | Credit Card/Web Sales |
| 8/5/2010 | | | CASH MASTERCARD | 347.74 | | 30,195.71 | Credit Card/Web Sales |
| 8/5/2010 | | | CASH DISCOVER | 85.68 | | 30,281.39 | Credit Card/Web Sales |
| 8/6/2010 | | | CASH MASTERCARD | 138.90 | | 30,420.29 | Credit Card/Web Sales |
| 8/6/2010 | | | CASH VISA | 183.24 | | 30,603.53 | Credit Card/Web Sales |
| 8/6/2010 | | | CASH VISA | 39.62 | | 30,643.15 | Credit Card/Web Sales |
| 8/9/2010 | | | CASH MASTERCARD | 380.65 | | 31,023.80 | Credit Card/Web Sales |
| 8/9/2010 | | | CASH VISA | 817.12 | | 31,840.92 | Credit Card/Web Sales |
| 8/10/2010 | | | CASH VISA | 160.95 | | 32,001.87 | Credit Card/Web Sales |
| 8/11/2010 | | | CASH MASTERCARD | 291.36 | | 32,293.23 | Credit Card/Web Sales |
| 8/11/2010 | | | CASH VISA | 41.36 | | 32,334.59 | Credit Card/Web Sales |
| 8/12/2010 | | | CASH MASTERCARD | 393.73 | | 32,728.32 | Credit Card/Web Sales |
| 8/12/2010 | | | CASH VISA | 521.26 | | 33,249.58 | Credit Card/Web Sales |
| 8/13/2010 | | | CASH VISA | 1,077.80 | | 34,327.38 | Credit Card/Web Sales |
| 8/13/2010 | | | CASH MASTERCARD | 166.43 | | 34,493.81 | Credit Card/Web Sales |
| 8/16/2010 | | | CASH VISA | 629.20 | | 35,123.01 | Credit Card/Web Sales |
| 8/16/2010 | | | CASH MASTERCARD | 289.40 | | 35,412.41 | Credit Card/Web Sales |
| 8/17/2010 | | | CASH MASTERCARD | 281.17 | | 35,693.58 | Credit Card/Web Sales |
| 8/17/2010 | | | Transfer to 3306 | | -34,000.00 | 1,693.58 | Transfer |
| 8/18/2010 | | | CASH VISA | 1,563.95 | | 3,257.53 | Credit Card/Web Sales |
| 8/19/2010 | | | CASH MASTERCARD | 427.74 | | 3,685.27 | Credit Card/Web Sales |
| 8/19/2010 | | | CASH VISA | 579.81 | | 4,265.08 | Credit Card/Web Sales |
| 8/20/2010 | | | CASH VISA | 700.00 | | 4,965.08 | Credit Card/Web Sales |
| 8/20/2010 | | | CASH MASTERCARD | 911.38 | | 5,876.46 | Credit Card/Web Sales |
| 8/23/2010 | | | CASH MASTERCARD | 114.88 | | 5,991.34 | Credit Card/Web Sales |
| 8/23/2010 | | | CASH VISA | 137.61 | | 6,128.95 | Credit Card/Web Sales |

Cash Receipts and Expenditures  
July 1, 2010 through September 30, 2010  
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| 8/23/2010 | | | CASH VISA | 424.74 | | 6,553.69 | Credit Card/Web Sales |
| 8/23/2010 | | | CASH MASTERCARD | 168.57 | | 6,722.26 | Credit Card/Web Sales |
| 8/23/2010 | | | CASH DISCOVER | 36.59 | | 6,758.85 | Credit Card/Web Sales |
| 8/24/2010 | | | CASH MASTERCARD | 162.62 | | 6,921.47 | Credit Card/Web Sales |
| 8/24/2010 | | | CASH VISA | 407.65 | | 7,329.12 | Credit Card/Web Sales |
| 8/25/2010 | | | CASH MASTERCARD | 343.63 | | 7,672.75 | Credit Card/Web Sales |
| 8/25/2010 | | | CASH VISA | 70.83 | | 7,743.58 | Credit Card/Web Sales |
| 8/26/2010 | | | CASH VISA | 1,783.52 | | 9,527.10 | Credit Card/Web Sales |
| 8/26/2010 | | | CASH MASTERCARD | 123.12 | | 9,650.22 | Credit Card/Web Sales |
| 8/27/2010 | | | CASH VISA | 205.07 | | 9,855.29 | Credit Card/Web Sales |
| 8/27/2010 | | | CASH MASTERCARD | 78.78 | | 9,934.07 | Credit Card/Web Sales |
| 8/30/2010 | | | CASH MASTERCARD | 511.65 | | 10,445.72 | Credit Card/Web Sales |
| 8/30/2010 | | | CASH VISA | 290.87 | | 10,736.59 | Credit Card/Web Sales |
| 8/30/2010 | | | CASH DISCOVER | 118.92 | | 10,855.51 | Credit Card/Web Sales |
| 8/31/2010 | | | CASH VISA | 542.11 | | 11,397.62 | Credit Card/Web Sales |
| 9/1/2010 | | | CASH VISA | 154.98 | | 11,552.60 | Credit Card/Web Sales |
| 9/1/2010 | | | Transfer to 3306 | | -10,000.00 | 1,552.60 | Transfer |
| 9/1/2010 | | | Visa, Discover, MC Fees | | -501.02 | 1,051.58 | Credit Card Fees |
| 9/2/2010 | | | CASH VISA | 345.65 | | 1,397.23 | Credit Card/Web Sales |
| 9/2/2010 | | | CASH MASTERCARD | 312.29 | | 1,709.52 | Credit Card/Web Sales |
| 9/2/2010 | | | Heartland Service Fees | | -73.88 | 1,635.64 | Credit Card Fees |
| 9/3/2010 | | | CASH VISA | 262.30 | | 1,897.94 | Credit Card/Web Sales |
| 9/7/2010 | | | CASH VISA | 582.82 | | 2,480.76 | Credit Card/Web Sales |
| 9/7/2010 | | | CASH MASTERCARD | 98.42 | | 2,579.18 | Credit Card/Web Sales |
| 9/7/2010 | | | CASH DISCOVER | 88.57 | | 2,667.75 | Credit Card/Web Sales |
| 9/8/2010 | | | CASH VISA | 107.20 | | 2,774.95 | Credit Card/Web Sales |
| 9/8/2010 | | | CASH MASTERCARD | 33.70 | | 2,808.65 | Credit Card/Web Sales |
| 9/8/2010 | | | CASH VISA | 685.20 | | 3,493.85 | Credit Card/Web Sales |
| 9/9/2010 | | | CASH VISA | 1,536.91 | | 5,030.76 | Credit Card/Web Sales |
| 9/9/2010 | | | CASH MASTERCARD | 204.87 | | 5,235.63 | Credit Card/Web Sales |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| 9/10/2010 | | | CASH VISA | 161.78 | | 5,397.41 | Credit Card/Web Sales |
| 9/10/2010 | | | CASH MASTERCARD | 59.99 | | 5,457.40 | Credit Card/Web Sales |
| 9/13/2010 | | | CASH VISA | 185.21 | | 5,642.61 | Credit Card/Web Sales |
| 9/13/2010 | | | CASH MASTERCARD | 19.29 | | 5,661.90 | Credit Card/Web Sales |
| 9/14/2010 | | | CASH MASTERCARD | 1,468.28 | | 7,130.18 | Credit Card/Web Sales |
| 9/14/2010 | | | CASH VISA | 2,319.29 | | 9,449.47 | Credit Card/Web Sales |
| 9/15/2010 | | | CASH MASTERCARD | 228.48 | | 9,677.95 | Credit Card/Web Sales |
| 9/15/2010 | | | CASH VISA | 643.98 | | 10,321.93 | Credit Card/Web Sales |
| 9/15/2010 | | | CASH MASTERCARD | 35.99 | | 10,357.92 | Credit Card/Web Sales |
| 9/16/2010 | | | CASH VISA | 501.32 | | 10,859.24 | Credit Card/Web Sales |
| 9/16/2010 | | | CASH MASTERCARD | 56.48 | | 10,915.72 | Credit Card/Web Sales |
| 9/20/2010 | | | CASH VISA | 1,776.51 | | 12,692.23 | Credit Card/Web Sales |
| 9/20/2010 | | | CASH MASTERCARD | 101.97 | | 12,794.20 | Credit Card/Web Sales |
| 9/20/2010 | | | CASH VISA | 368.85 | | 13,163.05 | Credit Card/Web Sales |
| 9/20/2010 | | | CASH DISCOVER | 3,091.32 | | 16,254.37 | Credit Card/Web Sales |
| 9/21/2010 | | | CASH MASTERCARD | 168.30 | | 16,422.67 | Credit Card/Web Sales |
| 9/21/2010 | | | CASH VISA | -56.95 | | 16,365.72 | Credit Card/Web Sales |
| 9/22/2010 | | | CASH MASTERCARD | 38.49 | | 16,404.21 | Credit Card/Web Sales |
| 9/22/2010 | | | CASH VISA | 189.94 | | 16,594.15 | Credit Card/Web Sales |
| 9/24/2010 | | | CASH MASTERCARD | 119.04 | | 16,713.19 | Credit Card/Web Sales |
| 9/24/2010 | | | CASH VISA | 283.14 | | 16,996.33 | Credit Card/Web Sales |
| 9/24/2010 | | | CASH MASTERCARD | 350.49 | | 17,346.82 | Credit Card/Web Sales |
| 9/27/2010 | | | CASH DISCOVER | 35.49 | | 17,382.31 | Credit Card/Web Sales |
| 9/27/2010 | | | CASH MASTERCARD | 808.20 | | 18,190.51 | Credit Card/Web Sales |
| 9/28/2010 | | | CASH VISA | 209.69 | | 18,400.20 | Credit Card/Web Sales |
| 9/28/2010 | | | CASH MASTERCARD | 109.19 | | 18,509.39 | Credit Card/Web Sales |
| 9/28/2010 | | | CASH VISA | 958.91 | | 19,468.30 | Credit Card/Web Sales |
| | | | | 61,666.94 | -46,086.21 | | |

Cash Receipts and Expenditures
July 1, 2010 through September 30, 2010
Sovereign Bank Transfer Account #XXXXXX3124

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 1,925.60 | Beg. Bal as of 7/1/10 |
| 07/02/2010 | | | Collection of Midway Accts Rec | 972.00 | | 2,897.60 | |
| 07/09/2010 | | | Collection of Midway Accts Rec | 1,298.75 | | 4,196.35 | |
| 07/16/2010 | | | Collection of Midway Accts Rec | 91.80 | | 4,288.15 | |
| 07/23/2010 | | | Collection of Midway Accts Rec | 1,205.00 | | 5,493.15 | |
| 07/27/2010 | | | Collection of Midway Accts Rec | 531.15 | | 6,024.30 | |
| 07/30/2010 | | | Collection of Midway Accts Rec | 732.65 | | 6,756.95 | |
| 08/09/2010 | | | Collection of Midway Accts Rec | 1,036.00 | | 7,792.95 | |
| 08/13/2010 | | | Collection of Midway Accts Rec | 706.80 | | 8,499.75 | |
| 08/17/2010 | | | Transfer to 3306 | | -8,000.00 | 499.75 | |
| 08/20/2010 | | | Collection of Midway Accts Rec | 336.50 | | 836.25 | |
| 08/27/2010 | | | Collection of Midway Accts Rec | 372.30 | | 1,208.55 | |
| 09/10/2010 | | | Collection of Midway Accts Rec | 652.05 | | 1,860.60 | |
| 09/17/2010 | | | Collection of Midway Accts Rec | 1,019.95 | | 2,880.55 | |
| 09/24/2010 | | | Collection of Midway Accts Rec | 321.75 | | 3,202.30 | |
| | | | | 9,276.70 | -8,000.00 | | |