UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974 | : Civ. No. 09-4557<br>:<br>: |
| vs. | :<br>: |
| COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | :<br>:<br>:<br>: |

## ORDER

AND NOW, this ___ day of March 2011, upon consideration of the Motion of Edward A. Phillips in his Capacity as Liquidating Trustee for Command Arms Accessories, LLC for Extension of Time to File Report of Disposition of Pending Claims and any response thereto, it is hereby ORDERED that the deadline to file the Report of Disposition of Pending Claims in the above-captioned matter is extended until March 29, 2011.

BY THE COURT:

_____
Honorable Legrone D. Davis, J.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

## MOTION OF EDWARD A. PHILLIPS IN HIS CAPACITY AS LIQUIDATING TRUSTEE FOR COMMAND ARMS ACCESSORIES, LLC FOR EXTENSION OF TIME TO FILE REPORT OF DISPOSITION OF PENDING CLAIMS

Edward A. Phillips, in his capacity as liquidating trustee (the "Trustee") pursuant to 15 Pa. C.S.A. § 8973(b) for Command Arms Accessories, LLC ("CAA"), by and through its undersigned attorney and for the reasons sets forth in the accompanying Memorandum of Law, hereby moves to extend the time to file its Report of Disposition of Pending Claims in the above-captioned matter until March 29, 2011.

DATED: March 14, 2011

Respectfully submitted,

SAUL EWING LLP

By: /s/ Jeffrey C. Hampton
Jeffrey C. Hampton, Esquire
Stephen J. Driscoll, Esquire
Melissa W. Rand, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7118/1995
Facsimile: (215) 972-1848/1872

*Attorneys to Edward A. Phillips as Liquidating Trustee for Command Arms Accessories, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION OF EDWARD A. PHILLIPS IN HIS CAPACITY AS LIQUIDATING TRUSTEE FOR COMMAND ARMS ACCESSORIES, LLC FOR EXTENSION OF TIME TO FILE REPORT OF DISPOSITION OF PENDING CLAIMS

Edward A. Phillips in his capacity as liquidating trustee (the "Trustee") pursuant to 15 Pa. C.S.A. § 8973(b) for Command Arms Accessories, LLC ("CAA"), respectfully submits the following memorandum of law in support of its Motion for Extension of Time to File Report of Disposition of Pending Claims.

## BACKGROUND

1. On September 23, 2009, Craig Fisher petitioned the Court of Common Pleas of Bucks County (the "Court of Common Pleas") for judicial supervision over the continued dissolution of CAA and requested the appointment of a liquidating trustee.

2. On October 5, 2009, Eldad Oz filed a notice of removal from the Court of Common Pleas to this Court.

3. On November 2, 2009, this Court entered the Stipulation and Consent Order (the "Consent Order") [D.I. 9], appointing the Trustee.

4. The Consent Order directs and authorizes the Trustee to wind-up CAA's affairs, distribute CAA's assets in an orderly manner and effect CAA's liquidation. Upon

conclusion of the winding up of the affairs of CAA, the Trustee is directed to provide the members of CAA and this Court with a final accounting through the last month in which CAA's final liquidation is completed.

5. Upon order of this Court dated January 14, 2011 (the "Report Order") [D.I. 28], the Trustee is directed to notify this Court as to its determinations regarding the disposition of the pending claims in this matter by March 15, 2011.

## ARGUMENT

6. Pursuant to the Consent Order, the Trustee has worked diligently to take control of and sell certain of the assets of CAA and to review all pending claims in this matter. To this end and in response to the Report Order, the Trustee has prepared a draft of its report regarding the disposition of pending claims in this matter (the "Report").

7. The Trustee recently presented the Report to its counsel. Upon review, its counsel identified a few areas of the Report that require additional follow-up and revision. In order to fully address these revisions and ensure that the document that is ultimately filed with this Court is complete and in an acceptable form, the Trustee is respectfully requesting an additional 14-days to file the Report, until March 29, 2011 (the "Extension").

8. The Trustee has consulted with counsel to Craig Fisher and counsel to Eldad Oz and neither party is opposed to the Extension.

## CONCLUSION

9.  For the foregoing reasons, the Trustee requests that this Court extend the deadline to file the Report until March 29, 2011.


DATED: March 14, 2011                    Respectfully submitted,

                                         SAUL EWING LLP

                                         By: */s/ Jeffrey C. Hampton*
                                         Jeffrey C. Hampton, Esquire
                                         Stephen J. Driscoll, Esquire
                                         Melissa W. Rand, Esquire
                                         Centre Square West
                                         1500 Market Street, 38th Floor
                                         Philadelphia, PA 19102
                                         Telephone: (215) 972-7118/1995
                                         Facsimile: (215) 972-1848/1872

                                         *Attorneys to Edward A. Phillips as Liquidating Trustee for Command Arms Accessories, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974 | Civ. No. 09-4557 |
| vs. | |
| COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | |

## CERTIFICATE OF SERVICE

I, Melissa W. Rand, Esquire, hereby certify that on March 14, 2010, I caused a true and correct copy of the Motion of Edward A. Phillips in his Capacity as Liquidating Trustee for Command Arms Accessories, LLC for Extension of Time to File Report of Disposition of Pending Claims to be served on the persons listed on the attached Service List via United States mail, postage prepaid.

_____
Melissa W. Rand, Esquire

## Service List

Thorp Reed & Armstrong, LLP
Joseph M. Donley, Esquire
One Commerce Square, Suite 1000
2005 Market Street
Philadelphia, PA 19103

Ropes & Gray LLP
Jerome C. Katz, Esquire
1211 Avenue of the Americas
New York, NY 10036

Drinker, Biddle & Reath LLP
John Chesney, Esquire
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

Eastburn & Gray, P.C.
Grace M. Deon, Esquire
60 East Court Street
P.O. Box 1389
Doylestown, PA 18901