# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

## SECOND MOTION OF EDWARD A. PHILLIPS IN HIS CAPACITY AS LIQUIDATING TRUSTEE FOR COMMAND ARMS ACCESSORIES, LLC FOR EXTENSION OF TIME TO FILE REPORT OF DISPOSITION OF PENDING CLAIMS

Edward A. Phillips, in his capacity as liquidating trustee (the "Trustee") pursuant to 15 Pa. C.S.A. § 8973(b) for Command Arms Accessories, LLC ("CAA"), by and through his undersigned attorney and for the reasons sets forth in the accompanying Memorandum of Law, hereby moves to extend the time to file his Report of Disposition of Pending Claims in the above-captioned matter until April 5, 2011.

DATED: March 29, 2011

Respectfully submitted,

SAUL EWING LLP

By: /s/ Robyn F. Pollack
Robyn F. Pollack, Esquire
Stephen J. Driscoll, Esquire
Melissa W. Rand, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7537/7872/1995
Facsimile: (215) 972-1946/4150/1872

*Attorneys to Edward A. Phillips as Liquidating Trustee for Command Arms Accessories, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

### MEMORANDUM OF LAW IN SUPPORT OF SECOND MOTION OF EDWARD A. PHILLIPS IN HIS CAPACITY AS LIQUIDATING TRUSTEE FOR COMMAND ARMS ACCESSORIES, LLC FOR EXTENSION OF TIME TO FILE REPORT OF DISPOSITION OF PENDING CLAIMS

Edward A. Phillips in his capacity as liquidating trustee (the "Trustee") pursuant to 15 Pa. C.S.A. § 8973(b) for Command Arms Accessories, LLC ("CAA"), respectfully submits the following memorandum of law in support of his Second Motion for Extension of Time to File Report of Disposition of Pending Claims.

### BACKGROUND

1.  On September 23, 2009, Craig Fisher ("Mr. Fisher") petitioned the Court of Common Pleas of Bucks County (the "Court of Common Pleas") for judicial supervision over the continued dissolution of CAA and requested the appointment of a liquidating trustee.

2.  On October 5, 2009, Eldad Oz ("Mr. Oz") filed a notice of removal from the Court of Common Pleas to this Court.

3.  On November 2, 2009, this Court entered the Stipulation and Consent Order (the "Consent Order") [D.I. 9], appointing Edward A. Phillips as the Trustee.

4.  The Consent Order directs and authorizes the Trustee to wind-up CAA's affairs, distribute CAA's assets in an orderly manner and effect CAA's liquidation. Upon

conclusion of the winding up of the affairs of CAA, the Trustee is directed to provide the members of CAA and this Court with a final accounting through the last month in which CAA's final liquidation is completed.

5. Upon order of this Court dated January 14, 2011 (the "Report Order") [D.I. 28], the Trustee is directed to notify this Court as to its determinations regarding the disposition of the pending claims asserted by Mr. Fisher and Mr. Oz in this matter by March 15, 2011 (the "Claim Report").

6. On March 14, 2011, the Trustee filed the Motion of Edward A. Phillips in his Capacity as Liquidating Trustee for Command Arms Accessories, LLC for Extension of Time to File Report of Disposition of Pending Claims (the "First Extension Request") [D.I. 29], requesting an extension until March 29, 2011 to file the Claim Report.

7. On March 16, 2011, this Court granted the Trustee's First Extension Request, thereby extending the deadline to file the Claim Report until March 29, 2011.

## ARGUMENT

8. Pursuant to the Consent Order, the Trustee has worked diligently to take control of and sell certain of the assets of CAA and to review all pending claims in this matter. To this end and in response to the Report Order, the Trustee prepared a draft of his Claim Report and forwarded a list of open issues to Mr. Fisher and Mr. Oz (collectively, the "Principals") on March 25, 2011.

9. The Trustee is awaiting a response from the Principals regarding these open issues and, upon their response, will be in a position to finalize the Claim Report. In order to allow the Principals time to review the open issue list and respond accordingly, the Trustee is

respectfully requesting an additional seven (7) days to file the Claim Report, until April 5, 2011 (the "Second Extension").

10. The Trustee has consulted with counsel to the Principals and neither party is opposed to the Second Extension.

## CONCLUSION

11. For the foregoing reasons, the Trustee requests that this Court extend the deadline to file the Claim Report through and including April 5, 2011.

DATED: March 29, 2011

Respectfully submitted,

SAUL EWING LLP

By: /s/ Robyn F. Pollack
Robyn F. Pollack, Esquire
Stephen J. Driscoll, Esquire
Melissa W. Rand, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7537/1995/7872
Facsimile: (215) 972-1946/1872/4150

*Attorneys to Edward A. Phillips as Liquidating Trustee for Command Arms Accessories, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974 | Civ. No. 09-4557 |
| vs. | |
| COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | |

## ORDER

AND NOW, this ___ day of March 2011, upon consideration of the Second Motion of Edward A. Phillips in his Capacity as Liquidating Trustee for Command Arms Accessories, LLC for Extension of Time to File Report of Disposition of Pending Claims and any response thereto, it is hereby ORDERED that the deadline to file the Report of Disposition of Pending Claims in the above-captioned matter is extended through and including April 5, 2011.

BY THE COURT:

_____
Honorable Legrone D. Davis, J.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

## CERTIFICATE OF SERVICE

I, Melissa W. Rand, Esquire, hereby certify that on March 29, 2010, I caused a true and correct copy of the Second Motion of Edward A. Phillips in his Capacity as Liquidating Trustee for Command Arms Accessories, LLC for Extension of Time to File Report of Disposition of Pending Claims to be served on the persons listed on the attached Service List via United States mail, postage prepaid.

_____
Melissa W. Rand, Esquire

1306320.2 3/29/11

## Service List

Thorp Reed & Armstrong, LLP
Joseph M. Donley, Esquire
One Commerce Square, Suite 1000
2005 Market Street
Philadelphia, PA 19103

Ropes & Gray LLP
Jerome C. Katz, Esquire
1211 Avenue of the Americas
New York, NY 10036

Drinker, Biddle & Reath LLP
John Chesney, Esquire
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

Eastburn & Gray, P.C.
Grace M. Deon, Esquire
60 East Court Street
P.O. Box 1389
Doylestown, PA 18901