IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CRAIG FISHER                          :        CIVIL ACTION
                                      :
        v.                            :
                                      :
COMMAND ARMS                          :
ACCESSORIES, LLC, et al.              :        No. 2:09-cv-04557


ORDER


        AND NOW, this 29th day of March, 2011, upon consideration of the Motion of Edward A.

Phillips in his capacity as Liquidating Trustee for Command Arms Accessories, LLC for Extension

of Time to File Report of Disposition of Pending Claims and any response thereto, it is hereby

ORDERED that the motion is GRANTED and the deadline is extended until April 5, 2011.


                                    BY THE COURT:

                                    /S/LEGROME D. DAVIS

                                    Legrome D. Davis, J.