# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

## ORDER

AND NOW, this ___ day of April 2011, upon consideration of the Uncontested Motion of Edward A. Phillips in his Capacity as Liquidating Trustee for Command Arms Accessories, LLC for Authority to File Report of Disposition of Pending Claims Under Seal and any response thereto, it is hereby ORDERED that the motion is GRANTED and the Report of Disposition of Pending Claims shall be filed under seal.

BY THE COURT:

_____
Honorable Legrone D. Davis, J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

## UNCONTESTED MOTION OF EDWARD A. PHILLIPS IN HIS CAPACITY AS LIQUIDATING TRUSTEE FOR COMMAND ARMS ACCESSORIES, LLC FOR AUTHORITY TO FILE REPORT OF DISPOSITION OF PENDING CLAIMS UNDER SEAL

Edward A. Phillips, in his capacity as liquidating trustee (the "Trustee") pursuant to 15 Pa. C.S.A. § 8973(b) for Command Arms Accessories, LLC ("CAA"), by and through his undersigned attorneys, hereby moves to file his Report of Disposition of Pending Claims under seal pursuant to Local Rule of Civil Procedure 5.1.5(2), and in support thereof states as follows:

### BACKGROUND

1. On September 23, 2009, Craig Fisher ("Mr. Fisher") petitioned the Court of Common Pleas of Bucks County (the "Court of Common Pleas") for judicial supervision over the continued dissolution of CAA and requested the appointment of a liquidating trustee.

2. On October 5, 2009, Eldad Oz ("Mr. Oz") filed a notice of removal from the Court of Common Pleas to this Court.

3. On November 2, 2009, this Court entered the Stipulation and Consent Order (the "Consent Order") [D.I. 9], appointing Edward A. Phillips as the Trustee.

4. The Consent Order directs and authorizes the Trustee to wind-up CAA's affairs, distribute CAA's assets in an orderly manner and effect CAA's liquidation. Upon

conclusion of the winding up of the affairs of CAA, the Trustee is directed to provide the members of CAA and this Court with a final accounting through the last month in which CAA's final liquidation is completed.

5. Upon order of this Court dated January 14, 2011 (the "Report Order") [D.I. 28], the Trustee is directed to notify this Court as to its determinations regarding the disposition of the pending claims asserted by Mr. Fisher and Mr. Oz in this matter by March 15, 2011 (the "Claim Report").

6. On March 14, 2011, the Trustee filed the Motion of Edward A. Phillips in his Capacity as Liquidating Trustee for Command Arms Accessories, LLC for Extension of Time to File Report of Disposition of Pending Claims (the "First Extension Request") [D.I. 29], requesting an extension until March 29, 2011 to file the Claim Report.

7. On March 16, 2011, this Court granted the Trustee's First Extension Request, thereby extending the deadline to file the Claim Report until March 29, 2011.

8. On March 29, 2011, the Trustee filed the Second Motion of Edward A. Phillips in his Capacity as Liquidating Trustee for Command Arms Accessories, LLC for Extension of Time to File Report of Disposition of Pending Claims (the "Second Extension Request") [D.I. 31], requesting an extension until April 5, 2011 to file the Claim Report.

9. On March 30, 2011, this Court granted the Trustee's Second Extension Request, thereby extending the deadline to file the Claim Report until April 5, 2011.

## ARGUMENT

10. Pursuant to the Consent Order, the Trustee intends to file the Claim Report upon the disposition of this Motion. The Claim Report contains confidential and proprietary information, including the names of certain individuals and customer lists. As an exhibit to the

Claim Report, the customer lists set forth confidential information, including names and addresses that need not be made public due to concerns that third parties might make inappropriate or unfair use of such information, to the detriment of the affected individuals. Further, the Claim Report contains allegations of conduct on the part of certain individuals which need not be publicly disclosed in an effort to protect the privacy of those implicated.

11. The Trustee has consulted with counsel to Mr. Oz and counsel to Mr. Fisher and neither party is opposed to the Motion.

## CONCLUSION

12. As such, the Trustee respectfully requests that the Court enter an order granting him leave to file the Claim Report under seal.

DATED: April 5, 2011

Respectfully submitted,

SAUL EWING LLP

By: /s/ *Robyn F. Pollack*
Robyn F. Pollack, Esquire
Stephen J. Driscoll, Esquire
Melissa W. Rand, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7537/1995/7872
Facsimile: (215) 972-1946/1872/4150

*Attorneys to Edward A. Phillips as Liquidating Trustee for Command Arms Accessories, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974 | Civ. No. 09-4557 |
| vs. | |
| COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | |

## **CERTIFICATE OF SERVICE**

I, Melissa W. Rand, Esquire, hereby certify that on April 5, 2011, I caused a true and correct copy of the Uncontested Motion of Edward A. Phillips in his Capacity as Liquidating Trustee for Command Arms Accessories, LLC for Authority to File Report of Disposition of Pending Claims Under Seal to be served on the persons listed on the attached Service List via United States mail, postage prepaid.

_____
Melissa W. Rand, Esquire

## Service List

Thorp Reed & Armstrong, LLP
Joseph M. Donley, Esquire
One Commerce Square, Suite 1000
2005 Market Street
Philadelphia, PA 19103

Ropes & Gray LLP
Jerome C. Katz, Esquire
1211 Avenue of the Americas
New York, NY 10036

Drinker, Biddle & Reath LLP
John Chesney, Esquire
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

Eastburn & Gray, P.C.
Grace M. Deon, Esquire
60 East Court Street
P.O. Box 1389
Doylestown, PA 18901