# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

## Quarterly Report of Cash Receipts and Expenditures for the Period Ending December 31, 2010

In accordance with paragraph 7 of the *Stipulation and Consent Order* entered by this Court on November 2, 2009 [D.I. 9], attached is the quarterly report setting forth Command Arms Accessories, LLC's cash receipts and expenditures for the period ending December 31, 2010.

DATED: April 21, 2011

Respectfully submitted,

/s/ *Edward A. Phillips*
Edward A. Phillips
Amper, Politziner & Mattia LLP
101 West Avenue
PO Box 458
Jenkintown, PA 19046-0458
(215) 881-6168

*Liquidating Trustee to Command Arms Accessories, LLC*

Command Arms Accessories
Summary of Cash Activity
October 1, 2010 through December 31, 2010

| Account Ending | Description | Beginning Balance | Collection of A/R | Interest Credited | Tranfers In | Other | Expenses Paid | Refunds/ Returns | Transfers Out | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3306 | New Checking | 257,815.51 | 137,700.00 | - | - | 550,000.00 | (835,139.80) | - | - | 110,375.71 |
| 3446 | New Money Market | 624,839.19 | - | 779.22 | 702,285.03 | - | - | - | - | 1,327,903.44 |
| 2535 | Old Checking | 50,591.31 | 47,258.78 | - | - | (1,640.55) | - | - | (96,209.54) | - |
| 2608 | Visa/Mastercard/Discover Sales | 19,468.30 | 32,863.62 | - | - | (2,775.88) | - | - | (49,556.04) | - |
| 3124 | Military Sales (AAFES) | 3,202.30 | 3,317.95 | - | - | - | - | - | (6,520.25) | - |
| | | 955,916.61 | 221,140.35 | 779.22 | 702,285.03 | 545,583.57 | (835,139.80) | - | (152,285.83) | 1,438,279.15 |

Cash Receipts and Expenditures
October 1, 2010 through December 31, 2010
Sovereign Bank Operating Account #XXXXXX3306

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 257,815.51 | Beg. Bal as of 10/1/10 |
| 10/12/2010 | 1190 | UPS | Shipping Costs | | (751.15) | 257,064.36 | |
| 10/12/2010 | 1191 | Sales Opportunity Services | Service charge for military sales | | (62.54) | 257,001.82 | |
| 10/14/2010 | | Blue Star Hosting | Monthly Netsuite Expense | | (67.28) | 256,934.54 | |
| 10/14/2010 | WIRE | Tactical Arms Inc. | 2550 CBSTAN's - Invoice 65903 to Colt | | (52,912.50) | 204,022.04 | |
| 10/22/2010 | 1192 | First Samco, Inc. | Purchases | | (7,985.59) | 196,036.45 | |
| 10/22/2010 | | | Payroll Reimbursement | | (10,287.84) | 185,748.61 | |
| 10/22/2010 | 1193 | FALCON INDUSTRIES | Royalties | | (8.26) | 185,740.35 | |
| 10/22/2010 | 1194 | Boyd Metz & Associates | September Commissions | | (697.71) | 185,042.64 | |
| 10/22/2010 | | | Collection of Accounts Receivable | 68,850.00 | | 253,892.64 | |
| 11/03/2010 | 1196 | UPS | Shipping Costs | | (782.79) | 253,109.85 | |
| 11/03/2010 | 1197 | Sales Opportunity Services | Service charge for military sales | | (62.54) | 253,047.31 | |
| 11/03/2010 | 1195 | Lillian Husband | Payroll | | (99.16) | 252,948.15 | |
| 11/11/2010 | | | Bank Charge | | (53.00) | 252,895.15 | |
| 11/19/2010 | | | Collection of Accounts Receivable | 68,850.00 | | 321,745.15 | |
| 11/30/2010 | WIRE | Tactical Arms Inc. | 2550 CBSTAN related to Colt Invoice #66634a | | (52,912.50) | 268,832.65 | |
| 12/01/2010 | 1198 | First Samco, Inc. | Purchases | | (8,605.05) | 260,227.60 | |
| 12/01/2010 | | | Payroll Reimbursement | | (9,802.09) | 250,425.51 | |
| 12/01/2010 | 1199 | PA Depart of Revenue | 3rd Qtr. Sales Tax | | (75.96) | 250,349.55 | |
| 12/01/2010 | 1200 | UPS | Shipping Costs | | (633.40) | 249,716.15 | |
| 12/13/2010 | 1220 | FALCON INDUSTRIES | Royalties | | (21.42) | 249,694.73 | |
| 12/13/2010 | 1230 | FALCON INDUSTRIES | Royalties | | (21.00) | 249,673.73 | |
| 12/13/2010 | | | Bank Charge | | (53.00) | 249,620.73 | |
| 12/15/2010 | 1201 | REBLING PLASTICS | Final Inv. for Inventory | | (7,269.05) | 242,351.68 | |
| 12/15/2010 | 1202 | Saul Ewing, LLP | Legal Fees | | (98,355.14) | 143,996.54 | |
| 12/15/2010 | | | Sale of Business Assets | 550,000.00 | | 693,996.54 | |
| 12/16/2010 | 1203 | William Forbes | 12/15 Warehouse Security Detail | | (420.00) | 693,576.54 | |
| 12/20/2010 | 1204 | FIRST SAMCO-CAA OTR INVS | Inv. #010341 - Use of Warehouse Personnel & Equipment on 12/14 & 12/15 | | (5,250.00) | 688,326.54 | |
| 12/22/2010 | 1205 | Sales Opportunity Services | Service charge for military sales | | (62.54) | 688,264.00 | |
| 12/22/2010 | 1206 | EisnerAmper | Accounting Fees | | (21,070.00) | 667,194.00 | |
| 12/22/2010 | 1207 | First Samco, Inc. | Purchases | | (1,622.28) | 665,571.72 | |
| 12/22/2010 | | | Payroll Reimbursement | | (4,539.64) | 661,032.08 | |
| 12/23/2010 | 1208 | UPS | Shipping Costs | | (656.37) | 660,375.71 | |
| 12/23/2010 | | | Transfer to 3446 | | (550,000.00) | 110,375.71 | |
| | | | | 687,700.00 | (835,139.80) | | |

Cash Receipts and Expenditures  
October 1, 2010 through December 31, 2010  
Sovereign Bank Money Market Account #XXXXXX3446

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 624,839.19 | Beg. Bal as of 10/1/10 |
| 10/20/2010 | | | Interest | 256.78 | | 625,095.97 | |
| 11/20/2010 | | | Interest | 274.01 | | 625,369.98 | |
| 12/20/2010 | | | Interest | 248.43 | | 625,618.41 | |
| 12/23/2010 | | | Transfer from 3306 | 550,000.00 | | 1,175,618.41 | |
| 12/23/2010 | | | Transfer from 2608 | 49,556.04 | | 1,225,174.45 | |
| 12/23/2010 | | | Transfer from 2535 | 96,209.54 | | 1,321,383.99 | |
| 12/23/2010 | | | Transfer from 3124 | 6,520.25 | | 1,327,904.24 | |
| 12/23/2010 | | | Bank Adjustment in Transfers | (0.80) | | 1,327,903.44 | |
| | | | | 703,064.25 | - | | |

Cash Receipts and Expenditures
October 1, 2010 through December 31, 2010
Sovereign Bank Operating Account #XXXXXX2535

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 50,591.31 | Beg. Bal as of 10/1/10 |
| 09/24/2010 | | | Collection of Accts Receivable | 45.54 | | 50,636.85 | |
| 09/29/2010 | | | Collection of Accts Receivable | 214.00 | | 50,850.85 | |
| 09/30/2010 | | | Collection of Accts Receivable | 320.82 | | 51,171.67 | |
| 10/01/2010 | | | Collection of Accts Receivable | 691.23 | | 51,862.90 | |
| 10/01/2010 | | | Collection of Accts Receivable | 650.51 | | 52,513.41 | |
| 10/04/2010 | | | Collection of Accts Receivable | 1,539.35 | | 54,052.76 | |
| 10/04/2010 | | | Collection of Accts Receivable | 54.80 | | 54,107.56 | |
| 10/06/2010 | | | Collection of Accts Receivable | 3,214.95 | | 57,322.51 | |
| 10/07/2010 | | | Collection of Accts Receivable | 240.00 | | 57,562.51 | |
| 10/08/2010 | | | Collection of Accts Receivable | 133.22 | | 57,695.73 | |
| 10/11/2010 | | | Collection of Accts Receivable | 34.44 | | 57,730.17 | |
| 10/12/2010 | | | Collection of Accts Receivable | 1,793.57 | | 59,523.74 | |
| 10/12/2010 | | | Collection of Accts Receivable | 101.84 | | 59,625.58 | |
| 10/14/2010 | | | Bank Charge | | (543.71) | 59,081.87 | |
| 10/14/2010 | | | Collection of Accts Receivable | 405.63 | | 59,487.50 | |
| 10/15/2010 | | | Collection of Accts Receivable | 6,341.68 | | 65,829.18 | |
| 10/15/2010 | | | Collection of Accts Receivable | 339.55 | | 66,168.73 | |
| 10/18/2010 | | | Collection of Accts Receivable | 68.82 | | 66,237.55 | |
| 10/19/2010 | | | Collection of Accts Receivable | 564.90 | | 66,802.45 | |
| 10/19/2010 | | | Collection of Accts Receivable | 521.74 | | 67,324.19 | |
| 10/21/2010 | | | Collection of Accts Receivable | 2,153.38 | | 69,477.57 | |
| 10/21/2010 | | | Collection of Accts Receivable | 203.23 | | 69,680.80 | |
| 10/02/2010 | | | Collection of Accts Receivable | 1,138.50 | | 70,819.30 | |
| 10/25/2010 | | | Collection of Accts Receivable | 48.40 | | 70,867.70 | |
| 10/26/2010 | | | Collection of Accts Receivable | 819.71 | | 71,687.41 | |
| 10/28/2010 | | | Collection of Accts Receivable | 1,077.00 | | 72,764.41 | |
| 10/28/2010 | | | Collection of Accts Receivable | 156.19 | | 72,920.60 | |
| 11/01/2010 | | | Collection of Accts Receivable | 31.80 | | 72,952.40 | |
| 11/01/2010 | | | Collection of Accts Receivable | 176.30 | | 73,128.70 | |
| 11/03/2010 | | | Collection of Accts Receivable | 2,694.88 | | 75,823.58 | |
| 11/05/2010 | | | Collection of Accts Receivable | 160.50 | | 75,984.08 | |
| 11/08/2010 | | | Collection of Accts Receivable | 21.20 | | 76,005.28 | |
| 11/08/2010 | | | Collection of Accts Receivable | 109.43 | | 76,114.71 | |
| 11/11/2010 | | | Collection of Accts Receivable | 116.60 | | 76,231.31 | |
| 11/12/2010 | | | Bank Charge | | (551.81) | 75,679.50 | |
| 11/12/2010 | | | Collection of Accts Receivable | 799.03 | | 76,478.53 | |
| 11/18/2010 | | | Collection of Accts Receivable | 2,744.41 | | 79,222.94 | |
| 11/23/2010 | | | Collection of Accts Receivable | 1,143.25 | | 80,366.19 | |
| 11/24/2010 | | | Collection of Accts Receivable | 304.90 | | 80,671.09 | |
| 12/01/2010 | | | Collection of Accts Receivable | 4,112.55 | | 84,783.64 | |
| 12/06/2010 | | | Transfer to 3306 | 639.30 | | 85,422.94 | |
| 12/07/2010 | | | Collection of Accts Receivable | 130.69 | | 85,553.63 | |
| 12/09/2010 | | | Collection of Accts Receivable | 7,586.35 | | 93,139.98 | |
| 12/10/2010 | | | Collection of Accts Receivable | 661.11 | | 93,801.09 | |
| 12/13/2010 | | | Bank Charge | | (545.03) | 93,256.06 | |
| 12/14/2010 | | | Collection of Accts Receivable | 2,953.48 | | 96,209.54 | |
| 12/23/2010 | | | Transfer to 3446 | | (96,209.54) | 0.00 | |
| | | | | 47,258.78 | (97,850.09) | | |

Cash Receipts and Expenditures
October 1, 2010 through December 31, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 19,468.30 | Beg Bal as of 10/1/10 |
| 09/29/2010 | | | Visa, Discover, MC Fees | | (100.05) | 19,368.25 | Credit Card Fees |
| 09/29/2010 | | | CASH VISA | 1,250.00 | | 20,618.25 | Credit Card/Web Sales |
| 09/30/2010 | | | Visa, Discover, MC Fees | | (101.99) | 20,516.26 | Credit Card Fees |
| 10/01/2010 | | | CASH VISA | 382.92 | | 20,899.18 | Credit Card/Web Sales |
| 10/01/2010 | | | CASH MASTERCARD | 20.99 | | 20,920.17 | Credit Card/Web Sales |
| 10/01/2010 | | | CASH DISCOVER | 25.29 | | 20,945.46 | Credit Card/Web Sales |
| 10/01/2010 | | | Visa, Discover, MC Fees | | (551.19) | 20,394.27 | Credit Card Fees |
| 10/04/2010 | | | CASH DISCOVER | 95.88 | | 20,490.15 | Credit Card/Web Sales |
| 10/04/2010 | | | CASH VISA | 201.98 | | 20,692.13 | Credit Card/Web Sales |
| 10/04/2010 | | | CASH MASTERCARD | 218.19 | | 20,910.32 | Credit Card/Web Sales |
| 10/04/2010 | | | Bank Service Charge | | (71.39) | 20,838.93 | Heartland Service Fees |
| 10/05/2010 | | | CASH VISA | 3,404.26 | | 24,243.19 | Credit Card/Web Sales |
| 10/06/2010 | | | CASH VISA | 367.15 | | 24,610.34 | Credit Card/Web Sales |
| 10/07/2010 | | | CASH DISCOVER | | (342.61) | 24,267.73 | Credit Card Fees |
| 10/07/2010 | | | CASH VISA | 1,016.16 | | 25,283.89 | Credit Card/Web Sales |
| 10/07/2010 | | | CASH MASTERCARD | 707.41 | | 25,991.30 | Credit Card/Web Sales |
| 10/11/2010 | | | CASH VISA | 346.83 | | 26,338.13 | Credit Card/Web Sales |
| 10/11/2010 | | | CASH MASTERCARD | 31.49 | | 26,369.62 | Credit Card/Web Sales |
| 10/12/2010 | | | CASH VISA | 232.44 | | 26,602.06 | Credit Card/Web Sales |
| 10/12/2010 | | | CASH MASTERCARD | 18.18 | | 26,620.24 | Credit Card/Web Sales |
| 10/12/2010 | | | Bank Service Charge | | (12.14) | 26,608.10 | Service Charge |
| 10/13/2010 | | | CASH DISCOVER | 163.46 | | 26,771.56 | Credit Card/Web Sales |
| 10/14/2010 | | | CASH VISA | 344.83 | | 27,116.39 | Credit Card/Web Sales |
| 10/14/2010 | | | CASH MASTERCARD | 20.39 | | 27,136.78 | Credit Card/Web Sales |
| 10/15/2010 | | | CASH VISA | 2,973.97 | | 30,110.75 | Credit Card/Web Sales |
| 10/15/2010 | | | CASH MASTERCARD | 36.59 | | 30,147.34 | Credit Card/Web Sales |
| 10/18/2010 | | | CASH VISA | 461.14 | | 30,608.48 | Credit Card/Web Sales |
| 10/18/2010 | | | CASH MASTERCARD | 235.16 | | 30,843.64 | Credit Card/Web Sales |
| 10/19/2010 | | | CASH VISA | | (41.64) | 30,802.00 | Credit Card Fees |
| 10/19/2010 | | | CASH DISCOVER | 236.26 | | 31,038.26 | Credit Card/Web Sales |
| 10/20/2010 | | | CASH MASTERCARD | 1,003.08 | | 32,041.34 | Credit Card/Web Sales |
| 10/21/2010 | | | CASH VISA | 32.58 | | 32,073.92 | Credit Card/Web Sales |
| 10/22/2010 | | | CASH VISA | 217.01 | | 32,290.93 | Credit Card/Web Sales |
| 10/22/2010 | | | CASH MASTERCARD | | (501.60) | 31,789.33 | Credit Card Fees |
| 10/25/2010 | | | CASH MASTERCARD | 6.97 | | 31,796.30 | Credit Card/Web Sales |
| 10/25/2010 | | | CASH VISA | 1,428.84 | | 33,225.14 | Credit Card/Web Sales |
| 10/25/2010 | | | CASH DISCOVER | 514.15 | | 33,739.29 | Credit Card/Web Sales |
| 10/26/2010 | | | CASH VISA | 111.57 | | 33,850.86 | Credit Card/Web Sales |
| 10/26/2010 | | | CASH MASTERCARD | 81.27 | | 33,932.13 | Credit Card/Web Sales |
| 10/26/2010 | | | CASH DISCOVER | 46.78 | | 33,978.91 | Credit Card/Web Sales |
| 10/27/2010 | | | CASH VISA | 593.78 | | 34,572.69 | Credit Card/Web Sales |
| 10/28/2010 | | | CASH VISA | 462.83 | | 35,035.52 | Credit Card/Web Sales |
| 10/28/2010 | | | CASH MASTERCARD | 73.04 | | 35,108.56 | Credit Card/Web Sales |
| 10/29/2010 | | | CASH MASTERCARD | 21.20 | | 35,129.76 | Credit Card/Web Sales |
| 10/29/2010 | | | CASH VISA | | (49.99) | 35,079.77 | Credit Card Fees |
| 11/01/2010 | | | CASH VISA | 257.50 | | 35,337.27 | Credit Card/Web Sales |
| 11/01/2010 | | | CASH DISCOVER | 97.91 | | 35,435.18 | Credit Card/Web Sales |
| 11/01/2010 | | | Bank Service Charge | | (564.34) | 34,870.84 | Service Charge |
| 11/02/2010 | | | CASH MASTERCARD | 267.33 | | 35,138.17 | Credit Card/Web Sales |
| 11/02/2010 | | | CASH VISA | 327.32 | | 35,465.49 | Credit Card/Web Sales |
| 11/03/2010 | | | CASH VISA | 916.77 | | 36,382.26 | Credit Card/Web Sales |
| 11/04/2010 | | | CASH MASTERCARD | 1,734.28 | | 38,116.54 | Credit Card/Web Sales |
| 11/04/2010 | | | CASH VISA | 96.88 | | 38,213.42 | Credit Card/Web Sales |
| 11/08/2010 | | | CASH MASTERCARD | 151.89 | | 38,365.31 | Credit Card/Web Sales |

Cash Receipts and Expenditures
October 1, 2010 through December 31, 2010
Sovereign Bank Credit Card Collection Account #XXXXXX2608

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| 11/08/2010 | | | CASH VISA | 1,669.17 | | 40,034.48 | Credit Card/Web Sales |
| 11/10/2010 | | | CASH VISA | 25.49 | | 40,059.97 | Credit Card/Web Sales |
| 11/11/2010 | | | CASH VISA | 176.95 | | 40,236.92 | Credit Card/Web Sales |
| 11/15/2010 | | | CASH VISA | 192.22 | | 40,429.14 | Credit Card/Web Sales |
| 11/15/2010 | | | CASH MASTERCARD | 1,079.68 | | 41,508.82 | Credit Card/Web Sales |
| 11/17/2010 | | | CASH MASTERCARD | 87.39 | | 41,596.21 | Credit Card/Web Sales |
| 11/17/2010 | | | CASH VISA | 269.57 | | 41,865.78 | Credit Card/Web Sales |
| 11/18/2010 | | | CASH VISA | 630.51 | | 42,496.29 | Credit Card/Web Sales |
| 11/18/2010 | | | CASH MASTERCARD | 1,877.02 | | 44,373.31 | Credit Card/Web Sales |
| 11/22/2010 | | | CASH VISA | 274.92 | | 44,648.23 | Credit Card/Web Sales |
| 11/22/2010 | | | CASH MASTERCARD | 797.49 | | 45,445.72 | Credit Card/Web Sales |
| 11/23/2010 | | | CASH VISA | 55.88 | | 45,501.60 | Credit Card/Web Sales |
| 11/24/2010 | | | CASH VISA | 1,001.55 | | 46,503.15 | Credit Card/Web Sales |
| 11/24/2010 | | | CASH MASTERCARD | 144.62 | | 46,647.77 | Credit Card/Web Sales |
| 12/01/2010 | | | Visa, Discover, MC Fees | | (347.68) | 46,300.09 | Credit Card Fees |
| 12/01/2010 | | | Bank Service Charge | | (60.67) | 46,239.42 | Service Charge |
| 12/23/2010 | | | CASH VISA | 2,168.70 | | 48,408.12 | Credit Card/Web Sales |
| 12/23/2010 | | | CASH VISA | 195.77 | | 48,603.89 | Credit Card/Web Sales |
| 12/23/2010 | | | CASH MASTERCARD | 62.13 | | 48,666.02 | Credit Card/Web Sales |
| 12/23/2010 | | | CASH MASTERCARD | 69.54 | | 48,735.56 | Credit Card/Web Sales |
| 12/23/2010 | | | CASH VISA | 206.26 | | 48,941.82 | Credit Card/Web Sales |
| 12/23/2010 | | | CASH MASTERCARD | 433.65 | | 49,375.47 | Credit Card/Web Sales |
| 12/23/2010 | | | CASH VISA | 211.16 | | 49,586.63 | Credit Card/Web Sales |
| 12/23/2010 | | | CASH VISA | | (30.59) | 49,556.04 | Credit Card Fees |
| 12/23/2010 | , | | Transfer | | (49,556.04) | 0.00 | Wire Transfer of Funds |
| | | | | 32,863.62 | (52,331.92) | | |

Cash Receipts and Expenditures
October 1, 2010 through December 31, 2010
Sovereign Bank Transfer Account #XXXXXX3124

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 3,202.30 | Beg. Bal as of 10/1/10 |
| 10/04/2010 | | | Collection of Midway Accts Rec | 591.80 | | 3,794.10 | |
| 10/08/2010 | | | Collection of Midway Accts Rec | 209.10 | | 4,003.20 | |
| 10/15/2010 | | | Collection of Midway Accts Rec | 576.30 | | 4,579.50 | |
| 10/22/2010 | | | Collection of Midway Accts Rec | 824.05 | | 5,403.55 | |
| 10/29/2010 | | | Collection of Midway Accts Rec | 221.65 | | 5,625.20 | |
| 11/05/2010 | | | Collection of Midway Accts Rec | 449.00 | | 6,074.20 | |
| 11/15/2010 | | | Collection of Midway Accts Rec | 323.65 | | 6,397.85 | |
| 11/23/2010 | | | Collection of Midway Accts Rec | 122.40 | | 6,520.25 | |
| 12/23/2010 | | | Transfer to 3446 | | (6,520.25) | - | |
| | | | | 3,317.95 | (6,520.25) | | |

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

## **CERTIFICATE OF SERVICE**

I, Lauren J. Grous, hereby certify that on April 21, 2011, I caused a true and correct copy of the Quarterly Report of Cash Receipts and Expenditures for the Period Ending December 31, 2010 to be served on the persons listed on the attached Service List via United States mail, postage prepaid.

_____
Lauren J. Grous

## Service List

Thorp Reed & Armstrong, LLP
Joseph M. Donley, Esquire
One Commerce Square, Suite 1000
2005 Market Street
Philadelphia, PA 19103

Ropes & Gray LLP
Jerome C. Katz, Esquire
1211 Avenue of the Americas
New York, NY 10036

Drinker, Biddle & Reath LLP
John Chesney, Esquire
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103