UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

## Quarterly Report of Cash Receipts and Expenditures for the Period Ending March 31, 2011

In accordance with paragraph 7 of the *Stipulation and Consent Order* entered by this Court on November 2, 2009 [D.I. 9], attached is the quarterly report setting forth Command Arms Accessories, LLC's cash receipts and expenditures for the period ending March 31, 2011.

DATED: April 21, 2011

Respectfully submitted,

/s/ *Edward A. Phillips*
Edward A. Phillips
Amper, Politziner & Mattia LLP
101 West Avenue
PO Box 458
Jenkintown, PA 19046-0458
(215) 881-6168

*Liquidating Trustee to Command Arms Accessories, LLC*

Command Arms Accessories
Summary of Cash Activity
January 1, 2011 through March 31, 2011

| Account Ending | Description | Beginning Balance | Collection of A/R | Interest Credited | Tranfers In | Other | Expenses Paid | Refunds/ Returns | Transfers Out | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3306 | New Checking | 110,375.71 | - | - | - | 133,850.00 | (115,657.61) | - | - | 128,568.10 |
| 3446 | New Money Market | 1,327,903.44 | - | 1,563.93 | - | - | - | - | - | 1,329,467.37 |
| | | 1,438,279.15 | - | 1,563.93 | - | 133,850.00 | (115,657.61) | - | - | 1,458,035.47 |

Cash Receipts and Expenditures
January 1, 2011 through March 31, 2011
Sovereign Bank Operating Account #XXXXXX3306

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 110,375.71 | Beg. Bal as of 01/01/11 |
| 01/03/2011 | 1242 | First Samco, Inc. | Purchases | | (1,497.40) | 108,878.31 | |
| | | | Payroll Reimbursement | | (5,056.75) | 103,821.56 | |
| 01/04/2011 | Wire | Ultra Plast Industries | Inv. #1040866 - Storage & Ins. for May -Dec 2010 | | (3,892.50) | 99,929.06 | |
| 01/05/2011 | | | Remaining Proceeds from Sale of Business Assets | 65,000.00 | | 164,929.06 | |
| 01/05/2011 | | | Wire Transfer Fees from Remaining Sale Proceeds | | (28.00) | 164,901.06 | |
| 01/05/2011 | 1209 | Boyd Metz & Associates | October, November, December 2010 Commissions | | (600.98) | 164,300.08 | |
| 01/06/2011 | 1241 | UPS | Shipping Costs | | (3.87) | 164,296.21 | |
| 01/14/2011 | | Soverign Bank | Bank Charge | | (13.00) | 164,283.21 | |
| 01/18/2011 | 1210 | Falcon Industries | Royalties | | (2.03) | 164,281.18 | |
| 01/27/2011 | 1244 | EisnerAmper LLP | Accounting Fees | | (43,644.56) | 120,636.62 | |
| 02/01/2011 | 1243 | Saul Ewing LLP | Legal Fees | | (50,835.04) | 69,801.58 | |
| 02/01/2011 | 1245 | Kirkland Print Inc. | Scan and Print Files | | (5,704.92) | 64,096.66 | |
| 02/02/2011 | 1246 | First Samco, Inc. | Purchases | | (1,580.17) | 62,516.49 | |
| | | | Payroll Reimbursement | | (2,732.50) | 59,783.99 | |
| 02/03/2011 | | Commonwealth of PA | Sales Tax | | (12.89) | 59,771.10 | |
| 02/14/2011 | | Soverign Bank | Bank Charge | | (53.00) | 59,718.10 | |
| 03/25/2011 | | | Colt Canada - Funds Received in Error | 68,850.00 | | 128,568.10 | |
| | | | | 133,850.00 | (115,657.61) | | |

Cash Receipts and Expenditures
January 1, 2011 through March 31, 2011
Sovereign Bank Money Market Account #XXXXXX3446

| Date | Num | Payee | Memo | Deposit | Expenditure | Balance | |
|---|---|---|---|---|---|---|---|
| | | | | | | 1,327,903.44 | Beg. Bal as of 01/01/11 |
| 1/20/2011 | | | Interest | 544.66 | | 1,328,448.10 | |
| 2/20/2011 | | | Interest | 576.87 | | 1,329,024.97 | |
| 3/20/2011 | | | Interest | 442.40 | | 1,329,467.37 | |
| | | | | 1,563.93 | - | | |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Craig Fisher, 8 Eisenhard Drive<br>Ivyland, PA 18974<br><br>vs.<br><br>COMMAND ARMS ACCESSORIES, LLC,<br>780 Haunted Lane, Bensalem PA 19020<br>and ELDAD OZ, 780 Haunted Lane,<br>Bensalem, PA 19020 | Civ. No. 09-4557 |

## CERTIFICATE OF SERVICE

I, Lauren J. Grous, hereby certify that on April 21, 2011, I caused a true and correct copy of the Quarterly Report of Cash Receipts and Expenditures for the Period Ending March 31, 2011 to be served on the persons listed on the attached Service List via United States mail, postage prepaid.

_____
Lauren J. Grous

1311716.1 4/21/11

## Service List

Thorp Reed & Armstrong, LLP
Joseph M. Donley, Esquire
One Commerce Square, Suite 1000
2005 Market Street
Philadelphia, PA 19103

Ropes & Gray LLP
Jerome C. Katz, Esquire
1211 Avenue of the Americas
New York, NY 10036

Drinker, Biddle & Reath LLP
John Chesney, Esquire
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103