UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FISHER

V.

COMMAND ARMS ACCESSORIES, LLC

Civil Action
No: 09-4557

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, CAA Liquidation, LLC, formerly*, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.
*known as Command Arms Accessories, LLC

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

6-3-2011
Date

Signature Robyn F. Pollack

Counsel for: Edward A. Phillips, Liquidating Trustee of CAA Liquidation LLC, formerly known as Command Arms Accessories, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.