**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Craig Fisher, 8 Eisenhard Drive | : | Civ. No. 09-4557 |
| Ivyland, PA 18974 | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| COMMAND ARMS ACCESSORIES, LLC, | : | |
| 780 Haunted Lane, Bensalem PA 19020 | : | |
| and ELDAD OZ, 780 Haunted Lane, | : | |
| Bensalem, PA 19020 | : | |

## STIPULATION AND PROPOSED ORDER

AND NOW, this _____ day of _____, 2011, the parties hereby stipulate and agree to the following briefing schedule, subject to entry of this Stipulation as an Order of the Court:

| | |
|---|---|
| Trustee Response to Oz Objections | 07/28/2011 |
| Fisher Response to Oz Objections and Trustee Response | 08/04/2011 |
| Oz Reply to Trustee Response and Fisher Response | 08/15/2011 |
| Trustee and Fisher Replies to Oz Reply | 08/22/2011 |

Additional briefing would be by leave of the Court.

BY THE COURT:

_____
Legrome D. Davis, Jr.

STIPULATED AND AGREED TO:

By: */s/ Stephen J. Driscoll*
Jeffrey C. Hampton, Esquire
Stephen J. Driscoll, Esquire
Melissa W. Rand, Esquire
*Attorneys to Edward A. Phillips as Liquidating Trustee for Command Arms Accessories, LLC*

/s/John Chesney
John Chesney, Esquire
*Attorneys to Craig Fisher*

/s/Joseph M. Donley
Joseph M. Donley, Esquire
*Attorneys to Eldad Oz*