


# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Craig Fisher  
8 Eisenhard Drive  
Ivyland, PA 18974  

                                         : Civ. No. 09-4557

vs.

COMMAND ARMS ACCESSORIES, LLC,  
780 Haunted Lane, Bensalem PA 19020  
and ELDAD OZ, 780 Haunted Lane,  
Bensalem, PA 19020  

## STIPULATION AND ORDER

Craig Fisher, Plaintiff and former Principal of Command Arms Accessories LLC ("CAA"), Eldad Oz, former Principal of CAA, and Edward A. Phillips, as Liquidating Trustee of CAA (referred to collectively as "Parties") by their counsel, hereby stipulate that, on April 5, 2012, the Parties executed a mutually-binding CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT, which provided mutual releases and resolved disputes among them in connection with the liquidation of CAA, including but not limited to, all issues associated with the Final Accounting and Claims Report and the sale of the CAA assets.

The Parties respectfully request that the Court enter this Stipulation as an Order of the Court.

BY THE COURT:

/s/ Legrome D. Davis  
Honorable Legrome D. Davis

5/14/12